1  Paul S. Chan - State Bar No. 183406
       PChan@birdmarella.com
2  Jeremy D. Matz - State Bar No. 199401
       jmatz@birdmarella.com
3  Kimberley M. Miller - State Bar No. 260280
       kmiller@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
8  Attorneys for Defendant Steve Chen

9                **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  SECURITIES AND EXCHANGE
    COMMISSION.                          CASE NO. 2:15-cv-07425-RGK-GJS

13                                       **DEFENDANT STEVE CHEN'S**
                 Plaintiff,              **RESPONSE TO COMPLAINT AND**
14                                       **JURY DEMAND**
          vs.
15                                       Crtrm.: 850
    STEVE CHEN, ET AL.,
16                                       Assigned to Hon. R. Gary Klausner
                 Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Steve Chen ("Mr. Chen"), by and through his counsel of record,

2  hereby invokes his Fifth Amendment right not to be compelled to testify against

3  himself and responds to the Complaint of Plaintiff Securities and Exchange

4  Commission ("Plaintiff" or "SEC"), filed on September 22, 2015, as follows:

5                          **JURISDICTION AND VENUE**

6      1.    The allegations in ¶ 1 contain legal conclusions to which no response is

7  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

8  Amendment right not to be compelled to testify against himself and respectfully

9  declines to answer.  Mr. Chen reserves the right to alter this response.

10     2.    The allegations in ¶ 2 contain legal conclusions to which no response is

11  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

12  Amendment right not to be compelled to testify against himself and respectfully

13  declines to answer.  Mr. Chen reserves the right to alter this response.

14     3.    The allegations in ¶ 3 contain legal conclusions to which no response is

15  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

16  Amendment right not to be compelled to testify against himself and respectfully

17  declines to answer.  Mr. Chen reserves the right to alter this response.

18                                **SUMMARY**

19     4.    The allegations in ¶ 4 contain legal conclusions to which no response is

20  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

21  Amendment right not to be compelled to testify against himself and respectfully

22  declines to answer.  Mr. Chen reserves the right to alter this response.

23     5.    The allegations in ¶ 5 contain legal conclusions to which no response is

24  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

25  Amendment right not to be compelled to testify against himself and respectfully

26  declines to answer.  Mr. Chen reserves the right to alter this response.

27     6.    The allegations in ¶ 6 contain legal conclusions to which no response is

28  required.  To the extent that a response is required, Mr. Chen invokes his Fifth

1 | Amendment right not to be compelled to testify against himself and respectfully
2 | declines to answer.  Mr. Chen reserves the right to alter this response.

3 | 7.    The allegations in ¶ 7 contain legal conclusions to which no response is
4 | required.  To the extent that a response is required, Mr. Chen invokes his Fifth
5 | Amendment right not to be compelled to testify against himself and respectfully
6 | declines to answer.  Mr. Chen reserves the right to alter this response.

7 | 8.    The allegations in ¶ 8 contain legal conclusions to which no response is
8 | required.  To the extent that a response is required, Mr. Chen invokes his Fifth
9 | Amendment right not to be compelled to testify against himself and respectfully
10 | declines to answer.  Mr. Chen reserves the right to alter this response.

11 | 9.    The allegations in ¶ 9 contain legal conclusions to which no response is
12 | required.  To the extent that a response is required, Mr. Chen invokes his Fifth
13 | Amendment right not to be compelled to testify against himself and respectfully
14 | declines to answer.  Mr. Chen reserves the right to alter this response.

15 | 10.    The allegations in ¶ 10 contain legal conclusions to which no response
16 | is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
17 | Amendment right not to be compelled to testify against himself and respectfully
18 | declines to answer.  Mr. Chen reserves the right to alter this response.

19 | **THE DEFENDANTS**

20 | 11.    The allegations in ¶ 11 contain legal conclusions to which no response
21 | is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
22 | Amendment right not to be compelled to testify against himself and respectfully
23 | declines to answer.  Mr. Chen reserves the right to alter this response.

24 | 12.    The allegations in ¶ 12 contain legal conclusions to which no response
25 | is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
26 | Amendment right not to be compelled to testify against himself and respectfully
27 | declines to answer.  Mr. Chen reserves the right to alter this response.

28 |

1    13.    The allegations in ¶ 13 contain legal conclusions to which no response
2  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
3  Amendment right not to be compelled to testify against himself and respectfully
4  declines to answer.  Mr. Chen reserves the right to alter this response.

5    14.    The allegations in ¶ 14 contain legal conclusions to which no response
6  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
7  Amendment right not to be compelled to testify against himself and respectfully
8  declines to answer.  Mr. Chen reserves the right to alter this response.

9    15.    The allegations in ¶ 15 contain legal conclusions to which no response
10 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
11 Amendment right not to be compelled to testify against himself and respectfully
12 declines to answer.  Mr. Chen reserves the right to alter this response.

13   16.    The allegations in ¶ 16 contain legal conclusions to which no response
14 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
15 Amendment right not to be compelled to testify against himself and respectfully
16 declines to answer.  Mr. Chen reserves the right to alter this response.

17   17.    The allegations in ¶ 17 contain legal conclusions to which no response
18 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
19 Amendment right not to be compelled to testify against himself and respectfully
20 declines to answer.  Mr. Chen reserves the right to alter this response.

21   18.    The allegations in ¶ 18 contain legal conclusions to which no response
22 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
23 Amendment right not to be compelled to testify against himself and respectfully
24 declines to answer.  Mr. Chen reserves the right to alter this response.

25   19.    The allegations in ¶ 19 contain legal conclusions to which no response
26 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
27 Amendment right not to be compelled to testify against himself and respectfully
28 declines to answer.  Mr. Chen reserves the right to alter this response.

20.     The allegations in ¶ 20 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

21.     The allegations in ¶ 21 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

22.     The allegations in ¶ 22 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

23.     The allegations in ¶ 23 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

24.     The allegations in ¶ 24 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

### THE FRAUDULENT SCHEME

25.     The allegations in ¶ 25 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

26.     The allegations in ¶ 26 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

1  Amendment right not to be compelled to testify against himself and respectfully
2  declines to answer.  Mr. Chen reserves the right to alter this response.

3      27.    The allegations in ¶ 27 contain legal conclusions to which no response
4  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
5  Amendment right not to be compelled to testify against himself and respectfully
6  declines to answer.  Mr. Chen reserves the right to alter this response.

7      28.    The allegations in ¶ 28 contain legal conclusions to which no response
8  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
9  Amendment right not to be compelled to testify against himself and respectfully
10  declines to answer.  Mr. Chen reserves the right to alter this response.

11      29.    The allegations in ¶ 29 contain legal conclusions to which no response
12  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
13  Amendment right not to be compelled to testify against himself and respectfully
14  declines to answer.  Mr. Chen reserves the right to alter this response.

15      30.    The allegations in ¶ 30 contain legal conclusions to which no response
16  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
17  Amendment right not to be compelled to testify against himself and respectfully
18  declines to answer.  Mr. Chen reserves the right to alter this response.

19      31.    The allegations in ¶ 31 contain legal conclusions to which no response
20  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
21  Amendment right not to be compelled to testify against himself and respectfully
22  declines to answer.  Mr. Chen reserves the right to alter this response.

23      32.    The allegations in ¶ 32 contain legal conclusions to which no response
24  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
25  Amendment right not to be compelled to testify against himself and respectfully
26  declines to answer.  Mr. Chen reserves the right to alter this response.

27      33.    The allegations in ¶ 33 contain legal conclusions to which no response
28  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

1  Amendment right not to be compelled to testify against himself and respectfully
2  declines to answer.  Mr. Chen reserves the right to alter this response.

3       34.    The allegations in ¶ 34 contain legal conclusions to which no response
4  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
5  Amendment right not to be compelled to testify against himself and respectfully
6  declines to answer.  Mr. Chen reserves the right to alter this response.

7       35.    The allegations in ¶ 35 contain legal conclusions to which no response
8  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
9  Amendment right not to be compelled to testify against himself and respectfully
10 declines to answer.  Mr. Chen reserves the right to alter this response.

11      36.    The allegations in ¶ 36 contain legal conclusions to which no response
12 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
13 Amendment right not to be compelled to testify against himself and respectfully
14 declines to answer.  Mr. Chen reserves the right to alter this response.

15      37.    The allegations in ¶ 37 contain legal conclusions to which no response
16 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
17 Amendment right not to be compelled to testify against himself and respectfully
18 declines to answer.  Mr. Chen reserves the right to alter this response.

19      38.    The allegations in ¶ 38 contain legal conclusions to which no response
20 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
21 Amendment right not to be compelled to testify against himself and respectfully
22 declines to answer.  Mr. Chen reserves the right to alter this response.

23      39.    The allegations in ¶ 39 contain legal conclusions to which no response
24 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth
25 Amendment right not to be compelled to testify against himself and respectfully
26 declines to answer.  Mr. Chen reserves the right to alter this response.

27      40.    The allegations in ¶ 40 contain legal conclusions to which no response
28 is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

1  Amendment right not to be compelled to testify against himself and respectfully

2  declines to answer.  Mr. Chen reserves the right to alter this response.

3       41.    The allegations in ¶ 41 contain legal conclusions to which no response

4  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

5  Amendment right not to be compelled to testify against himself and respectfully

6  declines to answer.  Mr. Chen reserves the right to alter this response.

### **FIRST CLAIM FOR RELIEF**

**Unregistered Offer and Sale of Securities**

**Violations of Section 5 (a) and (c) of the Securities Act**

**(against all Defendants)**

11       42.    Mr. Chen incorporates his responses to paragraphs 1 through 41 as

12  though fully set forth herein.

13       43.    The allegations in ¶ 43 contain legal conclusions to which no response

14  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

15  Amendment right not to be compelled to testify against himself and respectfully

16  declines to answer.  Mr. Chen reserves the right to alter this response.

17       44.    The allegations in ¶ 44 contain legal conclusions to which no response

18  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

19  Amendment right not to be compelled to testify against himself and respectfully

20  declines to answer.  Mr. Chen reserves the right to alter this response.

21       45.    The allegations in ¶ 45 contain legal conclusions to which no response

22  is required.  To the extent that a response is required, Mr. Chen invokes his Fifth

23  Amendment right not to be compelled to testify against himself and respectfully

24  declines to answer.  Mr. Chen reserves the right to alter this response.

## SECOND CLAIM FOR RELIEF

### Fraud in the Offer or Sale of Securities

### Violations of Section 17(a) of the Securities Act

### (against all Defendants)

46.     Mr. Chen incorporates his responses to paragraphs 1 through 41 as though fully set forth herein.

47.     The allegations in ¶ 47 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

48.     The allegations in ¶ 48 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

## THIRD CLAIM FOR RELIEF

### Fraud in Connection with the Purchase or Sale of Securities

### Violations of Section 10(b) of the Exchange Act and Rule 10b-5

### (against all Defendants)

49.     Mr. Chen incorporates his responses to paragraphs 1 through 41 as though fully set forth herein.

50.     The allegations in ¶ 50 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

51.     The allegations in ¶ 51 contain legal conclusions to which no response is required.  To the extent that a response is required, Mr. Chen invokes his Fifth Amendment right not to be compelled to testify against himself and respectfully declines to answer.  Mr. Chen reserves the right to alter this response.

## **PRAYER FOR RELIEF**

The prayer for relief contains legal conclusions and requests for relief as to which no response is required.

## **DEFENSES**

### **Affirmative Defenses**

Without assuming any burden of proof that he would not otherwise bear under applicable law, and without limitation as to any and all other affirmative defenses that he may have and may assert in this action, and without waiving his Fifth Amendment right not to be compelled to testify against himself, Mr. Chen alleges the following affirmative defenses to the allegations set forth in the Complaint.

### **First Affirmative Defense**

### **(Failure to State a Claim)**

The Complaint, and each of the purported claims against Mr. Chen, fail to state a claim upon which relief can be granted.

### **Second Affirmative Defense**

### **(Lack of Scienter)**

Mr. Chen is not liable for the claims asserted against him because any alleged conduct by Mr. Chen in this case was without scienter.

### **Third Affirmative Defense**

### **(Reliance on Accountants)**

Mr. Chen is not liable for the claims asserted against him because any alleged conduct by Mr. Chen in this case was performed in good faith reliance upon accountants.

### **Fourth Affirmative Defense**

### **(Reliance on Legal Professionals)**

Mr. Chen is not liable for the claims asserted against him because any alleged conduct by Mr. Chen in this case was performed in good faith reliance upon legal

professionals.

## Fifth Affirmative Defense

### (Good Faith)

Mr. Chen is not liable for the claims asserted against him because Mr. Chen at all times acted in good faith.

## Sixth Affirmative Defense

### (Injunctive Relief Not Warranted)

Plaintiff's claim for injunctive relief is barred because there has been no violation of the Securities Act or the Exchange Act, and because there is no reasonable likelihood that any purported violation will be repeated.  Plaintiff's injunctive relief claim is further barred because the adverse effects of an injunction far outweigh any benefit from an injunction.

## Seventh Affirmative Defense

### (Penalties Not Warranted)

Plaintiff's claim for penalties is barred because any alleged violation was isolated and/or unintentional.

## Eighth Affirmative Defense

### (Conduct by Third Parties)

Mr. Chen is not responsible in law or fact for any alleged false or misleading statements or omissions of material fact by others.

## Ninth Affirmative Defense

### (Public Disclosure)

The matters alleged to be the subject of misrepresentations and omissions were publicly disclosed or were in the public domain.

## Tenth Affirmative Defense

### (Lack of Causation)

Each claim for relief is barred because the harms alleged in the Complaint were not actually or proximately caused by any act or omission by Mr. Chen.

**Eleventh Affirmative Defense**

**(Independent or Superseding Causes)**

Each claim for relief is barred because the harms alleged in the Complaint resulted from the negligent, reckless or willful acts or omissions of others, which constitute independent intervening and superseding causes.

**PRAYER**

WHEREFORE, Mr. Chen prays that judgment in his favor be entered as follows:

1.    That Plaintiff take nothing by reason of its Complaint and that judgment be rendered in favor of Mr. Chen;

2.    That Mr. Chen be awarded expenses incurred in defense of this action; and

3.    That Mr. Chen be granted such other and further relief as the Court deems appropriate.

**JURY DEMAND**

Mr. Chen requests a trial by jury on all aspects of this case so triable.


DATED:  November 20, 2015        Paul S. Chan
                                 Jeremy D. Matz
                                 Kimberley M. Miller
                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                 Drooks, Lincenberg & Rhow, P.C.



                                 By:  ___/s/ Kimberley M. Miller___
                                          Kimberley M. Miller
                                     Attorneys for Defendant Steve Chen