| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Paul S. Chan, SBN. 183406 / Kimberley M. Miller, SBN. 260280<br>Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067<br>Telephone :  (310) 201-2100<br>Facsimile:  (310) 201-2110<br>Email:  psc@birdmarella.com; km@birdmarella.com<br>ATTORNEY(S) FOR: Defendant Steve Chen | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                         Plaintiff(s),<br>                    v.<br><br>STEVE CHEN, et al.<br><br>                                                         Defendant(s) | CASE NUMBER:<br>CV 15-07425 RGK (GJSx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Steve Chen
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Steve Chen | Defendant |
| Lu Yang Li | Wife of Steve Chen |

| | |
|---|---|
| November 23, 2015<br>Date | /s/ Kimberley M. Miller<br>Signature<br>Kimberley M. Miller<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendant Steve Chen |

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

