ZACCARO MORGAN LLP
THOMAS A. ZACCARO (CA SBN 183241)
tzaccaro@zaccaromorgan.com
JENIFER Q. DOAN (CA SBN 271571)
jdoan@zaccaromorgan.com
888 South Figueroa Street, Suite 400
Los Angeles, CA 90071-2228
Telephone: (213) 406-0710
Facsimile: (213) 265-3141

Attorneys for Non-Parties and Intervenors
JENNIFER LI ZHAO and ALLY INVESTORS LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVE CHEN, USFIA, INC., *et al.*<br>Defendants. | Case No.: 15-07425-RGK-GJSX<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER GRANTING THE MOTION TO INTERVENE, TO DIRECT THE RECEIVER TO RETURN ASSETS, AND TO CLARIFY ORDERS**<br><br>Hearing Date: December 21, 2015<br>Hearing Time: 9:00 a.m.<br>Courtroom: 850 |

1   The Court, having reviewed Non-Parties Jennifer Li Zhao and Ally
2   Investors LLC's Motion to Intervene, to Direct the Receiver to Return Funds, and
3   to Clarify Orders, all papers submitting in opposition and the oral argument
4   submitted before the Court, finding good cause, hereby ORDERS:

6   1.   Ms. Zhao and Ally Investors LLC are permitted to intervene in
7   this Action to protect their interests in their accounts totaling approximately $3.3
8   million;

10  2.   The Receiver is ordered to immediately return a total of
11  $2,934,186.76 and $100,743.34, respectively, to Ally Investors LLC's accounts
12  000153467748 and 325058386448 at Bank of America;

13  3.   The Order Granting *Ex Parte* Application For Temporary
14  Restraining Order and Orders (1) Freezing Assets; (2) Appointing a Receiver; (3)
15  Prohibiting the Destruction of Documents; (4) Expediting Discovery; and (5)
16  Requiring Accounting (Dkt. No. 8) shall be amended to add the following
17  clarification in Section VII: "Accounts 000153374232 and ********65G9 owned
18  by Jennifer Li Zhao, and accounts 000153467748, 325058386448, 000153968387
19  owned by Ally Investors LLC, shall be excluded from any asset freeze ordered by
20  this Order;" and

/ / /
/ / /
/ / /

4. The Preliminary Injunction and Orders (1) Freezing Assets; (2) Appointing a Permanent Receiver; (3) Prohibiting the Destruction of Documents; and (4) Requiring Accounting (Dkt. No. 13) shall be amended to add the following clarification in Section VII: ""Accounts 000153374232 and ********65G9 owned by Jennifer Li Zhao, and accounts 000153467748, 325058386448, 000153968387 owned by Ally Investors LLC, shall be excluded from any asset freeze ordered by this Order."

IT IS SO ORDERED.

Dated: _____          _____
                                     HON. R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE

Presented by:
Zaccaro Morgan LLP
Attorney for Non-Parties and Intervenors
Jennifer Li Zhao and Ally Investors LLC