# EXHIBIT D

| | |
|---|---|
| **Subject:** | Re: SEC v. Chen/Jennifer Zhao |
| **Date:** | Tuesday, October 27, 2015 at 1:09:51 PM Pacific Daylight Time |
| **From:** | Thomas Zaccaro |
| **To:** | Searles, Donald, DelGreco, Peter F. |
| **CC:** | Fates, Ted, Zaro, David |
| **Attachments:** | image002.png, image003.png, image004.jpg, 34615D06-D086-4B09-B850-AD02848574CC[89].png |

If possible, however, can you confirm whether the SEC directed the Bank of America to freeze Ms. Zhao's accounts or whether Bank of America acted in its own.  We would like to know the correct entity to which we should be directing our questions.


Thomas A. Zaccaro
Zaccaro Morgan LLP
888 S. Figueroa Street, Suite 400
Los Angeles, CA  90017
Tel.:  (213) 406-0712
Fax:  (213) 265-3141
Cell:  (213) 284-4735
tzaccaro@zaccaromorgan.com
www.zaccaromorgan.com


ZACCARO | MORGAN LLP

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) from Zaccaro Morgan LLP is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system.  Please be advised that no privileges are waived by the transmission of this message.