# EXHIBIT E

| | |
|---|---|
| **Subject:** | Re: SEC v. Chen/Jennifer Zhao |
| **Date:** | Tuesday, October 27, 2015 at 1:44:04 PM Pacific Daylight Time |
| **From:** | Thomas Zaccaro |
| **To:** | Searles, Donald |
| **CC:** | DelGreco, Peter F., Fates, Ted, Zaro, David |
| **Attachments:** | image001.png, 34615D06-D086-4B09-B850-AD02848574CC[92].png |

Don,

That's fine.  I would appreciate it if you can respond today to my question of whether the SEC instructed BOA to freeze Ms. Zhao's accounts.  I spoke with David this morning, who confirmed that the Receiver did not request the accounts to be frozen and is unsure why BOA froze them.  If the SEC also did not direct the accounts to be frozen, we will focus our efforts on BOA.

I am eager to move this forward because Ms. Zhao relies on the funds in these accounts for, among other things, her living expenses.


Thomas A. Zaccaro
Zaccaro Morgan LLP
888 S. Figueroa Street, Suite 400
Los Angeles, CA  90017
Tel.:  (213) 406-0712
Fax:  (213) 265-3141
Cell:  (213) 284-4735
tzaccaro@zaccaromorgan.com
www.zaccaromorgan.com


ZACCARO | MORGAN LLP

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) from Zaccaro Morgan LLP is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system.  Please be advised that no privileges are waived by the transmission of this message.