Paul S. Chan - State Bar No. 183406
  pchan@birdmarella.com
Jeremy D. Matz - State Bar No. 199401
  jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
  kmiller@birdmarella.com
Fanxi Wang - State Bar No. 287584
  fwang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Steve Chen

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEVE CHEN, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV15-07425 RGK (PLAx)<br><br>**JOINT STIPULATION FOR AN ORDER VESTING TITLE TO VEHICLE IN RECEIVER AND AUTHORIZING RECEIVER TO SELL VEHICLE**<br><br>Date:　March 21, 2016<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner |

**WHEREAS**, the parties have good cause to believe that the 2015 black Mercedes S550, license number 7LKZ996, VIN number WDDUG8FB5FA171839, (the "Vehicle") towed to Jan's Towing in Azusa, California on or about September 29, 2015, may be an asset of the receivership estate;

**WHEREAS**, title to the Vehicle is currently in the name of Defendant Steve Chen ("Mr. Chen");

**WHEREAS**, Thomas A. Seaman, in his capacity as Court-appointed federal equity receiver ("Receiver") is in possession of the title document;

**WHEREAS**, Mr. Chen wishes to preserve his Fifth Amendment rights in these proceedings and any related or parallel investigation or proceedings;

**WHEREAS**, Mr. Chen consents to transfer of title to the Vehicle to the Receiver but wishes to effect such transfer in a manner that does not implicate his rights under the Fifth Amendment;

**WHEREAS**, the Receiver is prepared to pay the towing and storage costs currently owed to Jan's Towing in order to secure the release of the Vehicle from the tow lot;

**WHEREAS**, Jan's Towing has refused to deal with the Receiver or Counsel for Mr. Chen because they are not the registered owner of the Vehicle;

**WHEREAS**, time is of the essence because Jan's Towing has threatened to sell the Vehicle at auction despite the Receiver and Mr. Chen's efforts to preserve the asset for the receivership;

**WHEREAS**, the Vehicle is a depreciating asset that is not necessary for any ongoing operations of the entities in receivership, and therefore should be sold through a licensed dealer to preserve the value of the Vehicle and maximize the recovery therefrom;

**WHEREAS**, the parties agree that the net sale proceeds from the sale of the Vehicle shall be held by the Receiver pending further order of the Court;

**IT IS STIPULATED AND AGREED BY AND AMONG THE PARTIES THAT** the Court issue an Order (a) vesting title to the Vehicle in the Receiver, (b) authorizing the Receiver to sell the vehicle through a licensed dealer, and (c) providing that the net sale proceeds shall be held by the Receiver pending further order of the Court.

**SO STIPULATED.**

DATED: March 21, 2016

Paul S. Chan
Jeremy D. Matz
Kimberley M. Miller
Fanxi Wang
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:    /s/ Kimberley M. Miller
       Kimberley M. Miller
Attorneys for Defendant Steve Chen

DATED: March 21, 2016

David R. Zaro
Ted Fates
Tim C. Hsu
Allen Matkins Leck Gamble Mallory & Natsis LLP

By:    /s/ Ted Fates
       Ted Fates
Attorneys for Receiver Thomas A. Seaman

1  DATED: March 21, 2016           Donald W. Searles
2                                   Peter Del Greco
                                    Securities and Exchange Commission
3
4
5                                   By:    /s/ Donald W. Searles
                                           Donald W. Searles
6                                          Attorneys for Plaintiff Securities and
7                                          Exchange Commission
8
9  Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and
   on whose behalf this filing is submitted, concur in its content and have authorized
10 the filing.