Paul S. Chan - State Bar No. 183406
  pchan@birdmarella.com
Jeremy D. Matz - State Bar No. 199401
  jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
  kmiller@birdmarella.com
Fanxi Wang – State Bar No. 287584
  fwang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Steve Chen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION. <br><br> Plaintiff, <br><br> vs. <br><br> STEVE CHEN, ET AL., <br><br> Defendants. | CASE NO. CV15-07425 RGK (PLAx) <br><br> **ORDER VESTING TITLE TO VEHICLE IN RECEIVER AND AUTHORIZING RECEIVER TO SELL VEHICLE** <br><br> Assigned to Hon. R. Gary Klausner |

1  The Court, having read and considered the Joint Stipulation for an Order
2  Vesting Title to Vehicle in Receiver and Authorizing Receiver to Sell Vehicle, filed
3  by Defendant Steve Chen, Receiver Thomas A. Seaman, and Plaintiff Securities and
4  Exchange Commission (collectively, the "Parties"), good cause shown, IT IS
5  HEREBY ORDERED THAT:

6  The Parties' Joint Stipulation for an Order Vesting Title to Vehicle in
7  Receiver and Authorizing Receiver to Sell Vehicle is GRANTED. Title to the 2015
8  black Mercedes S550, license number 7LKZ996, VIN number
9  WDDUG8FB5FA171839, (the "Vehicle") is hereby vested in Thomas A. Seaman,
10 in his capacity as Court-appointed federal equity receiver ("Receiver"). The
11 Receiver is authorized to sell the Vehicle through a licensed dealer. The net sale
12 proceeds for the Vehicle shall be held by the Receiver pending further order of the
13 Court.

15 DATED: March 22, 2016

*Gary Klausner*

Honorable R. Gary Klausner
United States District Judge