ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
              thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>              Defendants. | Case No. 2:15-cv-07425 RGK PLA<br><br>**FIRST INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, GENERAL COUNSEL TO THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:     May 2, 2016<br>Time:     9:00 a.m.<br>Ctrm.:    850<br>Judge:   Hon. R. Gary Klausner |

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), hereby submits this first interim application for approval and payment of fees and reimbursement of expenses ("Application"). This Application covers the period from the Receiver's appointment on September 29, 2015, through December 31, 2015 ("First Application Period"), and seeks interim approval of $194,607.90 in fees and $9,755.22 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of fees incurred ($155,686.32) and 100% of expenses incurred.

## I.   INTRODUCTION

This receivership involves a complex and wide ranging group of enterprises and assets which appear to have been funded with the fruits of the fundraising scheme at the heart of the action filed by the Securities and Exchange Commission ("Commission"). The Receiver was appointed on a temporary basis on September 29, 2015, and on a permanent basis on October 6, 2016.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver that are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors. The appointment orders also authorize the Receiver to engage counsel to assist him in the performance of his duties. The Receiver promptly determined that experienced, qualified counsel was

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

840267.01/SD

critical due to the size and complexity of the receivership estate.  Accordingly, the Receiver engaged Allen Matkins to assist with urgent legal issues facing the receivership estate and the firm immediately began work, including assisting with the takeover of the enterprises and securing their assets.

This fee application should be read in conjunction with the Receiver's First Interim Report ("First Report") and Second Interim Report ("Second Report") filed on November 13, 2015, and February 26, 2016, respectively, which describe in detail the Receiver's activities during the First Application Period.  Dkt. Nos. 19 and 53.  So as to avoid repetition, references are made to relevant portions of the First Report and Second Report in the below descriptions of Allen Matkins' work.

This Application seeks interim approval of $194,607.90 in fees for a total of 404.30 hours worked, and payment on an interim basis of 80% of that amount, or $155,686.32.  The work performed is described task-by-task in Exhibit A and is broken down into the following categories:

| Matter | Hours | Amount |
|---|---|---|
| General Receivership | 44.30 | $20,085.75 |
| Asset Investigation & Recovery | 233.00 | $109,654.20 |
| Reporting | 19.00 | $9,916.65 |
| Investor Communications | 1.20 | $529.20 |
| Operations and Asset Sales | 4.40 | $2,151.45 |
| Pending Litigation | 12.10 | $7,055.55 |
| Third Party Claims | 90.30 | $45,215.10 |
| **TOTAL** | 404.30 | $194,607.90 |

The initial phase of a complex equity receivership always involves substantial work by the receiver and professionals to (a) identify and secure cash, real property, and other assets, (b) preserve their value, (c) investigate and pursue recovery of funds disbursed from the Receivership Entities' accounts, (d) address operational and employee issues, (e) gather and review key documents, and (f) advise the Court on the status of the Receiver's activities.  As these types of receiverships progress,

fees and costs generally decline as operations are stabilized, assets are secured and protected, and procedures for the efficient administration of the receivership are put in place.

In this instance, the receivership estate includes a large number of affiliated entities with substantial cash and real property assets.  In addition, there are a large number of transfers to third parties that occurred prior to the Receiver's appointment.  These two categories of work - Asset Investigation & Recovery and Third Party Claims - represent approximately 80% of the fees incurred in the First Application Period.  The next largest category – General Receivership – includes time spent on reviewing pleadings and evidence filed in the case, interactions with the Securities and Exchange Commission ("Commission"), other government agencies, and counsel for Defendant Steve Chen ("Chen"), responding to document requests from the United States Attorney's Office, and implementing the Court's Preliminary Injunction Order.  Accordingly, although the fees for the First Application Period are significant, much of the work was on non-recurring tasks associated with implementing the Court's orders, investigating and securing assets, and stabilizing operations.

Allen Matkins has worked diligently and efficiently to assist the Receiver with urgent legal issues facing the receivership estate through the turbulent transition from a large, active enterprise to a Court-ordered receivership.  The firm's work has allowed the Receiver to preserve and protect the substantial value of receivership estate assets, including approximately $27 million in cash, an office building, hotel, apartment building, three residential properties, vacant golf course land in the Morena Valley, automobiles, jewelry, high caliber firearms, and various other items of personal property.

The efforts of the Receiver and Allen Matkins in investigating and pursuing recoveries from third parties have already resulted in recovery of significant sums, including $702,000 recovered to date from law firms.  Allen Matkins also assisted in

1   successfully overcoming the motion of Li Zhao, a former employee and the mother

2   of Chen's son, to unfreeze and remove more than $3 million from the receivership

3   estate.  The firm has worked diligently to assist the Receiver in carrying out his

4   Court-ordered duties and should be compensated on an interim basis for its work.

5   **II.    SUMMARY OF TASKS PERFORMED AND COSTS INCURRED**

6   **A.    Categories and Descriptions of Work**

7   1.    General Receivership

8   Allen Matkins' work in the General Receivership category initially focused on

9   review and analysis of key orders and pleadings, the voluminous evidence filed by

10   the Commission, and case materials, as well as interaction with attorneys for the

11   Commission, other government agencies, and counsel for the Defendant Steve

12   Chen.  This work was necessary to advise the Receiver on legal issues relating to the

13   scope of the receivership, the duties and powers conferred on him by the Court, and

14   the effect of other key provisions of the Court's orders.

15   In addition, as required under 28 U.S.C. section 754, Allen Matkins assisted

16   the Receiver in promptly filing the Complaint, TRO, and Preliminary Injunction

17   Order ("PI Order") in other judicial districts in which the Receivership Entities' own

18   assets.  Specifically, the documents were filed in the Northern, Eastern, and

19   Southern Districts of California, as well as the District of Nevada.  Allen Matkins

20   also assisted the Receiver in recording the PI Order in the county property records

21   for all counties in which the Receivership Entities own real property such that a title

22   search will show the PI Order.

23   Allen Matkins assisted in reviewing document requests from the United

24   States Attorney's Office, gathering and reviewing responsive documents, and

25   producing such documents.  The firm also reviewed and responded to inquiries from

26   the California Department of Business Oversight ("CDBO") regarding a Desist and

27   Refrain Order issued to USFIA, Inc. as well as discovery requests issued by the

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

840267.01/SD                                    -4-

CDBO.  The reasonable and necessary fees for Allen Matkins' work in this category total $20,085.75.

### 2.   Asset Investigation and Recovery

As is to be expected at the outset of a complex equity receivership involving numerous entities, the largest category of work during the initial phase of the receivership is investigating and recovering assets.  Here, the large number of entities, bank accounts, transfers between and among entities and third parties, foreign affiliates, outside professionals engaged, real properties, jewelry/beads/gemstones, automobiles, and firearm purchases required substantial investigation, gather and review of relevant documents, analysis of assets and claims, and recovery efforts.  As is often the case in large enterprises involving allegations of fraud, there were very few records or files maintained by the Receivership Entities, requiring the Receiver to essentially gather records and investigate assets from scratch.

Allen Matkins assisted with the takeover, including interviewing employees and other witnesses present at the USFIA office building in Arcadia and reviewing documents located at the office premises.  The firm issued numerous notices of the TRO and Preliminary Injunction Order to third parties, as well as letters demanding the turnover of assets and records.

The very large project of investigating assets, transfers to third parties, and potential claims to recover assets comprises the largest part of Allen Matkins' work during the First Application Period and includes the following tasks:

- Reviewing documents found at the Receivership Entities' locations;
- Issuing 47 subpoenas, notices, and demand letters to financial institutions, transferees, employees, former counsel and accountants, and other witnesses;
- Providing formal notification of the receivership to all known transferees and making demands for the return of funds and/or assets;

- Gathering, organizing, and reviewing documents and information obtained in response to approximately 23 different subpoenas and demands;

- Tracking the status of subpoenas and follow-up communications to ensure full and timely production of documents;

- Scheduling and preparing for meetings with employees, transferees, and other witnesses;

- Interviewing approximately 35 employees, transferees, and other witnesses;

- Investigating the ultimate destination of funds transferred and researching the ownership and control of various entities, both in the U.S. and abroad, through which transferred funds were funneled;

- Analyzing and evaluating claims and recovery strategies;

- Analyzing the potential value and recoverability of hard assets, including automobiles, firearms, and jewelry/gemstones;

- Researching and analyzing legal defenses raised by counsel for certain transferees; and

- Negotiating and corresponding with various transferees and their counsel.

The investigation was particularly challenging and time consuming because, as noted above, the Receivership Entities did not maintain any files for the numerous transactions.  Accordingly, documents and information had to be gathered and files had to be created from scratch.  The investigation and recovery efforts were further complicated by the fact that certain transferees, upon being contacted, took an adversarial position and hired defense counsel, rather than agreeing to provide documents on an informal basis or to be interviewed.  Accordingly, subpoenas had to be issued and communications handled by counsel, adding considerable expense and delay.

Language barriers also presented a challenge in investigating certain investments and transfers, many of which went to Chinese-Americans located in the

1  United States.  Fortunately, Allen Matkins attorney Tim Hsu is fluent in Mandarin

2  and was able to converse with certain Chinese-American transferees and translate

3  documents written in Mandarin for the Receiver.

4  Significant time was also spent investigating the relationships and affiliation

5  between Li Zhao ("Zhao"), Ally Investors ("Ally"), Chen, and the Receivership

6  Entities, including transfers between and among them, transfers from them to third

7  parties, payments of personal expenses, purchases of real and personal property, and

8  related matters.  The claims asserted by Zhao and the Receiver's response to those

9  claims are discussed below in the Third Party Claims section.  In addition to

10  gathering documents necessary to overcome those claims, the investigative work

11  revealed that the Receivership Entities purchased a property located at

12  2857 Gainsborough Drive, San Marino, California ("Gainsborough Property") for

13  $2,335,000, but title to the property was taken in Zhao's name.  As noted in the

14  Second Report, the Receiver has demanded that Zhao turn over the Gainsborough

15  Property, but, for the time being, Zhao and the Receiver have agreed to try and reach

16  a global resolution of issues and have agreed to defer such discussions until the

17  Receiver has performed additional accounting work.

18  The reasonable and necessary fees for work in this category during the First

19  Application Period total $109,654.20.

20         3.    Reporting

21  Allen Matkins' work in this category during the First Application Period

22  focused on preparing the Receiver's First Report.  Dkt. No. 19.  The First Report,

23  filed on November 13, 2015, provided a summary of the Receiver's activities,

24  including actions to implement the TRO and PI Order, efforts to recover

25  receivership assets, documents and records, and his initial assessment of the

26  Receivership Entities' operations.  The First Report also provided a summary of the

27  real and personal property assets of the Receivership Entities, affiliated entities,

28  based on the Receiver's preliminary investigation.  Finally, the First Report provided

1  an initial accounting of receipts and disbursements, as well as the Receiver's initial

2  recommendations for proceeding with the receivership.  The reasonable and

3  necessary fees for work in this category total $9,916.65.

4              4.   Investor Communications

5       This category includes time spent addressing notices to investors, changes to

6  the receivership website, and responses to direct investor inquiries.  The reasonable

7  and necessary fees for work in this category total $529.20.

8              5.   Sale of Assets/Disposition

9       This category contains time spent on operational issues relating to the

10 Receivership Entities, including insurance policy issues and termination of a lease at

11 the USFIA office building.  The reasonable and necessary fees for work in this

12 category total $2,151.45.

13             6.   Pending Litigation

14      This category includes work to review and analyze claims asserted against the

15 Receivership Entities in two state court actions filed prior to the Receiver's

16 appointment.  Allen Matkins assisted in gathering and reviewing documents and

17 information from the Wellman & Warren law firm, which had been representing the

18 Receivership Entities in the actions.  The firm also communicated with counsel for

19 the plaintiffs and ensured that notices of the receivership and the stay of litigation

20 against the Receivership Entities was properly filed in the actions.  The reasonable

21 and necessary fees for work in this category total $7,055.55.

22             7.   Third Party Claims

23      This category focuses primarily on work to review, analyze, and respond to

24 the claims asserted by Zhao, including her motion to intervene, direct the Receiver

25 to return more than $3 million in funds to Ally accounts at Bank of America, and

26 unfreeze such funds so they could be withdrawn by Zhao ("Zhao Motion").  Dkt.

27 No. 26.  Due to the large amount at stake and the likelihood that the funds would

28 leave the country if they were unfrozen, the Receiver and Allen Matkins spent

1  substantial time analyzing the claims asserted by Zhao, analyzing claims and

2  provisional remedies the Receiver could pursue against Zhao, attempting to resolve

3  the dispute through various discussions with counsel for Zhao, and developing

4  evidence to establish the status of Ally as an affiliated entity.  The Receiver's

5  opposition to the Zhao Motion, along with three supporting declarations, was filed

6  on November 30, 2015.  Dkt. No. 29.

7         Allen Matkins also assisted in efforts to obtain Zhao and Ally's compliance

8  with document subpoenas issued to them on November 3, 2015.  Zhao and Ally

9  objected to the subpoenas and refused to produce the requested documents.  Allen

10  Matkins participated in meet and confers with counsel for Zhao and Ally, and the

11  Receiver agreed to limit his requests by scope and timeframe.  Zhao and Ally still

12  refused to produce the requested documents.  The Receiver, therefore, was forced to

13  move to compel production.  Allen Matkins prepared the joint stipulation regarding

14  the motion to compel, which, pursuant to the local rules, was submitted to Zhao's

15  counsel for comment in early January.  After receiving Zhao's comments, the joint

16  stipulation/motion to compel was filed on January 20, 2016.  Dkt. No. 39.  The

17  motion was granted on February 4, 2016.  Dkt. No. 44.

18         The reasonable and necessary fees for Allen Matkins' work in this category

19  total $45,215.10.

20      **B.      Summary of Expenses Requested for Reimbursement**

21         Allen Matkins requests the Court approve reimbursement of $9,755.22 in out-

22  of-pocket costs.  The itemization of such expenses is summarized below by

23  category.  The majority of the expenses incurred relate to the preparation, issuance

24  and service of subpoenas, notices, and demands to third parties as well as payments

25  made to responding parties for reasonable costs of production.  As explained above,

26  Allen Matkins issued approximately 47 subpoenas, notices, and demand letters, and

27  gathered documents in response from approximately 23 of these subpoenas and

28  demands.  Each of these subpoenas required proper service, which often proved

difficult and time consuming due to the lack of records maintained by the Receivership Entities. Despite the difficulties, each subpoena issued was properly served and responsive documents have been produced. In addition the expenses charged to this category include costs for various court filings, including filings made pursuant to 28 U.S.C. section 754 in various other districts where receivership assets may be located, and county recordings where the Receivership Entities own property. Finally, costs incurred for legal research are also included.

The total for costs incurred by Allen Matkins are broken down by category as follows:

| Category | Total |
|---|---|
| Legal Research / PACER fees | 1,631.20 |
| Messenger fees (court messenger/FedEx) | 775.83 |
| Service of Process – Subpoenas | 2,039.90 |
| Duplication/Faxes/Postage | 458.10 |
| Court Filing Fees/Recorder Fees/Statutory Fees | 4,083.63 |
| Subpoena Document Production Costs | 766.56 |
| TOTAL | $9,755.22 |

## III.   THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon, 27 F.3d 248, 251 (7th Cir. 1994).* These expenses include the fees and expenses of this Receiver and his professionals, including Allen Matkins. Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court. *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992) (rev'd in part on other grounds, 998 F.2d 922 (11th Cir. 1993)).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill

measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted).  In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F. 2d 232, 237 (3d Cir. 1970).  Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co.*, Bankers (Unincorporated), 374 F. Supp. 465, 480 (S.D. Tex. 1974).

As a preliminary matter, the TRO and PI Order confer on the Receiver substantial duties and powers, including to conduct such investigation and discovery as is necessary to locate and account for all receivership assets, take such action as is necessary and appropriate to assume control over and preserve receivership assets, and employ attorneys and others to investigate and, where appropriate, institute, pursue, and prosecute all claims and causes of action of whatever kind and nature. *See* TRO, Part XI; PI Order, Part XI.

The Receiver promptly determined that experienced, qualified counsel was necessary due to the size and complexity of the receivership estate and engaged Allen Matkins pursuant to the authority granted to him in the TRO and PI Order. Allen Matkins immediately began work and has worked diligently and efficiently to assist the Receiver in carrying out his Court-ordered duties.  The firm has submitted a detailed fee application which describes the nature of the services rendered, and the identity and billing rate of each individual performing each task.  *See* Exhibit A.

Allen Matkins has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented.  The request for fees is

based on Allen Matkins' customary billing rates charged for comparable services provided in other matters, less a 10% discount.  In addition, Allen Matkins did not charge for 3.8 hours of work during the First Application Period.

The work performed by Allen Matkins was essential to carrying out the Receiver's Court-ordered duties.  Allen Matkins has worked diligently to preserve and protect the assets of the receivership estate, investigate and recover sums transferred to third parties, and maximize the funds available for ultimate distribution to investors.  Moreover, Allen Matkins seeks payment of only 80% of fees incurred on an interim basis in recognition of the fact that its work in assisting the Receiver is ongoing.  Payment of the proposed 20% holdback will be sought at the conclusion of the receivership.  Allen Matkins' fees are fair and reasonable and should be approved and paid on an interim basis.

## IV.   CONCLUSION

Allen Matkins, therefore, respectfully requests the Court enter an Order:

1.      Approving Allen Matkins' fees, on an interim basis, of $194,607.90;

2.      Authorizing and directing the Receiver to pay 80% of approved fees, or $155,686.32, from the assets of the Receivership Entities;

3.      Approving Allen Matkins' costs in the amount of $9,755.22, and authorizing and directing the Receiver to reimburse such costs in full; and

4.      For such other and further relief as the Court deems appropriate.

Dated:  April 4, 2016                                ALLEN MATKINS LECK GAMBLE
                                                             MALLORY & NATSIS LLP

                                                        By:_____/s/ Edward Fates_____
                                                             EDWARD G. FATES
                                                             Attorneys for Receiver
                                                             Thomas A. Seaman

# EXHIBIT A

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                     Matter #: 375323-00002                     Matter Name: General Receivership

Date of Last Billing:                                                                                   Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/29/15 | 6785724 | Review and consider need for recording TRO in various counties, assess 28 USC 754 and arrange to obtain certified copies of TRO (0.3). | Hsu, Tim | 0.3 | 113.40 | 113.40 |
| 09/30/15 | 6662185 | Research/analysis of attorney-client privilege issues (.6).  Revise letter to counsel for Mr. Chen re turnover/attorney-client privilege (.5). Work on document review at company site to address related entities/notice to law firms, accountants and identify assets (3.7). | Zaro, David R. | 4.8 | 3,218.40 | 3,331.80 |
| 09/30/15 | 6659101 | Draft letter to counsel for S. Chen re receiver appointment, TRO, and communications with company employees and discuss same with Receiver (1.1); review SEC's complaint (.4); address takeover issues and priority tasks (.6); call and emails with S. Chen's counsel re attorney-client privilege and joint representation issues (.6). | Fates, Edward G. | 2.7 | 1,312.20 | 4,644.00 |
| 10/01/15 | 6663262 | Review and provide comments re proposed preliminary injunction order and consent to same on behalf of receivership entities and | Fates, Edward G. | 1.3 | 631.80 | 5,275.80 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | communications with Receiver and SEC's counsel re same (1.1); advise re AUSA request and former employees (.2). | | | | |
| 10/02/15 | 6799841 | Work with Receiver as to issues re to AUSA, address discovery/investigation (.6). Call/emails with the Commission as to orders (.4). Address the AUSA discovery requests (.6). Review of cease & desist order from California Department of Business Oversight and accompanying discovery (.4). Email to counsel/Receiver re appropriate response to Cease & Desis Order (.4). | Zaro, David R. | 2.4 | 1,609.20 | 6,885.00 |
| 10/02/15 | 6663567 | Review letter, cease and desist order, and discovery requests from California Department of Business Oversight and call to A. Wright re same (.4); discuss S. Chen proposed changes to preliminary injunction order with SEC's counsel (.2); address AUSA's request for gemstone appraiser information and access to offices and coordinate and discuss same with Receiver and A. Juroe (.8). | Fates, Edward G. | 1.4 | 680.40 | 7,565.40 |
| 10/05/15 | 6799844 | Call with Receiver re AUSA discovery, follow-up to review subpoena (.4). Address gmail/google accounts and address turnover, work on the issues related to the same (.3). Review/evaluate ceases & desist order, discovery and follow-up with counsel re same (.3). | Zaro, David R. | 1.0 | 670.50 | 8,235.90 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/05/15 | 6664977 | Telephone conference and email with California Department of Business Oversight re Desist and Refrain Order and discovery requests. | Fates, Edward G. | 0.5 | 243.00 | 8,478.90 |
| 10/08/15 | 6786029 | Call with SEC related to Preliminary Injunction Order, follow-up with Receiver re 28 USC 754 and email re same (.4). | Zaro, David R. | 0.4 | 268.20 | 8,747.10 |
| 10/08/15 | 6785779 | Attention to issues re certified copies of TRO for 754 filings and recordings and calls to filing office clerk re the same (0.9). | Hsu, Tim | 0.9 | 340.20 | 9,087.30 |
| 10/08/15 | 6677647 | Strategic planning and assess approach re miscellaneous case filings and county recordings. | Griffin, Peter | 0.6 | 167.40 | 9,254.70 |
| 10/09/15 | 6670296 | Review Preliminary Injunction Order entered by Court. | Fates, Edward G. | 0.2 | 97.20 | 9,351.90 |
| 10/09/15 | 6786032 | Review preliminary injunction and coordinate recordation of TRO and filing of miscellaneous case filings in the various California and Nevada district courts (0.9). | Hsu, Tim | 0.9 | 340.20 | 9,692.10 |
| 10/09/15 | 6677657 | Analyze 28 USC Section 754 (.8); work on drafts and filings re Notice of Appointment of Receiver and Application for Miscellaneous Case Number in California and Nevada United States District Courts (1.8). | Griffin, Peter | 2.6 | 725.40 | 10,417.50 |
| 10/13/15 | 6785786 | Coordinate filing of 754 notices of receivership (0.4). | Hsu, Tim | 0.4 | 151.20 | 10,568.70 |
| 10/13/15 | 6677669 | Analyze California Government Code re recordings (.5); File recording documents in California counties | Griffin, Peter | 2.2 | 613.80 | 11,182.50 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | where receivership properties located (1.7). | | | | |
| 10/14/15 | 6799849 | Review the grand jury subpoenas from AUSA, preliminary evaluation of receiver's response (.4). Call with Receiver with re grand jury subpoenas (.2). | Zaro, David R. | 0.6 | 402.30 | 11,584.80 |
| 10/14/15 | 6672847 | Review grand jury subpoenas issued to Receiver (.2); respond to inquiry from California Dept. of Business Oversight (.2). | Fates, Edward G. | 0.4 | 194.40 | 11,779.20 |
| 10/14/15 | 6673783 | Prepare draft motion for order in aid of receivership and draft declaration of the receiver in support (5.4); Correspondence with Receiver re translation service providers for update to Website (0.3); Review status of various 754 filings (0.2). | Hsu, Tim | 5.9 | 2,230.20 | 14,009.40 |
| 10/15/15 | 6674669 | Work on motion for order in aid of receivership. | Fates, Edward G. | 0.4 | 194.40 | 14,203.80 |
| 10/15/15 | 6678694 | Continue draft of motion for order in aid and draft receiver's declaration in support (2.3); Correspondence to Receiver to request additional information for motion for order in aid (0.2). | Hsu, Tim | 2.5 | 945.00 | 15,148.80 |
| 10/16/15 | 6799875 | Conference with SEC/Receiver re grand jury subpoenas (.2). | Zaro, David R. | 0.2 | 134.10 | 15,282.90 |
| 10/16/15 | 6677684 | Review California Government Code and recording documents (.7); Phone call with San Bernardino Recorder's Office (.3); Review 28 U.S.C 754 (.3); Phone call with U.S. District Court - District of Nevada re application for | Griffin, Peter | 1.7 | 474.30 | 15,757.20 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | miscellaneous case number (.4). | | | | |
| 10/20/15 | 6799892 | Call to address the AUSA grand jury subpoenas and bank records (.4). Call with Receiver re discovery, grand jury subpoenas and accounting issues (.5). | Zaro, David R. | 0.9 | 603.45 | 16,360.65 |
| 10/20/15 | 6680696 | Two phone calls with San Bernardino Recorder's Office re recording receivership properties (.3); Analyze state and local rules re recordings (.3); File San Bernardino recording documentation (.5). | Griffin, Peter | 1.1 | 306.90 | 16,667.55 |
| 10/23/15 | 6682853 | Call with counsel to address the AUSA response/subpoena and documents (.3). | Zaro, David R. | 0.3 | 201.15 | 16,868.70 |
| 10/28/15 | 6785806 | Attention to issues re recording of PI in various counties (0.3). | Hsu, Tim | 0.3 | 113.40 | 16,982.10 |
| 10/29/15 | 6685679 | Work on document production/privilege review pursuant to US Attorney subpoena. | Fates, Edward G. | 1.3 | 631.80 | 17,613.90 |
| 10/30/15 | 6799862 | Call with Receiver re AUSA concerning document production (.2). | Zaro, David R. | 0.2 | 134.10 | 17,748.00 |
| 11/02/15 | 6799836 | Review Amkey Global issues/documents requested per the AUSA grand jury subpoena and email from Mr. Mo Chen's counsel (.2). | Zaro, David R. | 0.2 | 134.10 | 17,882.10 |
| 11/02/15 | 6799871 | Review lengthy email from SEC's counsel re potential ongoing money raising activities (.2). | Fates, Edward G. | 0.2 | 97.20 | 17,979.30 |
| 11/04/15 | 6695518 | Finalize Crowley documents for production to SEC. | Kaup, John T. | 0.5 | 114.75 | 18,094.05 |
| 11/04/15 | 6693420 | Work on document production | Fates, Edward G. | 0.4 | 194.40 | 18,288.45 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | pursuant to subpoena and prepare letter to AUSA R. Robinson re same. | | | | |
| 11/06/15 | 6696868 | Communications with AUSA R. Robinson re document production. | Fates, Edward G. | 0.2 | 97.20 | 18,385.65 |
| 11/10/15 | 6700799 | Review emails, call Receiver re advice as to AUSA, discovery, grand jury subpoena and coordination of production (.4). Follow-up advice to counsel re attorney documents/turnover (.2). | Zaro, David R. | 0.6 | 402.30 | 18,787.95 |
| 11/11/15 | 6702891 | Perform privilege review and prepare attorney firm documents for production to SEC. | Kaup, John T. | 2.5 | 573.75 | 19,361.70 |
| 11/11/15 | 6700771 | Attention to privilege review issues for documents requested by AUSA from former counsel for receivership entities. | Fates, Edward G. | 0.4 | 194.40 | 19,556.10 |
| 11/16/15 | 6799865 | Review issues and email related to the AUSA discovery requests related to the grand jury subpoena (.5). | Zaro, David R. | 0.5 | 335.25 | 19,891.35 |
| 11/23/15 | 6709937 | Work on motion for order in aid of receivership (.4). | Fates, Edward G. | 0.4 | 194.40 | 20,085.75 |

## Disbursements for Matter 375323-00002 (General Receivership)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 09/29/15 | 2172405 | Other Court Charges - - Nationwide ALLEN, MATKINS, LECK, GAMBLE ET AL ^ 138076 | 1.00 | 83.60 |
| 10/01/15 | 2171005 | Duplication | 421.00 | 63.15 |
| 10/02/15 | 2171004 | Duplication | 500.00 | 75.00 |
| 10/05/15 | 2171006 | Duplication | 316.00 | 47.40 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 10/05/15 | 2171823 | Messenger - - Federal Express Invoice No: 518625567 313<br>Ship To: Thomas Seaman | 1.00 | 15.61 |
| 10/05/15 | 2176728 | Other Court Charges - - Nationwide USDC/CENTRAL<br>DISTRICT ^ 138413 | 1.00 | 278.00 |
| 10/06/15 | 2171824 | Messenger - - Federal Express Invoice No: 518625567 313<br>Ship To: Steven P Scandura, Esq | 1.00 | 15.11 |
| 10/06/15 | 2176449 | Messenger - - Federal Express Invoice No: 653630399 055<br>Ship To: OCBC BANK | 1.00 | 37.02 |
| 10/06/15 | 2176450 | Messenger - - Federal Express Invoice No: 653630399 055<br>Ship To: ADRIAN CHAN, LYDIA PAN | 1.00 | 37.02 |
| 10/06/15 | 2176451 | Messenger - - Federal Express Invoice No: 653630399 055<br>Ship To: LEGAL DEPARTMENT | 1.00 | 37.02 |
| 10/06/15 | 2184050 | Service of Process - - Nationwide WENTING LIU ^ 138751 | 1.00 | 309.55 |
| 10/07/15 | 2173291 | Duplication | 24.00 | 3.60 |
| 10/07/15 | 2176208 | Messenger - - Federal Express Invoice No: 519383732 055<br>Ship To: Ms Wenting Liu | 1.00 | 14.15 |
| 10/08/15 | 2173292 | Duplication | 438.00 | 65.70 |
| 10/08/15 | 2176209 | Messenger - - Federal Express Invoice No: 519383732 209<br>Ship To: Alison Juroe | 1.00 | 9.95 |
| 10/08/15 | 2176729 | Messenger - - Nationwide USDC/CENTRAL DISTRICT ^<br>138413 | 1.00 | 23.00 |
| 10/09/15 | 2173287 | Duplication | 210.00 | 31.50 |
| 10/09/15 | 2173293 | Duplication | 54.00 | 8.10 |
| 10/09/15 | 2176452 | Messenger - - Federal Express Invoice No: 653884971 055<br>Ship To: MO A K A YAN CHEN | 1.00 | 37.02 |
| 10/09/15 | 2176720 | Filing Fees - - Nationwide CR/SAN BERNARDINO COUNTY<br>RECORDER ^ 138413 | 1.00 | 219.50 |

Exhibit A
Page 20

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 10/09/15 | 2176721 | Filing Fees - - Nationwide  CR/RIVERSIDE COUNTY RECORDER ^ 138413 | 1.00 | 205.45 |
| 10/09/15 | 2176722 | Filing Fees - - Nationwide  CR/ORANGE COUNTY RECORDER ^ 138413 | 1.00 | 120.40 |
| 10/09/15 | 2176723 | Filing Fees - - Nationwide  CR/LOS ANGELES COUNTY RECORDERS ^ 138413 | 1.00 | 84.75 |
| 10/13/15 | 2173288 | Duplication | 53.00 | 7.95 |
| 10/13/15 | 2173294 | Duplication | 172.00 | 25.80 |
| 10/13/15 | 2176724 | Filing Fees - - Nationwide  CR/SAN BERNARDINO COUNTY RECORDER ^ 138413 | 1.00 | 261.35 |
| 10/13/15 | 2176725 | Filing Fees - - Nationwide  CR/RIVERSIDE COUNTY RECORDER ^ 138413 | 1.00 | 330.35 |
| 10/13/15 | 2176726 | Filing Fees - - Nationwide  CR/ORANGE COUNTY RECORDER ^ 138413 | 1.00 | 230.30 |
| 10/13/15 | 2176727 | Filing Fees - - Nationwide  CR/LOS ANGELES COUNTY RECORDERS ^ 138413 | 1.00 | 219.50 |
| 10/13/15 | 2176730 | Other Court Charges - - Nationwide USDC/CENTRAL DISTRICT ^ 138413 | 1.00 | 206.00 |
| 10/13/15 | 2176731 | Filing Fees - - Nationwide  USDC/SAN FRANCISCO NORTHERN DIST. ^ 138413 | 1.00 | 119.00 |
| 10/14/15 | 2171976 | Filing Fees - - U.S. District Court, District of Nevada - Obtain Miscellaneous Case No. | 1.00 | 46.00 |
| 10/14/15 | 2173289 | Duplication | 56.00 | 8.40 |
| 10/14/15 | 2173290 | Duplication | 361.00 | 54.15 |
| 10/14/15 | 2173295 | Duplication | 118.00 | 17.70 |
| 10/14/15 | 2176362 | Messenger - - Federal Expess Invoice No: 520126106 13 Ship To: Thomas Seaman | 1.00 | 17.23 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 10/14/15 | 2176363 | Messenger - - Federal Expess Invoice No: 520126106 209 Ship To: Clerk of the Court | 1.00 | 13.41 |
| 10/19/15 | 2176364 | Messenger - - Federal Expess Invoice No: 520126106 13 Ship To: Steven P Scadura | 1.00 | 15.11 |
| 10/20/15 | 2173296 | Duplication | 145.00 | 21.75 |
| 10/20/15 | 2184053 | Filing Fees - - Nationwide  CR/SAN BERNARDINO COUNTY RECORDER ^ 138751 | 1.00 | 112.50 |
| 10/20/15 | 2184054 | Messenger - - Nationwide CR/LOS ANGELES COUNTY RECORDERS ^ 138751 | 1.00 | 107.00 |
| 10/20/15 | 2184055 | Messenger - - Nationwide CR/ORANGE COUNTY RECORDER ^ 138751 | 1.00 | 111.00 |
| 10/20/15 | 2184056 | Filing Fees - - Nationwide  CR/RIVERSIDE COUNTY RECORDER ^ 138751 | 1.00 | 105.50 |
| 10/20/15 | 2184057 | Other Court Charges - - Nationwide USDC/CENTRAL DISTRICT ^ 138751 | 1.00 | 107.60 |
| 10/21/15 | 2175552 | Duplication | 54.00 | 8.10 |
| 10/21/15 | 2182047 | Messenger - - Federal Express Invoice No: 520857080 209 Ship To: Tim McDonnell | 1.00 | 9.95 |
| 10/21/15 | 2184058 | Filing Fees - - Nationwide  GLENDALE SUPERIOR COURTHOUSE ^ 138751 | 1.00 | 103.25 |
| 10/27/15 | 2184051 | Messenger - - Nationwide WELLMAN & WARREN ^ 138751 | 1.00 | 62.25 |
| 10/30/15 | 2184052 | Service of Process - - Nationwide BANK OF AMERICA ^ 138751 | 1.00 | 115.00 |
| 11/02/15 | 2182890 | Lexis Lexis - Research | 1.00 | 156.00 |
| 11/03/15 | 2178731 | Duplication | 38.00 | 5.70 |
| 11/03/15 | 2182236 | Messenger - - Federal Express Invoice No: 521592383 055 Ship To: Thomas Zaccaro, Esq | 1.00 | 10.25 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 11/03/15 | 2184150 | Service of Process - - Nationwide NEWSPARKLE STONE BEADS IMPORT LLC ^ 139073 | 1.00 | 175.65 |
| 11/03/15 | 2184151 | Service of Process - - Nationwide NEWSPARKLE STONE BEADS IMPORT ^ 139073 | 1.00 | 270.00 |
| 11/03/15 | 2184155 | Other Court Charges - - Nationwide USDC/CENTRAL DISTRICT ^ 139073 | 1.00 | 258.00 |
| 11/04/15 | 2182400 | Messenger - - Federal Express Invoice No: 522342519 209 Ship To: Tim McDonnell, Project Manager | 1.00 | 10.54 |
| 11/06/15 | 2178732 | Duplication | 6.00 | 0.90 |
| 11/06/15 | 2184152 | Service of Process - - Nationwide BANK OF AMERICA ^ 139073 | 1.00 | 95.00 |
| 11/10/15 | 2184153 | Service of Process - - Nationwide JP MORGAN CHASE BANK ^ 139073 | 1.00 | 115.00 |
| 11/10/15 | 2184154 | Service of Process - - Nationwide BANK OF AMERICA ^ 139073 | 1.00 | 35.00 |
| 11/11/15 | 2182891 | Lexis Lexis - Research | 1.00 | 31.60 |
| 11/12/15 | 2182500 | Messenger - - Federal Express Invoice No: 523081407 665 Ship To: Richard Robinson | 1.00 | 10.76 |
| 11/12/15 | 2182892 | Lexis Lexis - Research | 1.00 | 194.80 |
| 11/13/15 | 2182501 | Messenger - - Federal Express Invoice No: 523081407 665 Ship To: R Gary Klausner | 1.00 | 10.76 |
| 11/16/15 | 2179986 | Duplication | 4.00 | 0.60 |
| 11/17/15 | 2182893 | Lexis Lexis - Research | 1.00 | 509.60 |
| 11/18/15 | 2182894 | Lexis Lexis - Research | 1.00 | 402.40 |
| 11/18/15 | 2191051 | Other Court Charges - - Nationwide - ROYBAL FEDERAL BUILDING USDC/USBC ^ 425678 | 1.00 | 27.00 |
| 11/20/15 | 2182657 | Messenger - - Federal Express Invoice No: 523867337 13 Ship To: Steve R Welk | 1.00 | 10.25 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 11/20/15 | 2183852 | Duplication | 17.00 | 2.55 |
| 11/23/15 | 2181954 | Production of Documents - - Bank of America - Bank Documents, Court Case Name: Li Zhao | 1.00 | 40.58 |
| 11/23/15 | 2190732 | Service of Process - - Nationwide - PORSCHE OF DOWNTOWN L.A. ^ 139361 | 1.00 | 185.85 |
| 11/23/15 | 2190733 | Service of Process - - Nationwide - PORSCHE OF DOWNTOWN L.A. ^ 139361 | 1.00 | 79.00 |
| 11/24/15 | 2184837 | Production of Documents - - Bank of America - Bank Documents,  Court Case Name: Li Zhao | 1.00 | 525.00 |
| 12/01/15 | 2191071 | Other Court Charges - - Nationwide - ROYBAL FEDERAL BUILDING USDC/USBC ^ 425888 | 1.00 | 27.00 |
| 12/03/15 | 2186782 | Statutory Fees - - CT Corporation USFIA Singapore Pte Ltd. (SING)^14527388RI | 1.00 | 909.88 |
| 12/09/15 | 2187962 | Messenger - - Federal Express Invoice No: 526052371 2055 | 1.00 | 10.76 |
| 12/10/15 | 2187963 | Messenger - - Federal Express Invoice No: 526052371 2055 | 1.00 | 10.76 |
| 12/17/15 | 2190204 | Lexis Lexis - Research | 1.00 | 68.40 |
| 12/17/15 | 2191267 | Production of Documents - - JPMorgan Chase Bank, N.A. - Bank Documents re Securities and Exchange Commission vs. Steve Chen; USFIA, Inc., et al. | 1.00 | 65.04 |
| 12/17/15 | 2197603 | Messenger - - Federal Express Invoice No: 526875479 313 | 1.00 | 15.25 |
| 12/18/15 | 2197599 | Messenger - - Federal Express Invoice No: 526875479 055 | 1.00 | 15.76 |
| 12/18/15 | 2197600 | Messenger - - Federal Express Invoice No: 526875479 055 | 1.00 | 15.76 |
| 12/18/15 | 2197601 | Messenger - - Federal Express Invoice No: 526875479 055 | 1.00 | 15.76 |
| 12/18/15 | 2197602 | Messenger - - Federal Express Invoice No: 526875479 055 | 1.00 | 15.76 |
| 12/18/15 | 2199930 | Messenger - - Nationwide -  NATIONWIDE LEGAL *PROCESS**** ^ 140374 | 1.00 | 23.00 |

03/16/16 11:33:01 PROFORMA STATEMENT FOR MATTER 375323-00002 (General Receivership) 375323-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 12/18/15 | 2199931 | Service of Process - - Nationwide - BANK OF AMERICA ^ 140374 | 1.00 | 115.00 |
| 12/18/15 | 2199932 | Service of Process - - Nationwide - EAST WEST BANK ^ 140374 | 1.00 | 105.00 |
| 12/22/15 | 2197598 | Messenger - - Federal Express Invoice No: 526875479 055 | 1.00 | 15.76 |
| 12/30/15 | 2191208 | Duplication | 67.00 | 10.05 |
| 12/30/15 | 2192089 | Production of Documents - - East West Bank - Re: Bank Documents | 1.00 | 135.94 |
| 12/30/15 | 2199153 | Lexis Lexis - Research | 1.00 | 268.40 |
| 12/30/15 | 2199933 | Service of Process - - Nationwide - DMDC INVESTMENTS DBA REALTY ^ 140374 | 1.00 | 160.65 |
| 12/30/15 | 2199934 | Service of Process - - Nationwide - TITLE365 COMPANY ^ 140374 | 1.00 | 173.25 |
| 12/30/15 | 2199935 | Service of Process - - Nationwide - MATHIS BROTHERS FURNITURE ^ 140374 | 1.00 | 157.50 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 12.1 | 670.50 | 8,113.05 |
| 000820 | John T. Kaup | 3.0 | 229.50 | 688.50 |
| 001665 | Edward G. Fates | 9.8 | 486.00 | 4,762.80 |
| 002055 | Tim Hsu | 11.2 | 378.00 | 4,233.60 |
| 002209 | Peter Griffin | 8.2 | 279.00 | 2,287.80 |
| | | 44.3 | | 20,085.75 |
| Total Fees | | | | 20,085.75 |
| Total Disbursements | | | | 9,755.22 |

Exhibit A
Page 25

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro    Matter #: 375323-00003    Matter Name: Asset Investigation & Recovery

Date of Last Billing:                     Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number 1257788
Client/Matter Joint Group # 375323-1

## Fees for Matter 375323-00003 (Asset Investigation & Recovery)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/29/15 | 6659640 | Review/evaluate the case background and calls with the SEC and Receiver related to takeover/legal issues re same (.7). Attend the takeover of the receivership entities, advice to Receiver concerning the scope/interpretation of order, address numerous legal issues concerning the businesses and coordination with government agencies (5.2). | Zaro, David R. | 5.9 | 3,955.95 | 3,955.95 |
| 09/29/15 | 6660512 | Assist Receiver with takeover of the main facility of the receivership entities, including coordinating with federal agency agents for the takeover, communicating and interviewing employees, accounting for physical assets and monies obtained in takeover (5.8); Review complaint and TRO and prepare employee questionnaires and other materials (1.6); Prepare template demand and notice letter for third parties re TRO and turnover of assets/records (0.4). | Hsu, Tim | 7.8 | 2,948.40 | 6,904.35 |
| 09/30/15 | 6662150 | Research/analysis of the scope of order/relationship of affiliates, bank | Zaro, David R. | 0.7 | 469.35 | 7,373.70 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | accounts and notices to banks (.7). | | | | |
| 09/30/15 | 6660779 | Review and provide input to letter to Bird Marella re TRO and receivership (0.4); Follow up on requests for certified copies of TRO for recordation (0.2); Review notes and information obtained from facilities takeover and evaluate need to record and/or file TRO in various counties and districts to secure receivership assets (0.8); Attention to issues re translation needs for notices and website for investors/creditors and confer with counsel re the same (0.3); Call with AUSA to discuss handling of investor inquiries, requests for information and other administrative matters and confer with counsel re the same (0.6); Review online marketing materials for receivership entities and purported business model (0.8); Review information for former counsel and other professionals representing receivership entities (0.5). | Hsu, Tim | 3.4 | 1,285.20 | 8,658.90 |
| 10/01/15 | 6667008 | Call with Receiver related to recovery of guns/notices (.4). Work on draft demand letters/notices and legal advice re scope/demands for turnover (.4). Review draft stipulated order/consent from Commission and emails re same (.5). Work on/advice to Receiver and counsel re same (.6). Review files/documents related to attorneys/retainers and accountants, advice to counsel/Receiver (.8). Emails/work with government | Zaro, David R. | 3.4 | 2,279.70 | 10,938.60 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | agencies re document preservation/discovery requests (.4). Calls with Commission related to orders (.3). | | | | |
| 10/01/15 | 6663260 | Meet with Receiver and A. Juroe at USFIA offices, review and gather documents on assets on site/locations and company assets potentially held by S. Chen, and address security and insurance issues (1.8); revise notice re turnover letters to attorneys and accountants for receivership entities (.5); call with SEC's counsel and Receiver re freezing of receivership entity foreign bank accounts (.3); review order sealing case file and attention to issues re obtaining certified copy of TRO (.2). | Fates, Edward G. | 2.8 | 1,360.80 | 12,299.40 |
| 10/01/15 | 6664249 | Draft and prepare various demand and turnover letters to identified former counsel and other professionals of the receivership entities (3.4); Calls with DOJ re subpoenas, service, and other requests (0.4); Review USFIA financial transactions and other records for turnover demands (0.7); Correspondences with Receiver re AUSA inquiries and other matters (0.7). | Hsu, Tim | 5.2 | 1,965.60 | 14,265.00 |
| 10/02/15 | 6663281 | Work on SEC's access letter and revise same (.3); work on notice re turnover letters to attorneys and accountants for receivership entities (1.1); work on letter to S. Chen's | Fates, Edward G. | 3.2 | 1,555.20 | 15,820.20 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | counsel re location and recovery of rifles and other assets and discuss same with A. Juroe (.9); work on notice and turnover letter to J. Wuo and discuss same with A. Juroe (.4); review information provided by investor re One World Currency, Ammine, and Gemcoin (.2); discuss issues re company email accounts with A. Juroe (.3). | | | | |
| 10/02/15 | 6664247 | Calls and correspondences with AUSA re receivership (0.6); Attention to issues with demand letters to attorneys/accountants/and others (0.6); Gather and prepare documents for all demand letters and send the same to parties for turnover of records and funds (1.3); Prepare summary of parties for demands and provide update to Receiver's staff and request additional information (0.5); Prepare and send access request to SEC (0.4); Email various demand letters to counsel/accountants and other parties (0.5); Provide translation for Receiver's staff on organization documents for USFIA and related entities (0.6); Review investor emails received from SEC (0.4); Calls and correspondence with DOJ and Receiver and staff re request for site access (0.4). | Hsu, Tim | 5.3 | 2,003.40 | 17,823.60 |
| 10/05/15 | 6664383 | Work on Google email account access and preservation issues (.4); finalize letter to S. Chen's counsel re rifles and other company assets (.3); work on letter to former counsel for | Fates, Edward G. | 1.3 | 631.80 | 18,455.40 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | receivership entities re files, retainer, and related issues (.6). | | | | |
| 10/05/15 | 6669052 | Review relevant records and confer with Receiver's staff re entities and individuals which require notice of the TRO (0.8); Prepare and send notice and demand letters to J.Wuo, First Ave. Edu., and L.Zhou (1.2); Review response from Wellman and Warren and prepare and send response letter to address issues raised re retainer fees (1.1); Prepare and send request and demand to Google re access to emails (0.6); Correspondences with Receiver re translation for website (0.3); Correspondences with DOJ re site visit (0.2). | Hsu, Tim | 4.2 | 1,587.60 | 20,043.00 |
| 10/06/15 | 6690388 | Prepare and send subpoena to Wenting Liu and various demand letters to HSBC, OCBC and foreign entities (1.2); Attention to issues getting certified copies of TRO (0.3); Review additional information on Soloman Yang provided by Receiver and research information for related companies (0.6); Correspondences to Receiver re Soloman Yang and Am.Immigration Consultants (0.2); | Hsu, Tim | 2.3 | 869.40 | 20,912.40 |
| 10/07/15 | 6668652 | Call with Receiver related to the additional accounts/Amkey entities (.4). | Zaro, David R. | 0.4 | 268.20 | 21,180.60 |
| 10/07/15 | 6690575 | Review issues with class action lawsuit and prepare and send letter to counsel for plaintiff's re appointment of receiver (0.5); Prepare and send letter to John Wuo in capacity as | Hsu, Tim | 1.9 | 718.20 | 21,898.80 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | agent for Golden Apple (0.3); Review records for other entities and individuals who may require notice of receivership and court's related orders (0.6); Review demands served/sent and responses outstanding (0.5). | | | | |
| 10/08/15 | 6670817 | Work on Amkey and Amkey Global issues with Receiver/affiliate issues (.3). Review demand letter to Amkey Global/revise same and follow-up email (.3). | Zaro, David R. | 0.6 | 402.30 | 22,301.10 |
| 10/08/15 | 6799845 | Evaluate issues re possible EB5 scheme, address with immigration counsel (.3). Address the subpoenas to third parties related to banks, attorneys, and potential targets based on transfers, advice to Receiver re same (.4). | Zaro, David R. | 0.7 | 469.35 | 22,770.45 |
| 10/08/15 | 6688401 | Review records and information on USFIA provided by Receiver and prepare and send demand letters for records to Golden APple, Amkey Global, and Steamfont entities (1.5); Follow up on earlier subpoena to Wenting Liu (0.3); Attention to issues re accounts held by Amkey Global and request for turnover of those funds to receivership (0.7); Further correspondences with Receiver's staff re Amkey Global, Am. Immigration Consultant and other outstanding matters (0.4); Review response and records produced by Atrizadeh and Crowley and correspondence to Receiver re the same (1.3); Review | Hsu, Tim | 6.9 | 2,608.20 | 25,378.65 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and revise letter to BofA re Amkey Global accounts (0.5); Review class action complaint filed by L.Liu (0.4); Call with L.Liu to discuss stay/dismissal of class action against entity defendants pursuant to appointment order (0.7); Provide update to Receiver and staff re responses from OCBC and HSBC bank and recommendations re the same (0.4); Review authorities on extension of jurisdiction internationally (0.7). | | | | |
| 10/09/15 | 6670909 | Call/email related to Amkey, follow-up with Receiver re assets/scope of order (.4). Call with SEC re to Amkey Global and the Preliminary Injunction Order (.2). Follow-up on Amkey Global issues with counsel/Receiver to address Receiver control of assets (.6). | Zaro, David R. | 1.2 | 804.60 | 26,183.25 |
| 10/09/15 | 6670275 | Call with counsel for Google re request for access and turnover of email accounts (0.6); Correspondences with Wellman and Warren re turnover of records and funds (0.4); Review receivership records and Prepare and send demand letters to OCBC, Am. Immigration Consultant, and Goldentree (1.3); Correspondences with Receiver and staff re insurance policies and other administrative matters (0.3); Correspondences with Homier Law re request for turnover of records (0.4); Review letters and subpoenas sent and update notes to | Hsu, Tim | 4.2 | 1,587.60 | 27,770.85 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | track progress (0.5); Call with former employee to request information on entities and correspondence to Receiver's staff re the same (0.7). | | | | |
| 10/12/15 | 6672139 | Review issues re related entities, investigation of assets/subpoenas to be sent and advice re Wellman Warren (.3). Evaluate the production from counsel and assess the work/documents produced (.7). Research/analysis of the Amkey/Amkey Global issues, conference with the Receiver related to evidence (.5). Call with Amkey Global counsel (.3). | Zaro, David R. | 1.8 | 1,206.90 | 28,977.75 |
| 10/12/15 | 6688390 | Review issues re American immigration consultants and confer with counsel re the same (0.4); Conference calls to discuss various outstanding and priority items for USFIA (1.8); Attention to issues with Google gmail account access (0.5); Correspondence to Receiver to provide list of priority issues for scheduled call (0.2); Review files produced by Homier Law and provide update to Receiver re the same (0.8). | Hsu, Tim | 3.7 | 1,398.60 | 30,376.35 |
| 10/13/15 | 6674489 | Call with Receiver related to the Amkey Global/Amkey issues, prepare for meeting with Mr. Chen (.4). Follow-up on Amkey documents and email to counsel re Amkey enterprise (.4). Several calls and emails with Receiver and counsel for Mo Chen (.8). | Zaro, David R. | 1.6 | 1,072.80 | 31,449.15 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/13/15 | 6799848 | Review article/information relating to American Immigration Consultant entity (.2); review documents produced by Homier law firm (.3). | Fates, Edward G. | 0.5 | 243.00 | 31,692.15 |
| 10/13/15 | 6688386 | Conference call with Receiver and counsel to discuss various receivership issues (1.2); Review records produced by Homier law (0.6); Provide update to Receiver and staff re Homier production (0.2); Correspondence with Receiver's staff re bad addresses for G.Berk (0.2); Review other USFIA records received and draft various demand letters for turnover of records (0.7). | Hsu, Tim | 2.9 | 1,096.20 | 32,788.35 |
| 10/14/15 | 6675023 | Emails with counsel for Mr. Chen re Amkey Global and Receiver meeting, follow-up with Receiver re same (.3). Call with Receiver as to Amkey Global/operations and next step (.1). | Zaro, David R. | 0.4 | 268.20 | 33,056.55 |
| 10/14/15 | 6799852 | Communications with Receiver and SEC counsel re meeting with M. Chen on Amkey Global (.6); call/emails with counsel for S. Chen re fee retainer, legal files, turnover of rifle and related issues (.7); discuss same with Receiver. | Fates, Edward G. | 1.3 | 631.80 | 33,688.35 |
| 10/15/15 | 6677139 | Review documents related to Amkey Global and follow-up to address operations/approach to sale (.8). Call/email re Amkey Global bank accounts/turnover of accounts (.4). | Zaro, David R. | 1.2 | 804.60 | 34,492.95 |
| 10/15/15 | 6674330 | Telephone call and emails with Receiver and S. Chen's counsel re turnover of rifle at USFIA building (.3); | Fates, Edward G. | 0.5 | 243.00 | 34,735.95 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | discuss tenant lease termination issue with Receiver (.2). | | | | |
| 10/15/15 | 6674884 | Work on document subpoenas and demand letters and follow up communications re same. | Fates, Edward G. | 0.5 | 243.00 | 34,978.95 |
| 10/15/15 | 6688365 | Review records from JPW and correspondence to Receiver re the same (0.5); Prepare and send demand letter to G.Berk (0.4); Call with G.Berk re USFIA services provided (0.5); Call to discuss demand for records with J.Schrenger law firm (0.4); Review and provide translation for Receiver's staff re USFIA internal memo on Vietnam activities (0.8); Review outstanding responses to demand letters and update status for each (0.5). | Hsu, Tim | 2.9 | 1,096.20 | 36,075.15 |
| 10/16/15 | 6677212 | Several emails with Receiver and SEC re discovery, bank accounts, affiliates (.3). | Zaro, David R. | 0.3 | 201.15 | 36,276.30 |
| 10/19/15 | 6678123 | Call with AUSA related to subpoena (.2) Letter/emails related to assets possibly held by related entities/Ally and Zhao (.4). Call with Receiver related to the Zhao/Ally entity and accounts, follow-up document review (.6). Emails with Receiver related to accounts/actions (.3). | Zaro, David R. | 1.5 | 1,005.75 | 37,282.05 |
| 10/20/15 | 6679719 | Call related to Amkey Global issues/operations and means to operate legally (.4). Call re accounts and related enterprises including Ally and email re same (.2). | Zaro, David R. | 0.6 | 402.30 | 37,684.35 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/20/15 | 6799891 | Review documents related to the operation of USFIA, assess tracing of assets/sales people (.5). Work on subpoenas/discovery related to the banks in order to support accounting (.6). | Zaro, David R. | 1.1 | 737.55 | 38,421.90 |
| 10/20/15 | 6677942 | Communications with SEC's counsel re access letter and bank records for receivership entity accounts. | Fates, Edward G. | 0.2 | 97.20 | 38,519.10 |
| 10/22/15 | 6680883 | Call with R.Hsu, Esq. re subpoena to Wenting Liu and separate demand to Lexint Law (0.7); Review records produced by R.Hsu and correspondence with Receiver's staff re the same (0.5); Review and revise tracking log to provide updates on outstanding items (0.3); Correspondence to Receiver re inquiry from local reporter (0.1). | Hsu, Tim | 1.6 | 604.80 | 39,123.90 |
| 10/23/15 | 6786044 | Emails related to frozen accounts of Ally and Zhao, analysis of issues/scope of order and background (.6). Call with Receiver to address the frozen accounts, Ally and Zhao (.3). | Zaro, David R. | 0.9 | 603.45 | 39,727.35 |
| 10/23/15 | 6681324 | Follow up communications with S. Chen's counsel re turnover of records (.2); address status of document production by Wellman & Warren firm (.2); address issues re requests for records from foreign entities (.1). | Fates, Edward G. | 0.5 | 243.00 | 39,970.35 |
| 10/23/15 | 6786049 | Analyze issues raised by counsel for L. Zhao re frozen accounts and discuss facts re accounts with Receiver (.5). | Fates, Edward G. | 0.5 | 243.00 | 40,213.35 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/23/15 | 6688324 | Review responses from HSBC and foreign law firm and update tracking log for the same (0.3); Call and correspondence to Wellman re demand for turnover of records (0.3); Review outstanding responses to demands for turnover of records (0.7). | Hsu, Tim | 1.3 | 491.40 | 40,704.75 |
| 10/26/15 | 6683573 | Call with Receiver and address issues re affiliate entities/legal issue re freeze (.3). Assess the freeze issues and the claim s to Bank of America accounts (.6). | Zaro, David R. | 0.9 | 603.45 | 41,308.20 |
| 10/26/15 | 6682907 | Review and revise translated language for website and confer with Receiver's staff re the same (0.6). | Hsu, Tim | 0.6 | 226.80 | 41,535.00 |
| 10/26/15 | 6682908 | Attention to issues re recording in SB county (0.3); Review issues re return of funds and request for records to W&W (0.4). | Hsu, Tim | 0.7 | 264.60 | 41,799.60 |
| 10/27/15 | 6685381 | Call with counsel for Ms. Zhao and Mo Chen/Amkey Global to address their respective claims related to frozen accounts/Amkey Global business (.4). Call with Receiver re the Ally and Mo Chen matters, asset recovery and Amkey Global operations (.3). Call with SEC, follow-up with Receiver/email re accounts/safe deposit box (.6). | Zaro, David R. | 1.3 | 871.65 | 42,671.25 |
| 10/27/15 | 6688289 | Call with Wellman and Warren to discuss request for turnover of records and funds (0.4). | Hsu, Tim | 0.4 | 151.20 | 42,822.45 |
| 10/28/15 | 6686164 | Call with claimant's counsel re bank accounts, Amkey and address | Zaro, David R. | 1.8 | 1,206.90 | 44,029.35 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | recovery of the same (.4) Email to Receiver re real property assets (.3). Call/email with counsel/Receiver and SEC re accounts (.2). Review/evaluate issues re Ally and address bank accounts/frozen assets (.6). Call concerning the Amkey Global assets (.3). | | | | |
| 10/28/15 | 6688298 | Review correspondence from Kuwada to request for turnover of files and funds and provide response and authorities pursuant to which Receiver is entitled to records and assets (0.7); Follow up correspondence to Lexint Law re demand for turnover of records (0.3). | Hsu, Tim | 1.0 | 378.00 | 44,407.35 |
| 10/29/15 | 6687195 | Review issues related to discovery/turnover and subpoena issues re law firm (.4). Address the issuance of subpoenas, follow-up with Receiver, advice as to scope (.7). | Zaro, David R. | 1.1 | 737.55 | 45,144.90 |
| 10/29/15 | 6687224 | Call with Receiver re BofA accounts, safe deposit box/turnover issues (.4). Analysis of potential fraud/conveyance claims, freeze, attachment and review documents re same (.5). Email to the Receiver and SEC re accounts of BofA (.3). | Zaro, David R. | 1.2 | 804.60 | 45,949.50 |
| 10/29/15 | 6687294 | Privilege review and related background research for production of Crowley firm documents. | Kaup, John T. | 2.8 | 642.60 | 46,592.10 |
| 10/29/15 | 6685689 | Work on issues relating to frozen Zhao/Ally accounts and discuss same with Receiver. | Fates, Edward G. | 0.3 | 145.80 | 46,737.90 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/29/15 | 6799857 | Telephone conference and emails with counsel for S. Chen re production of documents pursuant to preliminary injunction order, joint representation issues, costs, privilege review, and related issues and work on follow up letter re same (1.3). | Fates, Edward G. | 1.3 | 631.80 | 47,369.70 |
| 10/29/15 | 6688311 | Attention to issues re demand for return of rifles (0.2). | Hsu, Tim | 0.2 | 75.60 | 47,445.30 |
| 10/30/15 | 6690536 | Address the legal issues concerning fraudulent conveyance claims/evidence, follow-up on emails rom counsel and next steps (.8). Call with counsel and the Receiver re Ally investments, the account freeze/recovery of the funds transferred (.4). Review Ally investment/Ms.Zhao claims, BofA documents and subpoena (.3). Follow-up on the draft declaration re Ally (.3). | Zaro, David R. | 1.8 | 1,206.90 | 48,652.20 |
| 10/30/15 | 6799860 | Follow-up on email related to Bird Marella, advice to counsel (.3). Review subpoenas/Amkey and email to counsel re grand jury subpoena (.3). | Zaro, David R. | 0.6 | 402.30 | 49,054.50 |
| 10/30/15 | 6687119 | Communications with Bank of America and work on subpoena (.7); work on letter to S. Chen's counsel re turnover of files, retainer, and related issues (1.6); call from counsel for former employee re turnover of handgun and pick up personal items and discuss same with A. Juroe (.4). | Fates, Edward G. | 2.7 | 1,312.20 | 50,366.70 |
| 10/30/15 | 6688318 | Attention to issues re request for | Hsu, Tim | 0.8 | 302.40 | 50,669.10 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | records from BofA and prepare and serve subpoena to BofA for the same (0.5); Review relevant records of USFIA accounts held at BofA and by various related parties and entities (0.3). | | | | |
| 11/01/15 | 6692380 | Review declaration of Mr. Seaman re USFIA interests/assets transferred to Ally as well as Mr. Zhao (.4). Call with counsel/Receiver re next steps to recovery Ally/Zhao transfers (.3). | Zaro, David R. | 0.7 | 469.35 | 51,138.45 |
| 11/02/15 | 6692382 | Address Zhao documents (.4). Evaluate next steps re Amkey Global issues (.6). | Zaro, David R. | 1.0 | 670.50 | 51,808.95 |
| 11/02/15 | 6692389 | Assess issues related to investigation of the scheme/overseas activity and review of documents/email from the Commission (.4). Call to Receiver re investigation of new scheme/Dragon coin (.2). | Zaro, David R. | 0.6 | 402.30 | 52,211.25 |
| 11/02/15 | 6691477 | Work on letter to S. Chen's counsel re documents, engagement agreement, and retainer (.4); work on subpoena to Newspark entity (.2). | Fates, Edward G. | 0.6 | 291.60 | 52,502.85 |
| 11/02/15 | 6787028 | Telephone calls and emails with Receiver and Bank of America re production of Zhao/Ally account records (.5). | Fates, Edward G. | 0.5 | 243.00 | 52,745.85 |
| 11/02/15 | 6714884 | Review and prepare letter response to counsel for Kuwada (1.1); Call with BofA representative re subpoena for records (0.4); Review public records for Newsparkle Stone Beads Import, LLC and prepare subpoena for records to the entity (0.6); | Hsu, Tim | 2.3 | 869.40 | 53,615.25 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Correspondence with Receiver and staff re subpoena to BofA (0.2). | | | | |
| 11/02/15 | 6703933 | Research effect of joint representation on attorney-client privilege (.8); research attorney's obligation to return client files upon termination of relationship (.7); edit turnover letter to Bird Marella reflecting aforementioned research (.4). | Griffin, Peter | 1.9 | 530.10 | 54,145.35 |
| 11/03/15 | 6693624 | Emails/call with SEC concerning the accounts/Ally and individual claims, follow-up call advice to counsel re legal rights, strategy, fraud and constructive trust (.8). | Zaro, David R. | 0.8 | 536.40 | 54,681.75 |
| 11/03/15 | 6691467 | Finalize and send letter to counsel for S. Chen re files, engagement agreement, and retainer (.3); revise letter to former counsel for receivership entities re production of files (.2). | Fates, Edward G. | 0.5 | 243.00 | 54,924.75 |
| 11/03/15 | 6786060 | Draft letter to Bank of America re freeze of Zhao/Ally accounts and discuss same with Receiver (1.6). | Fates, Edward G. | 1.6 | 777.60 | 55,702.35 |
| 11/03/15 | 6787033 | Calls and emails with Receiver and Bank of America re subpoena and production of L. Zhao/Ally account records (.2); communications with counsel for L. Zhao, Ally, and M. Chen re service of subpoenas and work on subpoenas (1.1). | Fates, Edward G. | 1.3 | 631.80 | 56,334.15 |
| 11/03/15 | 6714874 | Correspondences with Receiver's staff re preliminary injunction (0.3); Prepare subpoenas to Li Zhao, Ally Investors, and Mo Chen and send the | Hsu, Tim | 1.8 | 680.40 | 57,014.55 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | same to counsel (0.7); Incorporate counsel comments to letter response to counsel for Kuwada re demand for turnover of funds (0.5); Finalize and serve subpoena to Newsparkle (0.3). | | | | |
| 11/04/15 | 6714841 | Attention to issues re service of subpoena to Newsparkle (0.3). | Hsu, Tim | 0.3 | 113.40 | 57,127.95 |
| 11/05/15 | 6694676 | Analyze issues re Kuwada law firm refusing to turn over legal files and work on letter to Kuwada's counsel re same (.4). | Fates, Edward G. | 0.4 | 194.40 | 57,322.35 |
| 11/05/15 | 6787036 | Calls with Receiver and A. Juroe re Zhao/Ally account issues and production of records and communications with SEC's counsel re same (.7); communications with Zhao/Ally's counsel re production of records and conference call (.3). | Fates, Edward G. | 1.0 | 486.00 | 57,808.35 |
| 11/06/15 | 6696157 | Review letter from S. Chen's counsel re engagement agreement, documents, and retainer (.2); discuss issues relating to possible settlement with S. Chen with SEC's counsel (.2); discuss issues raised in letter from S. Chen's counsel with Receiver and respond to letter (.7); call with SEC's counsel relating to Bank of America account records (.2); analyze issues re delay in production of documents by Wellman firm (.1). | Fates, Edward G. | 1.4 | 680.40 | 58,488.75 |
| 11/06/15 | 6714760 | Review records re additional real properties found through Receiver's investigation and email to Receiver's staff re the same (0.6); Follow up with Wellman & Warren re promise to | Hsu, Tim | 2.2 | 831.60 | 59,320.35 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | produce records and files (0.3); Review translated draft of website communications for investors and correspondence with Receiver's staff re the same (0.8); Prepare and serve additional subpoena to BofA for records re Ally Investors (0.5). | | | | |
| 11/09/15 | 6700760 | Review emails/attachments as to Ally/Zhao claims and assess issues re recovery/strategy (.6). Calls re Ally with counsel and Receiver (.4). Review additional email re bank accounts/discovery and recovery via fraudulent conveyance (.5). | Zaro, David R. | 1.5 | 1,005.75 | 60,326.10 |
| 11/09/15 | 6697633 | Call with S. Chen's counsel re Mercedes automobile located at towing facility and production of engagement letter and retainer (.7); call with towing facility (.3); advise Receiver re same (.3). | Fates, Edward G. | 1.3 | 631.80 | 60,957.90 |
| 11/09/15 | 6786064 | Review information from A. Juroe relating to Zhao/Ally accounts and work on subpoenas for related accounts (.6); communications with Zhao/Ally's counsel and SEC's counsel re meet and confer (.2). | Fates, Edward G. | 0.8 | 388.80 | 61,346.70 |
| 11/09/15 | 6703528 | Review bank account information for Ally Investors, Li Zhao and Tongyi for preparation of subpoena to BofA and Chase (0.3); Prepare subpoenas to BofA and Chase for account information (0.6); Call with BofA representative re records for Ally Investors and email to representative to request the same (0.7); Call and correspondence with Wellman re | Hsu, Tim | 2.1 | 793.80 | 62,140.50 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | missing production and to discuss issues re retainer held by Wellman (0.5). | | | | |
| 11/09/15 | 6713871 | Research re receivership entities' potential ownership of real property in Orange and San Bernardino counties. | Griffin, Peter | 0.4 | 111.60 | 62,252.10 |
| 11/10/15 | 6698818 | Review engagement letter and retainer information from S. Chen's counsel, and advise Receiver re same (.4). | Fates, Edward G. | 0.4 | 194.40 | 62,446.50 |
| 11/10/15 | 6703515 | Call and correspondence with Wellman re production of files (0.3). | Hsu, Tim | 0.3 | 113.40 | 62,559.90 |
| 11/11/15 | 6702280 | Call with Receiver re Amkey Global operations and asset preservation, follow-up re same (.4). Address the issues re Bird Marella's claim to $600k retainer (.2). | Zaro, David R. | 0.6 | 402.30 | 62,962.20 |
| 11/11/15 | 6703505 | Review records produced by Wellman (0.4); Draft MP&A iso application for writ of attachment (5.2); Prepare draft form application papers in support (1.1). | Hsu, Tim | 6.7 | 2,532.60 | 65,494.80 |
| 11/12/15 | 6703497 | Continue draft of MPA iso application for right to attach order and writ of attachment (1.9); Attention to issues re timing of filing for complaint and application (0.4); Retrieve and review corporate filing documents for Tonyi (HK) Trading Co. Ltd. (0.7); Correspondence to counsel and Receiver to provide summary update (0.4). | Hsu, Tim | 3.4 | 1,285.20 | 66,780.00 |
| 11/13/15 | 6705576 | Review issues related to Bird Marella retainer and advice re same (.3). | Zaro, David R. | 0.3 | 201.15 | 66,981.15 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 11/13/15 | 6703045 | Draft letter to Bird Marella firm re return of retainer funds and discuss same with Receiver (.8). | Fates, Edward G. | 0.8 | 388.80 | 67,369.95 |
| 11/13/15 | 6703489 | Prepare draft letter to Bird Marella re demand for turnover (0.3); Review property records for additional properties owned by Golden Ark, and provide update and recommendation to Receiver (0.5); Correspondence to BofA to request follow up on missing records from subpoena production (0.2); Complete forms for application for right to attach order (0.7). | Hsu, Tim | 1.7 | 642.60 | 68,012.55 |
| 11/16/15 | 6707610 | Review correspondence documents related to and the Bird Marella retainer / evidence related to source / Singapore USFIA (.6). | Zaro, David R. | 0.6 | 402.30 | 68,414.85 |
| 11/16/15 | 6785856 | Call re Zhao / Ally matter / Zacarro letter response and advice to counsel re same (.3). | Zaro, David R. | 0.3 | 201.15 | 68,616.00 |
| 11/16/15 | 6799867 | Call with Receiver and Counsel related to the accounting and discovery (.2). | Zaro, David R. | 0.2 | 134.10 | 68,750.10 |
| 11/16/15 | 6704842 | Review correspondence from Bird Marella re retainer, discuss same with Receiver, and advise re investigation into Singapore entity. | Fates, Edward G. | 0.4 | 194.40 | 68,944.50 |
| 11/16/15 | 6714720 | Correspondence to BofA to follow up on request for supplemental production and request for expedited return on subpoenas (0.4); Call with representative for Newsparkle to discuss response to subpoena and request for extension (0.6); Review | Hsu, Tim | 3.2 | 1,209.60 | 70,154.10 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | notices of appearance to be filed in action (0.4); Call and correspondence with Receiver's staff re property visit (0.3); Prepare draft letter response to counsel for Kuwada re demand for records (1.5). | | | | |
| 11/17/15 | 6707642 | Review issues and information re Singapore /Vietnam USFIA entities and follow-up with Counsel and Receiver related to the same (.7). | Zaro, David R. | 0.7 | 469.35 | 70,623.45 |
| 11/17/15 | 6704843 | Review further correspondence from Bird Marella re retainer and discuss same with Receiver. | Fates, Edward G. | 0.2 | 97.20 | 70,720.65 |
| 11/17/15 | 6705150 | Discuss investigation into USFIA Singapore entity with SEC's counsel and work on same. | Fates, Edward G. | 0.4 | 194.40 | 70,915.05 |
| 11/17/15 | 6705191 | Revisions to letter to counsel for Kuwada re production of files (.3); communications with counsel for W. Liu re possible work for Receiver (.3). | Fates, Edward G. | 0.6 | 291.60 | 71,206.65 |
| 11/17/15 | 6786080 | Review letter from Zhao/Ally's counsel and discuss request for release of funds and response to same with SEC's counsel (.8). | Fates, Edward G. | 0.8 | 388.80 | 71,595.45 |
| 11/17/15 | 6714698 | Review correspondence received re request for records to Kuwada and provide update to Receiver re the same (0.3); Revise and send letter response to counsel for Kuwada re demand for records (0.4); Research issues re obtaining entity records for USFIA Singapore (1.6); Correspondences with BofA re request for supplemental production on subpoena (0.2); Call and | Hsu, Tim | 2.9 | 1,096.20 | 72,691.65 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | correspondence with Receiver's staff re property visit (0.4). | | | | |
| 11/18/15 | 6707784 | Call with Receiver concerning the strategy legal access to account information and follow-up (.3) review records related to the accounts/overseas accounts / follow-up (.4). | Zaro, David R. | 0.7 | 469.35 | 73,161.00 |
| 11/18/15 | 6707790 | Call with Receiver re amkey global matters/business issues/legal liability (.3); email with AUSA and call with Receiver re finds turnover (.3); review issues related to amkey global and assess the Receiver's legal obligation and rights as to business operation and follow-up thereon (.4). | Zaro, David R. | 1.0 | 670.50 | 73,831.50 |
| 11/18/15 | 6706505 | Analyze issues re Zhao/Ally accounts, freeze, and letter from counsel for Zhao/Ally requesting release of funds. | Fates, Edward G. | 0.3 | 145.80 | 73,977.30 |
| 11/18/15 | 6714674 | Correspondences for clarification with vendor for USFIA Singapore records (0.3). | Hsu, Tim | 0.3 | 113.40 | 74,090.70 |
| 11/19/15 | 6708635 | Call with Receiver related FBI/forfeiture and follow-up (.3); Draft letter to AUSA/FBI related to turnover of assets that were forfeited/seized prior to Receiver's appointment (.6). | Zaro, David R. | 0.9 | 603.45 | 74,694.15 |
| 11/19/15 | 6707720 | Review correspondence from counsel for Kuwada and advice re subpoena issue (.3); advise re investigation into USFIA Singapore entity (.2). | Fates, Edward G. | 0.5 | 243.00 | 74,937.15 |
| 11/19/15 | 6708035 | Respond to counsel for Zhao/Ally re status of bank subpoenas (.2); review objections to subpoenas from counsel | Fates, Edward G. | 0.4 | 194.40 | 75,131.55 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | for Zhao/Ally (.2). | | | | |
| 11/19/15 | 6714649 | Correspondences with BofA to request update on responses to subpoena (0.2); Attention to issues re retrieval of records for USFIA Singapore and correspondences with vendors re the same (1.3); Correspondences with counsel for G.Kuwada re request for records and prepare and serve subpoena for the same (1.1); Prepare for and visit receivership properties with Receiver's staff and interview residents/tenants (2.8). | Hsu, Tim | 5.4 | 2,041.20 | 77,172.75 |
| 11/20/15 | 6710197 | Review issues related to forfeiture, revise the letter concerning turnover of the seized funds (.6). Call with Receiver related to forfeiture issues (.2). | Zaro, David R. | 0.8 | 536.40 | 77,709.15 |
| 11/20/15 | 6785883 | Address letter and response to same re Zhao and Ally matters, call with Receiver re same (.8). | Zaro, David R. | 0.8 | 536.40 | 78,245.55 |
| 11/20/15 | 6708377 | Communications with Receiver and A. Juroe re contact with W. Liu and follow up communications with counsel for W. Liu (.5); communications with SEC's counsel re USFIA Singapore entity, review information provided by SEC counsel, and discuss same and further investigation with A. Juroe (.9); discuss issues relating to Bird Marella and Wellman retainers with Receiver (.2). | Fates, Edward G. | 1.6 | 777.60 | 79,023.15 |
| 11/20/15 | 6708906 | Discuss additional bank records | Fates, Edward G. | 0.8 | 388.80 | 79,411.95 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | received and potential new document subpoena to Porsche dealer with A. Juroe (.5); discuss issues relating to impound of Chen Mercedes with Receiver (.1); work on subpoena relating to Ally account at Chase (.2). | | | | |
| 11/20/15 | 6785885 | Confer with SEC's counsel re Li Zhao/Ally Investors issues and possible resolution of same (.3); communications with counsel for Zhao/Ally (.2); review and send supplemental Bank of America account records to SEC's counsel and counsel for Zhao/Ally (.2); review new letter from counsel for Zhao/Ally and work on response to same (.3). | Fates, Edward G. | 1.0 | 486.00 | 79,897.95 |
| 11/20/15 | 6714628 | Review production of records from Newsparkle and provide email summarizing production for Receiver's staff (0.5); Review records and search public information for Porsche of Downtown and prepare draft subpoena (0.6); Correspondences with Receiver's staff re additional information needed for subpoena to Chase (0.3); Call with Chase re subpoena for records (0.4); Correspondence with Receiver's staff re initial report (0.1); Prepare order for records for USFIA Singapore (0.4); Correspondences with BofA re production of records (0.5); Review all outstanding responses to subpoenas and demand letters and update tracking log (0.5). | Hsu, Tim | 3.3 | 1,247.40 | 81,145.35 |
| 11/20/15 | 6716101 | Examine case filings in Gucci | Griffin, Peter | 2.1 | 585.90 | 81,731.25 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | America, Inc., et al. v. Weixing Li, et al. to develop roadmap for compelling foreign banks to produce account information | | | | |
| 11/23/15 | 6712432 | Call with Receiver related to subpoenas issues to banks (.4). Review of documents and accounting records as to affiliated entities, address/call re attachments issues and fraudulent conveyance claims (.8). | Zaro, David R. | 1.2 | 804.60 | 82,535.85 |
| 11/23/15 | 6709690 | Work on document subpoena related to Ally purchase of Porsche (.2); follow up communications to counsel for W. Liu (.1). | Fates, Edward G. | 0.3 | 145.80 | 82,681.65 |
| 11/23/15 | 6787044 | Forward L. Zhao/Ally/M. Chen objections to document subpoenas to SEC's counsel (.1); meet and confer calls with SEC's counsel and counsel for Zhao/Ally/M. Chen re objections to subpoena and request to unfreeze funds (1.2); discuss same with Receiver (.2). | Fates, Edward G. | 1.5 | 729.00 | 83,410.65 |
| 11/23/15 | 6714590 | Gather and prepare documents for service of subpoena to Porsche of Downtown (0.3); Call with Chase re subpoena for records (0.6); Prepare and send fax to Chase with revision to subpoena as requested (0.5). | Hsu, Tim | 1.4 | 529.20 | 83,939.85 |
| 11/24/15 | 6711793 | Prepare letter to Zhao/Ally/M. Chen's counsel re objections to document subpoenas and related issues and finalize and send same (2.1); review records relating Zhao/Ally credit card transactions (.3). | Fates, Edward G. | 2.4 | 1,166.40 | 85,106.25 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 11/24/15 | 6785890 | Review documentation relating to USFIA Singapore and send same to SEC's counsel (.4). | Fates, Edward G. | 0.4 | 194.40 | 85,300.65 |
| 11/24/15 | 6714539 | Incorporate revisions to motion for order in aid based on Receiver's findings and prepare draft declaration and proposed order in support (4.2); Review issues for USFIA affiliated operations in Vietnam and possibly Singapore (0.4); Review production of records from BofA and correspondence to Receiver's staff re the same (0.3); Correspondence with Receiver re HK entity Tongyi (0.3); Review report on USFIA Singapore and provide update to counsel re the same (0.7). | Hsu, Tim | 5.9 | 2,230.20 | 87,530.85 |
| 11/25/15 | 6712822 | Address the subpoena for records from overseas offices (.4). | Zaro, David R. | 0.4 | 268.20 | 87,799.05 |
| 11/25/15 | 6712053 | Work to gather information on L. Zhao/Ally Investors and potential related entities in Hong Kong. | Fates, Edward G. | 0.5 | 243.00 | 88,042.05 |
| 11/25/15 | 6712147 | Draft letter to Bird Marella firm re USFIA Singapore and turnover of retainer funds (.8). | Fates, Edward G. | 0.8 | 388.80 | 88,430.85 |
| 11/25/15 | 6714493 | Draft and send letter and email to Wellman re retainer paid to firm by Singapore affiliate (0.6); Retrieve and review public records for Xiangxin Electronic and Jet Profit and provide summary to Receiver and staff re the same (1.3). | Hsu, Tim | 1.9 | 718.20 | 89,149.05 |
| 11/29/15 | 6713577 | Review/evaluate the issues/emails re Singapore Ltd (.4). | Zaro, David R. | 0.4 | 268.20 | 89,417.25 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 11/29/15 | 6713348 | Review correspondence from counsel in Singapore re USFIA Singapore status. | Fates, Edward G. | 0.2 | 97.20 | 89,514.45 |
| 11/30/15 | 6715186 | Discuss letter from HSBC Bank re closed accounts with SEC's counsel and review and forward same to Receiver. | Fates, Edward G. | 0.2 | 97.20 | 89,611.65 |
| 11/30/15 | 6714933 | Research issue iso opposition to motion to intervene and correspondence with counsel re the same (1.1); Call and emails with BofA representative re outstanding subpoena responses (0.3); Review records produced by BofA and forward the same to Receiver and staff (0.5); Review opposition briefing filed by SEC to motion to intervene (0.3); Calls and email with Chase representative re subpoena and anticipated production of records in response (0.5); Revise and update tracking schedule for subpoenas and demand letters sent (0.7). | Hsu, Tim | 2.3 | 869.40 | 90,481.05 |
| 12/01/15 | 6717880 | Follow-up on discovery as to Ally Investors, investigation of relationship of affiliated entities (.8).  Call re USFIA Singapore, advice to Receiver re same (.3). Several emails re protective order, call with counsel and advice as to recovery of retainers (.6). | Zaro, David R. | 1.7 | 1,139.85 | 91,620.90 |
| 12/01/15 | 6717884 | Calls with Receiver and counsel to address scope of accounting, third party subpoenas and approach to locating investors (.4). Review of and research discovery approach re | Zaro, David R. | 1.1 | 737.55 | 92,358.45 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | overseas lenders, advice to counsel (.4). Advice re email discovery (.3). | | | | |
| 12/01/15 | 6716843 | Review communications from Singapore attorney addressing USFIA Singapore affiliation and related issues (.2); prepare response to same (.7); calls and emails to Bird Marella firm re USFIA Singapore, affiliate status, and retainer issue (1.1); advise re Wellman affiliate and retainer issues (.3). | Fates, Edward G. | 2.3 | 1,117.80 | 93,476.25 |
| 12/01/15 | 6716853 | Review and respond to communications from counsel for Zhao/Ally re subpoenas, document production, proposed protective order, and bank records received from Bank of America (.9); confer with SEC's counsel re same (.3). | Fates, Edward G. | 1.2 | 583.20 | 94,059.45 |
| 12/01/15 | 6742388 | Correspondence to counsel for Li Zhao and Ally Investors to provide copies of bank records previously received in response to subpoenas (0.2); Call and email with D.VanSambeek re demand for turnover of receivership funds (0.6). | Hsu, Tim | 0.8 | 302.40 | 94,361.85 |
| 12/02/15 | 6719164 | Review/analysis of legal issues related to Singapore entities, recovery of funds deposited for the benefit of S. Chen per correspondence/loan evidence (.7). | Zaro, David R. | 0.7 | 469.35 | 94,831.20 |
| 12/02/15 | 6717228 | Review further communications and attachments from counsel in Singapore re USFIA Singapore affiliate status (.2); follow up communications with Wellman firm re | Fates, Edward G. | 0.4 | 194.40 | 95,025.60 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | retainer balance and freeze of funds (.2). | | | | |
| 12/02/15 | 6718087 | Call with Bird Marella re USFIA Singapore affiliate and retainer issue. | Fates, Edward G. | 0.4 | 194.40 | 95,220.00 |
| 12/03/15 | 6721122 | Call with Receiver concerning the recovery of assets held by affiliated entities/real property issues (.3); Review of title report and documents related to the real property assets (.4). | Zaro, David R. | 0.7 | 469.35 | 95,689.35 |
| 12/04/15 | 6721366 | Review and evaluate issues related to Wells Fargo accounts as to affiliates and turnover issues (.3); Follow-up to review the documents and records re Steamfont and address turnover and control issues (.6); Emails related to Long Lui and declarations concerning the Zhao and Ally accounting (.3). | Zaro, David R. | 1.2 | 804.60 | 96,493.95 |
| 12/04/15 | 6720216 | Communications with Bird Marella re USFIA Singapore and retainer issue (.2). | Fates, Edward G. | 0.2 | 97.20 | 96,591.15 |
| 12/04/15 | 6785966 | Review records produced by Porsche of Downtown and correspondence to Receiver's staff re the same (0.3). | Hsu, Tim | 0.3 | 113.40 | 96,704.55 |
| 12/07/15 | 6722562 | Several emails/call re Ally/Zhao as to discovery dispute, advice to counsel re privilege issues (.4). | Zaro, David R. | 0.4 | 268.20 | 96,972.75 |
| 12/07/15 | 6720799 | Communications with Bird Marella re USFIA Singapore, possible agreement to turn over retainer funds, and issue of pre-receivership fees (.3); emails and call from escrow company re San Gabriel property and discuss same with A. Juroe (.5). | Fates, Edward G. | 0.8 | 388.80 | 97,361.55 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/08/15 | 6785967 | Address issues related to Amkey Global, possible operations/recovery (.6). | Zaro, David R. | 0.6 | 402.30 | 97,763.85 |
| 12/08/15 | 6785968 | Communications with Bird Marella re USFIA Singapore issues (.2); advise of issues re Wellman & Warren retainer and USFIA Singapore issues (.2); email exchange with SEC's counsel re Chase bank records (.2). | Fates, Edward G. | 0.6 | 291.60 | 98,055.45 |
| 12/08/15 | 6742361 | Review record provided by Kuwada and forward the same to Receiver's staff (0.4); Call and email with D.VanSambeek re demand for return of receivership funds (0.6). | Hsu, Tim | 1.0 | 378.00 | 98,433.45 |
| 12/09/15 | 6724487 | Communications with SEC's counsel re records for Amkey account. | Fates, Edward G. | 0.2 | 97.20 | 98,530.65 |
| 12/10/15 | 6727345 | Follow-up on Amkey Global and further analysis of the Receiver's option to realize value, follow-up with Receiver re same (.4). | Zaro, David R. | 0.4 | 268.20 | 98,798.85 |
| 12/10/15 | 6785972 | Communications with A. Juroe and escrow officer re sale of property owned by Grace He and preliminary injunction order (.7). | Fates, Edward G. | 0.7 | 340.20 | 99,139.05 |
| 12/10/15 | 6742347 | Review property tax bills for receivership property and forward the same to Receiver's staff for processing (0.4). | Hsu, Tim | 0.4 | 151.20 | 99,290.25 |
| 12/11/15 | 6727284 | Review correspondence from Wellman firm re USFIA Singapore and retainer issue and initial work on motion to compel turnover of funds. | Fates, Edward G. | 0.3 | 145.80 | 99,436.05 |
| 12/11/15 | 6742341 | Correspondences with Wellman & | Hsu, Tim | 0.7 | 264.60 | 99,700.65 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Warren re return of receivership funds (0.4); Review response from W&W and response from counsel for USFIA Singapore (0.3). | | | | |
| 12/14/15 | 6731313 | Call with FBI re turnover of seized funds (.2). Call with Receiver, email re seized funds (.2). Work on the report/form for turnover of funds, emails re same to FBI/DOJ and Receiver (.6). | Zaro, David R. | 1.0 | 670.50 | 100,371.15 |
| 12/14/15 | 6728224 | Calls and emails with counsel for G. He re sale of La Presa property, documentation relating to property, securing of net sale proceeds, and related issues (.5); review Bird Marella bills and discuss retainer issue with Receiver and SEC's counsel (.4); call with counsel for W. Liu and advise Receiver re same (.3). | Fates, Edward G. | 1.2 | 583.20 | 100,954.35 |
| 12/15/15 | 6742326 | Review production of records from Chase and correspondence with Receiver's staff re the same (0.3). | Hsu, Tim | 0.3 | 113.40 | 101,067.75 |
| 12/16/15 | 6785976 | Emails concerning Amkey Global, legal issues and confer with Receiver/counsel re meeting/approach (.6). Further call with Receiver to follow-up on Amkey Global (.2). Work on response as to Amkey Global (.4). | Zaro, David R. | 1.2 | 804.60 | 101,872.35 |
| 12/16/15 | 6730522 | Communications with SEC's counsel and Bird Marella re turnover of retainer funds (.4). | Fates, Edward G. | 0.4 | 194.40 | 102,066.75 |
| 12/17/15 | 6731727 | Communications with Lotus Escrow re sale of G. He property (.2). | Fates, Edward G. | 0.2 | 97.20 | 102,163.95 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/17/15 | 6742312 | Correspondences with Receiver's staff re status of outstanding subpoenas and need for additional mortgage information (0.4). | Hsu, Tim | 0.4 | 151.20 | 102,315.15 |
| 12/17/15 | 6744123 | Critical research and analysis re the scope of allowable discovery for a Receiver's subpoena to a non-party. | Griffin, Peter | 3.0 | 837.00 | 103,152.15 |
| 12/18/15 | 6735901 | Respond to AUSA's request for information, document issues, attorney-client privilege (.2). Review of the Arch of Record letter/claims and analysis re claims and issues (.4). | Zaro, David R. | 0.6 | 402.30 | 103,554.45 |
| 12/18/15 | 6733341 | Review email from former employee re potential USFIA operation in Dubai and advise Receiver re same. | Fates, Edward G. | 0.3 | 145.80 | 103,700.25 |
| 12/18/15 | 6785996 | Prepare and send additional subpoenas to East West Bank and BofA (0.5); Correspondences with Receiver's staff re production by Chase and need for additional subpoenas (0.3). | Hsu, Tim | 0.8 | 302.40 | 104,002.65 |
| 12/21/15 | 6734612 | Call with Bird Marella firm re W9 issue for transfer of retainer balance and call to Receiver re same (.4). | Fates, Edward G. | 0.4 | 194.40 | 104,197.05 |
| 12/22/15 | 6737220 | Call with Receiver to address the issues related to the investor identities/accounting and development of same and also advise as to reporting issues (.4); Follow-up on Receiver call to address documents/subpoenas to obtain further bank records (.3). | Zaro, David R. | 0.7 | 469.35 | 104,666.40 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/22/15 | 6737278 | Call with Receiver related to Amkey Global meeting with counsel for Mo Chen/advise re same (.3); Review/evaluate document production from Mr. Chen as to Amkey Global/follow-up thereon (1.2); Call with receiver related to Amkey Global docs, meeting with counsel/next steps (.4). | Zaro, David R. | 1.9 | 1,273.95 | 105,940.35 |
| 12/22/15 | 6736252 | Communications with Bird Marella and Receiver re receipt of wire transfer. | Fates, Edward G. | 0.3 | 145.80 | 106,086.15 |
| 12/22/15 | 6736903 | Retrieve and review records for provided by T.Zaccaro (0.7); Prepare the same for delivery to Receiver and staff (0.2). | Hsu, Tim | 0.9 | 340.20 | 106,426.35 |
| 12/23/15 | 6740581 | Address issues related to discovery, meet/confer with counsel as to Zhao/Ally (.3). Emails related to meeting with counsel (.3). | Zaro, David R. | 0.6 | 402.30 | 106,828.65 |
| 12/23/15 | 6737565 | Call from broker for G. He re pending property sale and call with new counsel for G. He re same and W. Liu (.5); discuss G. He and W. Liu issues with Receiver (.2). | Fates, Edward G. | 0.7 | 340.20 | 107,168.85 |
| 12/23/15 | 6742303 | Prepare subpoena to Grace (Wei) He c/o Robert Hsu (0.4). | Hsu, Tim | 0.4 | 151.20 | 107,320.05 |
| 12/28/15 | 6738693 | Work on joint discovery stipulation re Zhao/Ally subpoenas (.2); review documents concerning purchase/leasing/management of Gainsborough property and potential new subpoenas re same (.4). | Fates, Edward G. | 0.6 | 291.60 | 107,611.65 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/29/15 | 6739625 | Work on subpoenas to escrow, title, broker, and vendors related to Gainsborough property (.3); work on subpoenas relating to Gainsborough property (.2). | Fates, Edward G. | 0.5 | 243.00 | 107,854.65 |
| 12/29/15 | 6742290 | Research information for entities to be subpoenaed (0.5); Prepare subpoenas for Title365, IRN Realty, and Mathis Bros. re Gainsborough property (0.8); Calls and correspondences with BofA re outstanding subpoena for mortgage records (0.6). | Hsu, Tim | 1.9 | 718.20 | 108,572.85 |
| 12/30/15 | 6741625 | Discovery as to bank accounts, follow-up as to additional subpoena (.3). Review status of accounting/investor data, address issues re data/emails and investor list/contact date, conference with Receiver as to alternatives to obtaining information (.5). | Zaro, David R. | 0.8 | 536.40 | 109,109.25 |
| 12/30/15 | 6741635 | Review/evaluate the documents from AUSA/FBI as to USFIA/counsel's communications (.7). | Zaro, David R. | 0.7 | 469.35 | 109,578.60 |
| 12/30/15 | 6742288 | Finalize and send subpoenas for service re Gainsborough property and Mathis furniture store (0.2). | Hsu, Tim | 0.2 | 75.60 | 109,654.20 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 58.8 | 670.50 | 39,425.40 |
| 000820 | John T. Kaup | 2.8 | 229.50 | 642.60 |
| 001665 | Edward G. Fates | 51.2 | 486.00 | 24,883.20 |
| 002055 | Tim Hsu | 112.8 | 378.00 | 42,638.40 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00003 (Asset Investigation & Recovery) 375323-00003

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 002209 | Peter Griffin | 7.4 | 279.00 | 2,064.60 |
|  |  | 233.0 |  | 109,654.20 |
| Total Fees |  |  |  | 109,654.20 |
| Total Disbursements |  |  |  | 0.00 |

03/09/16 10:03:09 PROFORMA STATEMENT FOR MATTER 375323-00004 (Reporting) 375323-00004

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                    Matter #: 375323-00004                    Matter Name: Reporting

Date of Last Billing:                                                                                Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number 1257789
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00004 (Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/08/15 | 6670814 | Email related to inventory/reporting (.3). | Zaro, David R. | 0.3 | 201.15 | 201.15 |
| 10/12/15 | 6671391 | Conference call re priority investigation tasks, initial report to court, motion for order in aid of receivership, and related items (1.5); work on motion for order in aid of receivership (.4); communications with SEC counsel re matters relating to S. Chen and counsel (.2). | Fates, Edward G. | 2.1 | 1,020.60 | 1,221.75 |
| 10/13/15 | 6671745 | Work on Receiver's first interim report (2.4); call with SEC counsel re S. Chen counsel/communications re same (.2); communications with S. Chen counsel (.3); discuss outstanding investigation items with Receiver and A. Juroe (.8). | Fates, Edward G. | 3.7 | 1,798.20 | 3,019.95 |
| 10/14/15 | 6674987 | Call with Receiver and counsel re scope of Report/Accounting (.4). | Zaro, David R. | 0.4 | 268.20 | 3,288.15 |
| 10/14/15 | 6672857 | Continue work on Receiver's first interim report, table of outstanding tasks, discuss same with Receiver (2.4). | Fates, Edward G. | 2.4 | 1,166.40 | 4,454.55 |
| 10/20/15 | 6679709 | Call with the SEC related to case | Zaro, David R. | 0.3 | 201.15 | 4,655.70 |

03/09/16 10:03:09 PROFORMA STATEMENT FOR MATTER 375323-00004 (Reporting) 375323-00004

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | status (.3). | | | | |
| 10/29/15 | 6685781 | Work on Receiver's First Interim Report and discuss same with Receiver (.8). | Fates, Edward G. | 0.8 | 388.80 | 5,044.50 |
| 11/11/15 | 6702783 | Review of the draft of Receiver report, call with Receiver re same (.4). Call to Receiver re advice as to report, accounting, discovery re Google accounts (.2). | Zaro, David R. | 0.6 | 402.30 | 5,446.80 |
| 11/11/15 | 6701397 | Work on Receiver's First Interim Report and discuss same with Receiver. | Fates, Edward G. | 2.2 | 1,069.20 | 6,516.00 |
| 11/12/15 | 6705466 | Review accounting information and revisions to report, follow-up advice to Receiver (.6). | Zaro, David R. | 0.6 | 402.30 | 6,918.30 |
| 11/12/15 | 6702454 | Work on Receiver's First Interim Report. | Fates, Edward G. | 0.8 | 388.80 | 7,307.10 |
| 11/13/15 | 6705579 | Follow-up/revise draft of Receiver's report (.6). Call with Receiver re report and accounting (.2). | Zaro, David R. | 0.8 | 536.40 | 7,843.50 |
| 11/13/15 | 6702478 | Draft and revise Receiver's First Interim Report and discuss report and financial exhibits with Receiver (2.9); discuss report with SEC's counsel (.4). | Fates, Edward G. | 3.3 | 1,603.80 | 9,447.30 |
| 12/03/15 | 6721128 | Call related to report and accounting with Receiver as to timeframe/data issues (.3); Review of investor data including email and accounting records to substantiate accounting (.2); Call with SEC related to accounting timeline (.2). | Zaro, David R. | 0.7 | 469.35 | 9,916.65 |

03/09/16 10:03:09 PROFORMA STATEMENT FOR MATTER 375323-00004 (Reporting) 375323-00004

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 3.7 | 670.50 | 2,480.85 |
| 001665 | Edward G. Fates | 15.3 | 486.00 | 7,435.80 |
| | | 19.0 | | 9,916.65 |
| Total Fees | | | | 9,916.65 |
| Total Disbursements | | | | 0.00 |

03/10/16 11:13:01 PROFORMA STATEMENT FOR MATTER 375323-00005 (Investor Communications) 375323-00005

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                     Matter #: 375323-00005                     Matter Name: Investor Communications

Date of Last Billing:                                                                                      Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number 1257790
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00005 (Investor Communications)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/30/15 | 6660511 | Work on translation issues for receivership website. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 10/14/15 | 6673007 | Communications with Receiver re additions to receivership website. | Fates, Edward G. | 0.2 | 97.20 | 194.40 |
| 12/01/15 | 6716942 | Discuss investor database and notice issues with Receiver. | Fates, Edward G. | 0.2 | 97.20 | 291.60 |
| 12/02/15 | 6742385 | Call and correspondence from USFIA investor in France, and correspondence to Receiver's staff to provide update re the same (0.5). | Hsu, Tim | 0.5 | 189.00 | 480.60 |
| 12/07/15 | 6721716 | Review and forward investor communication to A. Juroe. | Fates, Edward G. | 0.1 | 48.60 | 529.20 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.7 | 486.00 | 340.20 |
| 002055 | Tim Hsu | 0.5 | 378.00 | 189.00 |
| | | 1.2 | | 529.20 |
| Total Fees | | | | 529.20 |
| Total Disbursements | | | | 0.00 |

03/10/16 11:14:52 PROFORMA STATEMENT FOR MATTER 375323-00006 (Sale of Assets/Disposition) 375323-00006

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                     Matter #: 375323-00006                     Matter Name: Sale of Assets/Disposition

Date of Last Billing:                                                                                      Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number 1257911
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00006 (Sale of Assets/Disposition)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/01/15 | 6667011 | Work with Receiver on issues re hotel operations, employee issues/insurance (.4). | Zaro, David R. | 0.4 | 268.20 | 268.20 |
| 10/15/15 | 6677140 | Call with Receiver concerning insurance coverage and policies (.4). Review documents concerning insurance coverage (.5). | Zaro, David R. | 0.9 | 603.45 | 871.65 |
| 10/16/15 | 6676810 | Discuss lease termination for tenant at USFIA office building with Receiver and review lease and termination terms. | Fates, Edward G. | 0.2 | 97.20 | 968.85 |
| 10/19/15 | 6676807 | Work on lease termination for tenant as USFIA office building. | Fates, Edward G. | 0.8 | 388.80 | 1,357.65 |
| 10/19/15 | 6676828 | Prepare Lease Termination Agreement for Tracy H. Jaffe at 135 E. Live Oak, Arcadia CA. | Lorenzen, Jonathan | 2.1 | 793.80 | 2,151.45 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 1.3 | 670.50 | 871.65 |
| 001665 | Edward G. Fates | 1.0 | 486.00 | 486.00 |
| 002115 | Jonathan Lorenzen | 2.1 | 378.00 | 793.80 |
|  |  | 4.4 |  | 2,151.45 |

03/10/16 11:14:52 PROFORMA STATEMENT FOR MATTER 375323-00006 (Sale of Assets/Disposition) 375323-00006

Total Fees                                                                          2,151.45
Total Disbursements                                                                    0.00

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00007 (Pending Litigation) 375323-00007

## *Preliminary Billing Form*

| | | |
|---|---|---|
| Billing Atty: 000313 - Zaro | Matter #: 375323-00007 | Matter Name: Pending Litigation |
| Date of Last Billing: | | Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc |

Proforma Number 1257791
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00007 (Pending Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/02/15 | 6799840 | Call with Wellman & Warren re pending litigation (.3). | Zaro, David R. | 0.3 | 201.15 | 201.15 |
| 10/05/15 | 6667321 | Review/evaluate complaint from Jason Ning, Michael/Yin Hua Lu lawsuits and exhibits (1.0). Call with counsel for plaintiffs as to the action/stay (.4). Address class action claims by counsel and assess the next steps (.5). | Zaro, David R. | 1.9 | 1,273.95 | 1,475.10 |
| 10/05/15 | 6799842 | Assess the description of assets in filings by Ning and Lui, then review the SEC filings/exhibits and correlate asset list/descriptions and address inventory (1.7). | Zaro, David R. | 1.7 | 1,139.85 | 2,614.95 |
| 10/06/15 | 6667385 | (Ning v. Chen) Call with Receiver re third party claims by Ning/Liu, etc (.4). Work on draft letter to counsel for Ning/Liu parties (.7). | Zaro, David R. | 1.1 | 737.55 | 3,352.50 |
| 10/07/15 | 6668640 | Revise court filings in the Ning v. Chen action, address substitution of attorney (.4). Call/email with Receiver related to class action and revise letter (.4). | Zaro, David R. | 0.8 | 536.40 | 3,888.90 |
| 10/09/15 | 6670912 | Call/emails related to the third party | Zaro, David R. | 0.7 | 469.35 | 4,358.25 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00007 (Pending Litigation) 375323-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | action filed as class action against entities (.3). Review of the complaint and advice to Receiver related to same/dismissal as to entities (.4). | | | | |
| 10/14/15 | 6675014 | Letter from counsel for alleged class of investor and call with Receiver as to response to the same (.3). Draft letter to counsel for class claimants (.4). | Zaro, David R. | 0.7 | 469.35 | 4,827.60 |
| 10/14/15 | 6673550 | Analyze information re pending state court lawsuit against receivership entities and others by investor group. | Fates, Edward G. | 0.2 | 97.20 | 4,924.80 |
| 10/16/15 | 6677154 | Work on letter response to counsel for class claimants, follow-up to address approach/coordination and stay (.4). | Zaro, David R. | 0.4 | 268.20 | 5,193.00 |
| 10/19/15 | 6678169 | Call/email with Receiver related to Ning claims and litigation (.3). Email with prior counsel/Receiver related to Ning cross-claim for recovery of commissions/transfers (.4). | Zaro, David R. | 0.7 | 469.35 | 5,662.35 |
| 10/27/15 | 6683358 | Advise re litigation stay issue for pending action filed by attorney L. Liu. | Fates, Edward G. | 0.1 | 48.60 | 5,710.95 |
| 10/27/15 | 6688287 | Call and correspondences with counsel for class action matter re stay of lawsuit and appointment of receiver (0.6). | Hsu, Tim | 0.6 | 226.80 | 5,937.75 |
| 10/30/15 | 6688321 | Correspondences with Atty Liu re pending class action lawsuit and need for notice to court re receivership (0.2); Review proposed draft notice to be files by Atty Liu and provide redline comments to draft of the same (0.5). | Hsu, Tim | 0.7 | 264.60 | 6,202.35 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00007 (Pending Litigation) 375323-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/31/15 | 6688232 | Revise notice of receivership to be filed in pending superior court class action matter. | Fates, Edward G. | 0.2 | 97.20 | 6,299.55 |
| 11/01/15 | 6714900 | Revise draft notice of receivership for state-court class action and correspondence to class-action counsel L.Liu re the same (0.7). | Hsu, Tim | 0.7 | 264.60 | 6,564.15 |
| 11/02/15 | 6714890 | Correspondence with L.Liu re filing of notice of receivership in state-court class action (0.2). | Hsu, Tim | 0.2 | 75.60 | 6,639.75 |
| 11/13/15 | 6703488 | Correspondences with L.Liu re pending third party litigation and filing of notice of receivership (0.2). | Hsu, Tim | 0.2 | 75.60 | 6,715.35 |
| 12/01/15 | 6742389 | Review court docket for filing of notice of receivership in class action and correspondences and calls with counsel for class representatives re the same (0.6). | Hsu, Tim | 0.6 | 226.80 | 6,942.15 |
| 12/03/15 | 6742382 | Review conformed copies of filing of notice of receivership by L.Liu in class action lawsuit and correspondence with office of L.Liu re the same (0.3). | Hsu, Tim | 0.3 | 113.40 | 7,055.55 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 8.3 | 670.50 | 5,565.15 |
| 001665 | Edward G. Fates | 0.5 | 486.00 | 243.00 |
| 002055 | Tim Hsu | 3.3 | 378.00 | 1,247.40 |
|  |  | 12.1 |  | 7,055.55 |
| Total Fees |  |  |  | 7,055.55 |
| Total Disbursements |  |  |  | 0.00 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                          Matter #: 375323-00009                          Matter Name: Third Party Claims

Date of Last Billing:                                                                                Client Name: Seaman, Thomas A./Receiver for US Fine Investment Arts Inc

Proforma Number 1257792
Client/Matter Joint Group # 375323-1

### Fees for Matter 375323-00009 (Third Party Claims)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 10/30/15 | 6786054 | Analyze issues re freeze of Zhao/Ally accounts, fraudulent transfers to accounts, and subpoena for records, and discuss same with Receiver (.9). | Fates, Edward G. | 0.9 | 437.40 | 437.40 |
| 10/31/15 | 6688255 | Compile information and draft Receiver's declaration re Zhao/Ally relationship, transfers, accounts, and related issues. | Fates, Edward G. | 1.8 | 874.80 | 1,312.20 |
| 11/04/15 | 6694143 | Discuss information relating to Zhao/Ally accounts with A. Juroe and finalize and send letter re same to Bank of America (.8); discuss potential fraudulent transfers relating to Ahome with A. Juroe (.3); review communication from counsel for Zhao/Ally and discuss same with Receiver and assess fraudulent conveyance cause of action (.3). | Fates, Edward G. | 1.4 | 680.40 | 1,992.60 |
| 11/09/15 | 6697845 | Analyze issues and work on complaint against Ally Investors and Li Zhao and motion for attachment/freeze. | Fates, Edward G. | 0.9 | 437.40 | 2,430.00 |
| 11/10/15 | 6786075 | Email communications with counsel for Zhao/Ally and SEC's counsel re | Fates, Edward G. | 0.2 | 97.20 | 2,527.20 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | meet and confer (.2). | | | | |
| 11/10/15 | 6787009 | Prepare draft disgorgement complaint against Ally Investors and Zhao (3.6); Review procedures for preparation of application for writ of attachment and provide update to counsel re the same (0.8). | Hsu, Tim | 4.4 | 1,663.20 | 4,190.40 |
| 11/11/15 | 6787010 | Address Zhao/Ally strategy and draft of fraudulent conveyance complaint, advise to counsel re same (.5). | Zaro, David R. | 0.5 | 335.25 | 4,525.65 |
| 11/11/15 | 6700237 | Work on fraudulent transfer complaint against Zhao/Ally investors and discuss same with Receiver as well as November 12 meet and confer with SEC and Zhao/Ally's counsel. | Fates, Edward G. | 1.8 | 874.80 | 5,400.45 |
| 11/11/15 | 6785816 | Revise draft complaint against Ally Investors and Li Zhao (1.2). | Hsu, Tim | 1.2 | 453.60 | 5,854.05 |
| 11/12/15 | 6705460 | Review/evaluate the draft fraudulent conveyance complaint, advice/revisions re same (.8). Address issues re Ally/fraud and commingling of assets with Receiver (.4). Review further issues with Receiver/SEC and counsel to prepare for meet/confer per demand by Zacarro (.5). | Zaro, David R. | 1.7 | 1,139.85 | 6,993.90 |
| 11/12/15 | 6702421 | Confer with SEC's counsel re Zhao/Ally account freeze, fraudulent transfer complaint, and related issues (.8); conferences re same and facts relating to accounts with Receiver and A. Juroe (1.3); participate in meet and confer with Zhao/Ally's counsel and SEC's counsel (2.1); work on complaint and related motion re | Fates, Edward G. | 6.9 | 3,353.40 | 10,347.30 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | account freeze (2.7). | | | | |
| 11/12/15 | 6785825 | Confer with counsel re status of meet and confer with counsel for Ally Investors and Li Zhao re frozen accounts (0.3); Revise draft complaint against Ally Investors and Li Zhao (2.4). | Hsu, Tim | 2.7 | 1,020.60 | 11,367.90 |
| 11/13/15 | 6785837 | Work with counsel and Receiver re Ally matter (.4). Work on the fraudulent conveyance claims, follow-up research as to the claims (.7). | Zaro, David R. | 1.1 | 737.55 | 12,105.45 |
| 11/13/15 | 6785847 | Attention to issues re possible complaint and application for writ against Ally Investors and Li Zhao (0.6). | Hsu, Tim | 0.6 | 226.80 | 12,332.25 |
| 11/24/15 | 6712724 | Review of motion to intervene, address claims of Zhao/Ally to accounts/funds (.8). Work on preparation of evidence to support the Receiver's opposition (.7). Call with Receiver related to the same (.2). | Zaro, David R. | 1.7 | 1,139.85 | 13,472.10 |
| 11/24/15 | 6711028 | Review and analyze motion to unfreeze Zhao/Ally accounts and supporting declarations and discuss same with Receiver (.5); work on opposition to motion and discuss same with SEC's counsel (.7). | Fates, Edward G. | 1.2 | 583.20 | 14,055.30 |
| 11/25/15 | 6712817 | Review Zacarro declaration/exhibits, assess response to same (.6). Review emails/documents, draft Zaro declaration re motion as to ally accounts (1.6). Revise Zaro declaration (.4). Call with counsel re Seaman declaration (.3). | Zaro, David R. | 2.9 | 1,944.45 | 15,999.75 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 11/25/15 | 6785930 | Work on opposition to Zhao/Ally motion to intervene/unfreeze accounts and Receiver's declaration in support of same (3.4); further correspondence with counsel for Zhao/Ally re hearing/briefing schedule for motion and responses to subpoenas (.3); discuss Zhao/Ally issues with SEC's counsel (.2). | Fates, Edward G. | 3.9 | 1,895.40 | 17,895.15 |
| 11/28/15 | 6714441 | Research issues and prepare draft briefing re affiliate status in connection with opposition to motion to intervene by Ally and Li Zhao (2.6). | Hsu, Tim | 2.6 | 982.80 | 18,877.95 |
| 11/29/15 | 6785933 | Review of David Zaro and Tom Seaman draft declarations, revise same (2.2). Call with Receiver to address the same (.4). Emails related to draft declarations (.3). | Zaro, David R. | 2.9 | 1,944.45 | 20,822.40 |
| 11/29/15 | 6713365 | Work on opposition to Zhao/Ally motion to intervene/unfreeze accounts. | Fates, Edward G. | 0.6 | 291.60 | 21,114.00 |
| 11/30/15 | 6716729 | Review declaration related to Ally/Zhao motion (.4). Call with Receiver concerning the declaration/evidence (.4). Work on revisions to Zaro declaration (.7). Revise draft Seaman declaration and follow-up on exhibits to same (.8). Revise/revise Fates declaration (.4). | Zaro, David R. | 3.4 | 2,279.70 | 23,393.70 |
| 11/30/15 | 6714668 | Work on opposition to Zhao/Ally motion to intervene/recover funds/clarify orders and supporting declarations of Receiver, D. Zaro and T. Fates (9.7); discuss declaration with Receiver (.7); confer with SEC's | Fates, Edward G. | 10.8 | 5,248.80 | 28,642.50 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | counsel (.4). | | | | |
| 12/03/15 | 6718428 | Analyze issues re Zhao/Ally subpoenas, request for protective order, and potential motion to compel. | Fates, Edward G. | 0.3 | 145.80 | 28,788.30 |
| 12/04/15 | 6785965 | Call with counsel for Zhao/Ally re protective order (.2); call with SEC counsel re same (.2); review proposed declaration from Attorney L. Liu re Zhao/Ally issues (.3). | Fates, Edward G. | 0.7 | 340.20 | 29,128.50 |
| 12/04/15 | 6742373 | Review declarations provided by L.Liu (0.2); Correspondences with L.Liu re pending motion to intervene by Li Zhao and Ally Investors (0.2). | Hsu, Tim | 0.4 | 151.20 | 29,279.70 |
| 12/08/15 | 6724483 | Review/evaluate the briefs/declarations in reply to SEC and Receiver's opposition to Zhao/Ally motion to intervene/turnover assets (.8). Call with Receiver related to the Ally/Zhao funds (.4). | Zaro, David R. | 1.2 | 804.60 | 30,084.30 |
| 12/08/15 | 6722330 | Review and analyze Zhao/Ally reply to SEC's opposition, reply to Receiver's opposition, declarations, and exhibits (1.3); work on motion to compel production of documents by Zhao (.6); communications with SEC's counsel and Zhao/Ally's counsel re protective order, subpoena, and document production (.4). | Fates, Edward G. | 2.3 | 1,117.80 | 31,202.10 |
| 12/10/15 | 6725954 | Communications with counsel for Zhao/Ally re scope of subpoenas, responsive documents, and potential motion to compel (.4). | Fates, Edward G. | 0.4 | 194.40 | 31,396.50 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/15/15 | 6729558 | Work on motion to compel production of documents by Zhao/Ally (1.1); communications with Zhao/Ally counsel re motion to compel and pre-motion telephonic conference (.8). | Fates, Edward G. | 1.9 | 923.40 | 32,319.90 |
| 12/15/15 | 6730432 | Draft motion to compel. | Swonetz, Josi | 4.2 | 1,776.60 | 34,096.50 |
| 12/16/15 | 6732476 | Address discovery dispute concerning Zhao /Ally (.3). | Zaro, David R. | 0.3 | 201.15 | 34,297.65 |
| 12/16/15 | 6785982 | Analyze issues raised in meet and confer correspondence from counsel for Zhao/Ally and prepare responses to same (.6); confer with SEC's counsel re hearing on Zhao/Ally motion (.2); review Chase bank records received for Zhao/Ally accounts (.6). | Fates, Edward G. | 1.4 | 680.40 | 34,978.05 |
| 12/16/15 | 6731372 | Revise motion to compel. | Swonetz, Josi | 1.9 | 803.70 | 35,781.75 |
| 12/17/15 | 6733481 | Call with Receiver and counsel re discovery/motion to compel (.4). Review hearing notice, follow-up with counsel/Commission (.1). Review email draft as to discovery dispute for the magistrate and advice re same (.3). | Zaro, David R. | 0.8 | 536.40 | 36,318.15 |
| 12/17/15 | 6785988 | Work on motion to compel Zhao/Ally document production per subpoenas (1.8); prepare email to court re pre-motion telephonic conference (2.3); communications with Zhao/Ally counsel re same (.3); follow up communications with counsel for W. Liu (.1); review order taking hearing on Zhao/Ally motion off calendar and advise Receiver re same (.1). | Fates, Edward G. | 4.6 | 2,235.60 | 38,553.75 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/18/15 | 6735812 | Review email/revise report to Magistrate as to the discovery dispute with Zhao/Ally over documents (.4). Several emails/calls related to notices to magistrate/discovery dispute and next steps (.8). | Zaro, David R. | 1.2 | 804.60 | 39,358.35 |
| 12/18/15 | 6733338 | Work on email to Court chambers re Zhao/Ally subpoenas and pre-motion telephone conference (1.6); follow up communications with chambers re receipt of email, scheduling of call, and self recusal of Magistrate Judge Standish (.3); communications with SEC's counsel and Zhao/Ally counsel re same (.2); discuss potential subpoenas to former employees L. Johnson and W. Zhao with A. Juroe (.2); review and revise subpoenas to banks for additional Zhao/Ally account and mortgage records (.3); review order reassigning case to Magistrate Judge Stevenson, review chamber rules, and communications with courtroom deputy re pre-motion telephone conference (.4); work on motion to compel Zhao/Ally production of documents requested in subpoenas (1.8); review order reassigning case to Magistrate Judge Abrams, review Judge Abrams chamber rules re discovery motions, and communications with counsel for Zhao/Ally re same (.4); review correspondence from Zhao/Ally counsel re management and keys for San Marino property (.1). | Fates, Edward G. | 5.3 | 2,575.80 | 41,934.15 |

03/09/16 09:24:27 PROFORMA STATEMENT FOR MATTER 375323-00009 (Third Party Claims) 375323-00009

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 12/18/15 | 6742309 | Correspondence to counsel for Li Zhao/Ally Investors to provide copies of bank records received in response to subpoena (0.3). | Hsu, Tim | 0.3 | 113.40 | 42,047.55 |
| 12/21/15 | 6736745 | Email re Zhao/Ally discovery dispute, next steps (.3). | Zaro, David R. | 0.3 | 201.15 | 42,248.70 |
| 12/21/15 | 6786004 | Review letter from counsel for Zhao/Ally re San Marino property, review pleadings re same, and discuss with Receiver and A. Juroe (.9); work on joint motion re Zhao/Ally failure to produce documents in response to subpoenas (.8); review correspondence from Zhao/Ally re further meet and confer and analyze strategy re same (.4). | Fates, Edward G. | 2.1 | 1,020.60 | 43,269.30 |
| 12/28/15 | 6738905 | Draft joint stipulation re motion to compel. | Swonetz, Josi | 3.7 | 1,565.10 | 44,834.40 |
| 12/30/15 | 6740231 | Revise and finalize joint stipulation re motion to compel and follow up thereon. | Swonetz, Josi | 0.9 | 380.70 | 45,215.10 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 18.0 | 670.50 | 12,069.00 |
| 001665 | Edward G. Fates | 49.4 | 486.00 | 24,008.40 |
| 002051 | Josi Swonetz | 10.7 | 423.00 | 4,526.10 |
| 002055 | Tim Hsu | 12.2 | 378.00 | 4,611.60 |
| | | 90.3 | | 45,215.10 |
| Total Fees | | | | 45,215.10 |
| Total Disbursements | | | | 0.00 |