ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>          Defendants. | Case No. 2:15-cv-07425 RGK PLA<br><br>**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS OF THE RECEIVER AND HIS PROFESSIONALS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  May 2, 2016<br>Time:  9:00 a.m.<br>Ctrm.:  850<br>Judge:  Hon. R. Gary Klausner |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

840863.01/SD

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on May 2, 2016, at 9:00 a.m. in Courtroom 850 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012-3332, the Court will consider the interim applications of Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), and his general counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), for approval and payment of fees and expenses ("Applications").

The following table summarizes the fees incurred, interim payment requested, and costs requested for the period from the Receiver's appointment on September 29, 2015, through December 31, 2015:

| Applicant | Fees Incurred | Interim Payment Requested | Costs | Total Payment Requested |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $202,088.50 | $181,879.65 (90%) | $0.00 (100%) | $181,879.65 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $194,607.90 | $155,686.32 (80%) | $9,755.22 (100%) | $165,441.54 |
| Berkeley Research Group, LLC | $155,222.50 | $139,700.25 (90%) | $19,324.76 (100%) | $159,025.01 |

**Procedural Requirements:** If you oppose the Applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 255 East Temple Street, Los Angeles, California 90012-3332 and serve the same on the undersigned not later than 21 calendar days prior to the hearing.

1    IF YOU FAIL TO FILE AND SERVE A WRITTEN OPPOSITION by the
2 above date, the Court may grant the requested relief without further notice.

4 Dated:  April 4, 2016                              ALLEN MATKINS LECK GAMBLE
                                                                       MALLORY & NATSIS LLP

6                                                                  By:      /s/ Edward Fates
                                                                       EDWARD G. FATES
7                                                                      Attorneys for Receiver
                                                                       Thomas A. Seaman