ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
　　　　thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS SEAMAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>　　　　Defendants. | Case No. 2:15-cv-07425 RGK (PLAx)<br><br>**ORDER EXTENDING CLAIMS SUBMISSION DEADLINE [BAR DATE] [314]**<br><br>Date: July 30, 2018<br>Time: 9:00 a.m.<br>Ctrm: 850<br>Judge: Hon. R. Gary Klausner |

1	The Court, having considered the Motion for Order to Extend Claims Submission Deadline [Bar Date] ("Motion"), filed by Thomas A. Seaman, Court-appointed receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), and good cause appearing therefor, hereby orders as follows:

1. The Receiver's Motion is granted;

2. The Claims Bar Date is hereby extended by approximately 90 days to October 1, 2018; and

3. The Receiver is authorized to take the actions described in the Motion to increase the number of investor claims submitted.

Dated: August 23, 2018

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge