ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>Defendants. | Case No. 2:15-cv-07425 RGK PLA<br><br>**ORDER GRANTING TENTH INTERIM FEE APPLICATION OF THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [317]**<br><br>Date: August 20, 2018<br>Time: 9:00 a.m.<br>Ctrm.: 850<br>Judge: Hon. R. Gary Klausner |

The Tenth Interim Fee Application of Thomas A. Seaman ("Receiver"), the Court-appointed receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), for Payment of Fees and Reimbursement of Expenses ("Application") came on for hearing on August 20, 2018.  Appearances were as noted on the record.

The Court having received and read the Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Receiver's Application is granted.

**IT IS FURTHER ORDERED** that the Receiver's fees for the Tenth Application Period are allowed and approved, on an interim basis, in the amount of $37,606.50.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay himself $33,845.85 in fees from assets of the receivership estate, which amount reflects an interim payment of 90% of the allowed fees.

Dated:  August 23, 2018

Hon. R. Gary Klausner
United States District Judge