ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:  (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101
Phone: (619) 233-1155
Fax:  (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Plaintiff,<br>   v.<br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br>        Defendants. | Case No. 2:15-cv-07425 RGK GJS<br>**ORDER GRANTING THE FINAL FEE APPLICATION OF SQUIRE PATTON BOGGS, US LLP, LOCAL COUNSEL IN THE DOMINICAN REPUBLIC TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [319]**<br><br>Date:   August 20, 2018<br>Time:  9:00 a.m.<br>Ctrm.: 850<br>Judge: Hon. R. Gary Klausner |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

872914.01/SD

The Final Fee Application for Payment of Fees and Reimbursement of Expenses ("Application") filed by Squire Patton Boggs, US LLP ("SPB"), local counsel in the Dominican Republic to Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), came on for hearing on August 20, 2018. Appearances were as noted on the record.

The Court having received and read the Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Application of SPB is granted.

**IT IS FURTHER ORDERED** that SPB's fees and costs for the Final Application Period are allowed and approved, on an interim basis, in the amounts of $2,605.50 and $7.47, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay SPB $2,605.50 in fees and $7.47 in costs from assets of the receivership estate, which amounts reflect an interim payment of 100% of the allowed fees and costs.

Dated:  August 23, 2018

Hon. R. Gary Klausner
United States District Judge