| | |
|---|---|
| 1 | ALLEN MATKINS LECK GAMBLE |
| | MALLORY & NATSIS LLP |
| 2 | DAVID R. ZARO (BAR NO. 124334) |
| | TIM C. HSU (BAR NO. 279208) |
| 3 | 865 South Figueroa Street, Suite 2800 |
| | Los Angeles, California 90017-2543 |
| 4 | Phone: (213) 622-5555 |
| | Fax: (213) 620-8816 |
| 5 | E-Mail: dzaro@allenmatkins.com |
| | thsu@allenmatkins.com |
| 6 | |
| | ALLEN MATKINS LECK GAMBLE |
| 7 | MALLORY & NATSIS LLP |
| | EDWARD G. FATES (BAR NO. 227809) |
| 8 | One America Plaza |
| | 600 West Broadway, 27th Floor |
| 9 | San Diego, California 92101-0903 |
| | Phone: (619) 233-1155 |
| 10 | Fax: (619) 233-1158 |
| | E-Mail: tfates@allenmatkins.com |
| 11 | |
| | Attorneys for Receiver |
| 12 | Thomas A. Seaman |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-cv-07425 RGK PLA |
| Plaintiff, | **NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF THE RECEIVER AND HIS PROFESSIONALS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |
| v. | |
| STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC, | Date: September 24, 2018<br>Time: 9:00 a.m.<br>Ctrm.: 850<br>Judge: Hon. R. Gary Klausner |
| Defendants. | |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on September 24, 2018, at 9:00 a.m. in Courtroom 850 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012-3332, the Court will consider the interim applications of Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities") and his general counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), for approval and payment of fees and expenses ("Applications").

The following table summarizes the fees incurred, interim payment requested, and costs requested by the Receiver and Allen Matkins for the period April 1, 2018, through June 30, 2018:

| Applicant | Fees Incurred | Interim Payment Requested | Costs | Total Payment Requested |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $147,190.00 | $132,471.00 (90%) | $0.00 (100%) | $132,471.00 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $75,174.75 | $60,139.80 (80%) | $713.69 (100%) | $60,853.49 |

**Procedural Requirements:** If you oppose the Applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 255 East Temple Street, Los Angeles, California 90012-3332 and serve the same on the undersigned not later than 21 calendar days prior to the hearing.

IF YOU FAIL TO FILE AND SERVE A WRITTEN OPPOSITION by the above date, the Court may grant the requested relief without further notice.

Dated: August 27, 2018

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:  */s/ Edward Fates*
    EDWARD G. FATES
    Attorneys for Receiver
    Thomas A. Seaman