ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>  Defendants. | Case No. 2:15-cv-07425 RGK PLA<br><br>Date: December 23, 2019<br>Time: 9:00 a.m.<br>Ctrm: 850<br>Judge Hon. R. Gary Klausner<br><br>**ORDER (A) APPROVING SALE OF 363 MONTEREY PINES PROPERTY; (B) APPROVING SALE OF 4050 LYND AVE. PROPERTY; AND (C) AUTHORIZING PAYMENT OF ASSOCIATED BROKERS' COMMISSIONS** |

# ORDER

The Court, having received and read the Motion for (A) approval of sale of the 363 Monterey Pines property; (B) approval of sale of the 4050 Lynd Ave. property; and (C) authority to pay associated brokers' commissions ("Motion"), filed by Thomas A. Seaman ("Receiver"), the Court-appointed receiver for USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates including Steamfont Investment Group, LLC (collectively, the "Receivership Entities"), including any supporting declarations and objections filed thereto, and being so advised in the matter and finding good cause, hereby orders as follows:

The Motion is granted;

1. The sale of the property located at 363 Monterey Pines Dr., Arcadia, CA, as described in **Exhibit A** to the Declaration of Thomas A. Seaman filed in support of the Motion (the "Monterey Pines Property"), by Thomas A Seaman as receiver for the Receivership Entities to Pankajkumar Patel ("Monterey Pines Buyer") is confirmed and approved;

2. The purchase price of $3,500,000 for the Monterey Pines Property is confirmed and approved;

3. The Receiver is immediately authorized to complete the sale transaction for the sale of the Monterey Pines Property, including executing any and all documents as may be necessary and appropriate to do so;

4. The Receiver is further authorized to immediately pay, upon closing of the sale of the Monterey Pines Property, a commission of 5% of the purchase price to Keller Williams Realty Pasadena from the sale proceeds, or 4% if Keller

1 Williams Realty Pasadena ultimately represents both the seller and the buyer in the
2 transaction;

3     5.    The sale of the property located at 4050 Lynd Ave., Arcadia, CA, as
4 described in **Exhibit B** to the Declaration of Thomas A. Seaman filed in support of
5 the Motion (the "Lynd Ave. Property"), by Thomas A Seaman as receiver for the
6 Receivership Entities to Yue Gao ("Lynd Ave. Buyer") is confirmed and approved;

7     6.    The purchase price of $540,000 for the Lynd Ave. Property is
8 confirmed and approved;

9     7.    The Receiver is immediately authorized to complete the sale
10 transaction for the sale of the Lynd Ave. Property, including executing any and all
11 documents as may be necessary and appropriate to do so;

12     8.    The Receiver is further authorized to immediately pay, upon closing of
13 the sale of the Lynd Ave. Property, a commission of 6% of the purchase price to
14 Secured Properties from the sale proceeds, or 5% if Secured Properties ultimately
15 represents both the seller and the buyer in the transaction

17 **IT IS SO ORDERED.**

20 Dated: January 13, 2020

_____
Hon. R. Gary Klausner
Judge, United States District Court

24 CC: Fiscal

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**