# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-CV-07425-RGK-PLA | Date | June 15, 2021 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Steve Chen* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause Why Payment of Fees Should Not be Reduced

Over the past two quarters, the amount in gross receipts recovered by the Receiver for the receivership estate has diminished such that the amount in fees requested has outpaced the amount recovered by a substantial margin. The Court orders Receiver Thomas Seaman and Allen Matkins Leck Gamble Mallory & Natsis LLP to show cause in writing why the fees requested in the Applications filed at DE 460 and DE 461 should not be reduced. The responses shall address only the work performed during the time period between June 30, 2020 and December 31, 2020. Additionally, the responses shall be filed no later than **June 23, 2021**, and limited to **ten (10) pages** each.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____