DAVID R. ZARO (BAR NO. 124334)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 W. Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>STEVEN CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMTI, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOMERAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REITT II, LLC, AMKEY, INC., USCHINA CONSULTATION ASSOCIATION, and QUALI RANCH GOLD COURSE, LLC,<br><br>        Defendants. | Case No. 2:15-CV-07425-RGK-PLA<br><br>**RECEIVER'S TWENTY-FIFTH INTERIM REPORT AND RECOMMENDATIONS** |

Thomas A. Seaman ("Receiver"), Court-appointed receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), hereby provides his Twenty-Fifth Interim Report and Recommendations.  This report covers the period from January 1, 2022, through June 30, 2022.

## I.  STATUS REPORT

This receivership involves a complex and wide-ranging group of enterprises and assets funded with the fruits of the fundraising scheme at the heart of the action filed by the Securities and Exchange Commission ("Commission").  As previously reported, upon his appointment, the Receiver took control of bank accounts identified in the TRO and Preliminary Injunction Order ("Appointment Orders") as well as additional accounts identified through the Receiver's investigation of documents and information found at the various locations where the Receivership Entities conducted business.  Thereafter, the Receiver took possession of all of the real and personal property that could be identified as being owned by the Receivership Entities. With regard to the real estate, which included, among other things, a hotel, an office building, an apartment complex, vacant land, and various single-family residences, the Receiver took control over and prepared each property to be sold in accordance with the orders of this Court.  The Receiver also took control of and has sold certain personal property, including vehicles, guns and ammunition, ornamental jewelry, including but not limited to amber and other materials of pecuniary value, that were located at the company premises.  All of the real and personal property assets have been monetized.

Summary-Level Accounting.  Gross receipts for the first half of 2022 were $2,041,338.10.  Gross receipts from inception of the receivership through June 30,

2022, were $79,256,373.09.  Disbursements for the first half of 2022 were $191,070.78.  From the inception of the receivership through June 30, 2022, disbursements were $13,674,860.86.  The Receiver was holding cash in the amount of $65,581,512.23 as of June 30, 2022.  An accounting and analysis of receipts and disbursements is provided below and is presented in greater detail on Exhibit A.

Income Taxes.  During the reporting period, the Receiver and counsel resolved the issues concerning the priority and payment of the future claims of the IRS arising out of or related to the Receivership Entities.

As previously reported, the Receiver filed tax returns for certain of the pre-receivership periods as well as the QSF tax returns for the post-receivership tax years.  The Receiver identified a small tax liability and requested that the IRS review the tax returns on an expedited basis.  This prompt review was requested because the Receivership Entities could have possibly been responsible for significant tax liabilities if the IRS disagreed with the tax accountants' and Receiver's analysis and/or audited the tax returns.

The Receiver and counsel spent significant time attempting to engage with the IRS to find a means whereby the returns could be expeditiously reviewed, audited or otherwise addressed so that the Receiver could distribute the recovered proceeds to the investors.  After numerous efforts failed to bring any certainty, the Receiver filed a motion to amend the plan, subordinate the IRS claims and establish a reserve. In response, the IRS contacted counsel, and the parties were able to negotiate an agreement regarding the treatment of the IRS' prospective claims.  This agreement was presented to the Court as a stipulation with the IRS wherein the IRS agreed that the claims of investor/victims will have priority over prospective current or future tax claims of the IRS.

Asset Disposition.  As set forth above, all of the real and personal property assets of the Receivership Entities have been liquidated.  The Receiver recovered

1 certain funds that had been identified as being held by the State of California
2 Unclaimed Property Division in the amount of $1,935,912.92.

3 ## II. INVESTOR COMMUNICATIONS

4 As noted above, the Receiver maintains a website to provide case
5 information, regular updates, and answers to frequently asked questions to investors
6 and creditors. The Internet address for the webpage is www.usfiareceiver.com.  Due
7 to the large number of Chinese-American investors, the website also provides a tab
8 to view the website in Mandarin. The Receiver assigned a Mandarin speaking
9 administrator to assist with investor inquiries and claims administration.

10 ## III.  RECEIVERSHIP ACCOUNTING

11 As noted above, gross receipts for the first half of 2022 were $2,041,338.10,
12 and from inception through June 30, 2022, were $79,256,373.09. Disbursements for
13 the first half of 2022 were $191,070.78, and from inception through June 30, 2022,
14 were $13,674,860.86.  The Receiver was holding cash in the amount of
15 $65,581,512.23 as of June 30, 2022.

16 Attached as Exhibit A are Profit and Loss Statements, Balance Sheet, and
17 Detailed General Ledger, which provide an accounting of the receipts and
18 disbursements to and from the receivership estate through June 30, 2022. A
19 Standardized Fund Accounting Report ("SFAR") is included with Exhibit A.

20 The total receipts from January 1, 2022, through June 30, 2022, of
21 $2,041,338.10 were comprised of $1,935,912.92 collected from the State of
22 California Unclaimed Property Division California; and $105,425.18 of interest
23 income earned on excess cash invested in U.S. Treasury securities and bank
24 certificates of deposit.

25 Total receipts from inception of the receivership through June 30, 2022, are
26 $79,256,373, which includes $35,630,208 turned over by banks, $702,558 from
27 unused law firm retainers, $2,759,466 in receipts from the hotel and apartment
28 building, $76,000 of investor funds received after the Receiver's appointment,

$41,596,999 from real property sales, $611,336 from personal property sales, $1,637 in tax refunds, and interest income of $1,341,830 earned on excess cash invested in U.S. Treasury securities and bank certificates of deposit.

As set forth on the Profit and Loss Statement, Balance Sheet, and General Ledger, the Receiver disbursed $191,071 during the first two quarters ending June 30, 2022, comprised of $168,143 in approved professional fees and administrative expenses of $20,796, which includes storage fees of $12,495.  The Receiver has disbursed $13,674,861 from inception of the receivership through June 30, 2022. Noteworthy larger expense categories include hotel operating expenses of $1,893,782, real property taxes and expenses of $2,828,139, the first mortgage on the Alhambra property of $2,231,124, and professional fees of $6,079,398.  As noted above, the Receiver was holding cash in the amount of $65,581,512 as of June 30, 2022.

## IV.    RECOMMENDATIONS

The Receiver and his professionals make the following recommendations for the ongoing administration of the receivership estate:

- Continue to administer distribution of the net proceeds of the receivership estate to allowed claimants.
- Upon conclusion of the distribution process, the Receiver will file a motion to approve final accounting, to conclude the receivership, pay professionals and discharge the Receiver.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

# V. CONCLUSION

Based upon his investigation and findings, the Receiver recommends and requests the Court order him to continue to perform his duties pursuant to the Appointment Orders.  The Receiver also requests the Court approve this Twenty-Fifth Report and the foregoing recommendations.

Dated:  August 26, 2022

By: _____
THOMAS A. SEAMAN
Receiver

Dated:  August 26, 2022

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____/s/  David R. Zaro_____
DAVID R. ZARO
Attorneys for Receiver
THOMAS SEAMAN

# EXHIBIT A

**USFIA, Inc in Receivership**
**Profit & Loss**
**January through June 2022**

4:26 PM
08/04/22
Accrual Basis

|  | Jan - Jun 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Turnover/ Seizure | 1,935,912.92 |
| **Total Income** | 1,935,912.92 |
| | |
| **Expense** | |
| Bank Service Charges | 241.59 |
| **Outside Services** | |
| Computer & Internet Expenses | 10,072.50 |
| Postage and Delivery | 245.00 |
| **Total Outside Services** | 10,317.50 |
| | |
| **Professional Fees** | |
| Outside Accounting Fees | 9,295.00 |
| **Receiver's Counsel Expenses** | |
| Allen Matkins | 0.00 |
| **Total Receiver's Counsel Expenses** | 0.00 |
| | |
| **Receiver's Counsel Fees** | |
| Allen Matkins | 39,263.93 |
| **Total Receiver's Counsel Fees** | 39,263.93 |
| | |
| **Receiver's Fees** | 119,584.35 |
| **Total Professional Fees** | 168,143.28 |
| | |
| **Rent & Storage Expenses** | 12,495.08 |
| **Total Expense** | 191,197.45 |
| **Net Ordinary Income** | 1,744,715.47 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 105,425.18 |
| **Total Other Income** | 105,425.18 |
| **Net Other Income** | 105,425.18 |
| **Net Income** | **1,850,140.65** |

**Exhibit A**    Page 1
**Page 7**

**USFIA, Inc in Receivership**
**Profit & Loss**
**As of June 30, 2022**

4:27 PM

08/04/22

Accrual Basis

|  | Jun 30, 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Hotel Revenue | 1,858,142.41 |
| Rental Income | 901,323.42 |
| Sale of Personal Property | 611,335.60 |
| Sale of Real Property | 39,365,875.55 |
| Tax Refunds | 1,636.51 |
| Turnover/ Seizure | 32,166,548.04 |
| Unearned law firm retainers | 702,557.77 |
| **Total Income** | 75,607,419.30 |
| **Expense** | |
| Automobile Expenses | 11,073.24 |
| Bank Service Charges | 5,172.90 |
| **Hotel Operating Expenses** | |
| Cable | 24,362.07 |
| Computer & Internet Expenses | 29,424.02 |
| Food & Beverage | 26,799.48 |
| **Insurance Expense** | |
| Earthquake Insurance | 26,563.00 |
| General Liability Insurance | 39,543.93 |
| Worker's Compensation | 136,566.89 |
| **Total Insurance Expense** | 202,673.82 |
| Landscape & Maintenance | 7,066.07 |
| Licenses, Permits, & Dues | 7,561.62 |
| Lodging Tax-San Bernardino | 179,511.84 |
| Merchant Account Fees | 55,004.23 |
| Misc Hotel Expenses | 105,357.13 |
| Office Supplies | 4,308.13 |
| Payroll Expenses | 712,396.87 |
| Payroll Fees | 14,762.10 |
| Property Taxes | 140,057.59 |
| Recurring Hotel Fees | 0.00 |
| Repairs & Maintenance | 55,175.65 |
| Reservations | 144,038.58 |
| Telephone Expense | 18,811.23 |
| Utilities | 166,471.73 |
| **Total Hotel Operating Expenses** | 1,893,782.16 |
| Mileage Reimbursement | 9,951.48 |
| **Outside Services** | |
| Computer & Internet Expenses | 92,158.12 |
| Misc Costs & Services | 5,916.91 |
| Postage and Delivery | 4,663.94 |
| Printing & Reproduction | 3,481.75 |
| **Total Outside Services** | 106,220.72 |
| **Professional Fees** | |
| Appraiser Fees | 31,800.00 |
| Legal Fees | 23,481.42 |
| Outside Accounting Fees | 60,687.50 |
| **Receiver's Counsel Expenses** | |
| Allen Matkins | 34,269.16 |
| Squire Patton Boggs, LLP | 7,650.55 |
| **Total Receiver's Counsel Expenses** | 41,919.71 |
| **Receiver's Counsel Fees** | |
| Allen Matkins | 1,283,748.82 |
| Squire Patton Boggs, LLP | 115,963.53 |
| **Total Receiver's Counsel Fees** | 1,399,712.35 |

**Exhibit A** Page 1
**Page 8**

4:27 PM
08/04/22
Accrual Basis

## USFIA, Inc in Receivership
## Profit & Loss
### As of June 30, 2022

|  | Jun 30, 22 |
|---|---|
| **Receiver's Fees** | 3,813,088.95 |
| **Receiver's IT Expenses** | 49,844.55 |
| **Receiver IT Fees** | 332,043.38 |
| **Tax Accounting Fees** | 285,868.60 |
| **Transalation Services** | 40,951.62 |
| **Total Professional Fees** | 6,079,398.08 |
| **Real Property Expenses** | |
|   **Alhambra Gardens Apartments** | |
|     **Insurance Expense** | 14,845.00 |
|     **Landscape & Maintenance** | 12,186.00 |
|     **Mortgage Interest Expense** | 171,510.68 |
|     **Property Taxes** | 154,343.20 |
|     **Real Estate Sales Expenses** | 796.68 |
|     **Repairs and Maintenance** | 124,558.16 |
|     **Security Deposit Return** | 32,640.00 |
|     **Taxes & Licenses** | 571.00 |
|     **Tenant Credit Checks** | 359.25 |
|     **Utilities** | 72,067.33 |
|   **Total Alhambra Gardens Apartments** | 583,877.30 |
|   **All Other Real Estate** | |
|     **General Liability Insurance** | 151,723.46 |
|     **HOA Dues** | 39,669.64 |
|     **Landscape & Maintenance** | 131,100.72 |
|     **Locksmith** | 4,974.52 |
|     **Property Tax** | 1,016,952.83 |
|     **Real Estate Sales Expenses** | 131,264.58 |
|     **Repairs & Maintenance** | 201,987.05 |
|     **Security** | 398,692.67 |
|     **Tenant Refunds** | 6,110.00 |
|     **Utilities** | 161,786.39 |
|   **Total All Other Real Estate** | 2,244,261.86 |
| **Total Real Property Expenses** | 2,828,139.16 |
| **Rent & Storage Expenses** | 276,716.05 |
| **Settlement Payments** | 104,365.08 |
| **Taxes** | 129,989.48 |
| **Travel Expense** | 1,186.85 |
| **Total Expense** | 11,445,995.20 |
| **Net Ordinary Income** | 64,161,424.10 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     **Interest Income** | 1,341,830.04 |
|   **Total Other Income** | 1,341,830.04 |
| **Net Other Income** | 1,341,830.04 |
| **Net Income** | **65,503,254.14** |

**USFIA, Inc in Receivership**
**Balance Sheet**
As of June 30, 2022

4:25 PM
08/04/22
Accrual Basis

|  | Jun 30, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **USFIA Axos Bank Acct 1000** | 63,647,479.67 |
| **USFIA Operating Acct - WF 0008** | 1,934,032.56 |
| **Total Checking/Savings** | 65,581,512.23 |
| **Total Current Assets** | 65,581,512.23 |
| **TOTAL ASSETS** | 65,581,512.23 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | 2,258.09 |
| **Total Accounts Payable** | 2,258.09 |
| **Other Current Liabilities** | |
| **Potential 11th Hour Investor** | 76,000.00 |
| **Total Other Current Liabilities** | 76,000.00 |
| **Total Current Liabilities** | 78,258.09 |
| **Total Liabilities** | 78,258.09 |
| **Equity** | |
| **Retained Earnings** | 63,653,113.49 |
| **Net Income** | 1,850,140.65 |
| **Total Equity** | 65,503,254.14 |
| **TOTAL LIABILITIES & EQUITY** | 65,581,512.23 |

**USFIA, Inc in Receivership**

**General Ledger**

**As of June 30, 2022**

4:28 PM

08/04/22

Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Hills Garden Hotel - WF 0032** | | | | | | | | | 0.00 |
| Total Hills Garden Hotel - WF 0032 | | | | | | | | | 0.00 |
| **Hills Garden Petty Cash Fund** | | | | | | | | | 0.00 |
| Total Hills Garden Petty Cash Fund | | | | | | | | | 0.00 |
| **PayPal Account** | | | | | | | | | 0.00 |
| Total PayPal Account | | | | | | | | | 0.00 |
| **USFIA Axos Bank Acct 1000** | | | | | | | | | 63,726,638.84 |
| Deposit | 01/31/2022 | | | | Deposit | Interest Income | 21,653.16 | | 63,748,292.00 |
| Transfer | 02/04/2022 | | | | Funds Transfer | USFIA Operati... | | 25,000.00 | 63,723,292.00 |
| Deposit | 02/28/2022 | | | | Deposit | Interest Income | 19,557.16 | | 63,742,849.16 |
| Deposit | 03/31/2022 | | | | Deposit | Interest Income | 21,658.67 | | 63,764,507.83 |
| Transfer | 04/14/2022 | | | | Funds Transfer | USFIA Operati... | | 40,000.00 | 63,724,507.83 |
| Check | 04/14/2022 | Wire | | Thomas Seaman Co... | Receiver Fees | Receiver's Fees | | 119,584.35 | 63,604,923.48 |
| Deposit | 04/30/2022 | | | | Deposit | Interest Income | 21,634.54 | | 63,626,558.02 |
| Deposit | 05/31/2022 | | | | Deposit | Interest Income | 20,921.65 | | 63,647,479.67 |
| Total USFIA Axos Bank Acct 1000 | | | | | | | 105,425.18 | 184,584.35 | 63,647,479.67 |
| **USFIA Operating Acct - WF 0008** | | | | | | | | | 2,596.89 |
| Check | 01/11/2022 | | | | Service Charge | Bank Service C... | | 36.93 | 2,559.96 |
| Bill Pmt -Check | 02/03/2022 | 2666 | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | | 2,261.25 | 298.71 |
| Transfer | 02/04/2022 | | | | Funds Transfer | USFIA Axos Ba... | 25,000.00 | | 25,298.71 |
| Bill Pmt -Check | 02/09/2022 | 2667 | | Cox Business | #001 7601 06... | Accounts Paya... | | 11.38 | 25,287.33 |
| Bill Pmt -Check | 02/09/2022 | 2668 | | Orange County Netw... | #9922. 10/7/2... | Accounts Paya... | | 1,570.00 | 23,717.33 |
| Bill Pmt -Check | 02/09/2022 | 2669 | | Southern California ... | | Accounts Paya... | | 329.85 | 23,387.48 |
| Bill Pmt -Check | 02/09/2022 | 2670 | | Wertz & Company | | Accounts Paya... | | 3,270.00 | 20,117.48 |
| Check | 02/11/2022 | | | | Service Charge | Bank Service C... | | 31.72 | 20,085.76 |
| Bill Pmt -Check | 03/11/2022 | 2676 | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | | 2,261.25 | 17,824.51 |
| Bill Pmt -Check | 03/11/2022 | 2672 | | Cox Business | #001 7601 06... | Accounts Paya... | | 93.20 | 17,731.31 |
| Bill Pmt -Check | 03/11/2022 | 2673 | | Orange County Netw... | #9947. 11/8/2... | Accounts Paya... | | 902.50 | 16,828.81 |
| Bill Pmt -Check | 03/11/2022 | 2674 | | Southern California ... | #7001725716... | Accounts Paya... | | 154.64 | 16,674.17 |
| Bill Pmt -Check | 03/11/2022 | 2675 | | Wertz & Company | ID 4173, Refu... | Accounts Paya... | | 1,513.00 | 15,161.17 |
| Check | 03/11/2022 | | | | Service Charge | Bank Service C... | | 47.15 | 15,114.02 |
| Check | 04/11/2022 | | | | Service Charge | Bank Service C... | | 31.60 | 15,082.42 |
| Bill Pmt -Check | 04/11/2022 | 2681 | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | | 2,261.25 | 12,821.17 |
| Bill Pmt -Check | 04/11/2022 | 2682 | | Orange County Netw... | #9977. 1/3/22... | Accounts Paya... | | 1,662.50 | 11,158.67 |
| Bill Pmt -Check | 04/13/2022 | 2677 | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | | 2,261.25 | 8,897.42 |
| Bill Pmt -Check | 04/13/2022 | 2678 | | Cox Business | #001 7601 06... | Accounts Paya... | | 93.20 | 8,804.22 |
| Bill Pmt -Check | 04/13/2022 | 2679 | | Orange County Netw... | #9958. 12/1/2... | Accounts Paya... | | 1,947.50 | 6,856.72 |
| Bill Pmt -Check | 04/13/2022 | 2680 | | Southern California ... | #7001725716... | Accounts Paya... | | 170.34 | 6,686.38 |
| Transfer | 04/14/2022 | | | | Funds Transfer | USFIA Axos Ba... | 40,000.00 | | 46,686.38 |
| Check | 04/19/2022 | Wire | | Allen Matkins | | -SPLIT- | | 39,263.93 | 7,422.45 |
| Check | 05/11/2022 | | | | Service Charge | Bank Service C... | | 60.92 | 7,361.53 |
| Bill Pmt -Check | 05/20/2022 | 2683 | | Cox Business | | Accounts Paya... | | 255.18 | 7,106.35 |
| Bill Pmt -Check | 05/20/2022 | 2684 | | Pacific Mail | #278. 6 month... | Accounts Paya... | | 245.00 | 6,861.35 |
| Bill Pmt -Check | 05/20/2022 | 2685 | | Southern California ... | #7001725716... | Accounts Paya... | | 76.92 | 6,784.43 |
| Bill Pmt -Check | 05/20/2022 | 2686 | | Wertz & Company | ID 4173, Prep... | Accounts Paya... | | 3,949.00 | 2,835.43 |
| Deposit | 06/10/2022 | | | | Deposit | Turnover/ Seiz... | 1,935,912.92 | | 1,938,748.35 |
| Check | 06/13/2022 | ACH | | Wells Fargo Bank | | Bank Service C... | | 32.04 | 1,938,716.31 |
| Bill Pmt -Check | 06/16/2022 | 2687 | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | | 2,261.25 | 1,936,455.06 |
| Bill Pmt -Check | 06/16/2022 | 2688 | | Orange County Netw... | | Accounts Paya... | | 2,422.50 | 1,934,032.56 |
| Total USFIA Operating Acct - WF 0008 | | | | | | | 2,000,912.92 | 69,477.25 | 1,934,032.56 |
| **WF Treasury Acct** | | | | | | | | | 1.23 |
| Check | 01/01/2022 | | | | Wells Fargo Bank | Bank Service C... | | 1.23 | 0.00 |
| Total WF Treasury Acct | | | | | | | 0.00 | 1.23 | 0.00 |
| **Accounts Receivable** | | | | | | | | | 0.00 |
| **Alhambra Gardens AR** | | | | | | | | | 0.00 |
| Total Alhambra Gardens AR | | | | | | | | | 0.00 |
| **Hills Garden AR-Advance Deposit** | | | | | | | | | 0.00 |
| Total Hills Garden AR-Advance Deposit | | | | | | | | | 0.00 |
| **Hills Hotel AR-City Ledger** | | | | | | | | | 0.00 |
| Total Hills Hotel AR-City Ledger | | | | | | | | | 0.00 |
| **Hills Hotel AR-Guest Ledger** | | | | | | | | | 0.00 |
| Total Hills Hotel AR-Guest Ledger | | | | | | | | | 0.00 |
| **Accounts Receivable - Other** | | | | | | | | | 0.00 |
| Total Accounts Receivable - Other | | | | | | | | | 0.00 |
| Total Accounts Receivable | | | | | | | | | 0.00 |
| **Prepaid Insurance** | | | | | | | | | 0.00 |
| Total Prepaid Insurance | | | | | | | | | 0.00 |
| **Receivable from Hills Garden** | | | | | | | | | 0.00 |
| Total Receivable from Hills Garden | | | | | | | | | 0.00 |
| **Undeposited Funds** | | | | | | | | | 0.00 |
| Total Undeposited Funds | | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Alhambra Gardens Apt Complex** | | | | | | | | | 0.00 |
| Total Alhambra Gardens Apt Complex | | | | | | | | | 0.00 |

**Exhibit A**

**Page 11**

**USFIA, Inc in Receivership**
**General Ledger**
**As of June 30, 2022**

4:28 PM
08/04/22
Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Security Deposits** | | | | | | | | | 0.00 |
| Total Security Deposits | | | | | | | | | 0.00 |
| **Utility Deposits** | | | | | | | | | 0.00 |
| Total Utility Deposits | | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | | -123.47 |
| Bill | 01/05/2022 | 9922 | | Orange County Netw... | #9922. 10/7/2... | Computer & Int... | | 1,570.00 | -1,693.47 |
| Bill | 01/11/2022 | 70017... | | Southern California ... | #7001725716... | Rent & Storage... | | 206.38 | -1,899.85 |
| Bill | 01/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 11.38 | -1,911.23 |
| Bill | 01/18/2022 | 9947 | | Orange County Netw... | #9947. 11/8/2... | Computer & Int... | | 902.50 | -2,813.73 |
| Bill | 01/23/2022 | 85611 | | Wertz & Company | ID 4173, Form... | Outside Accou... | | 1,063.00 | -3,876.73 |
| Bill | 01/27/2022 | 84625 | | Wertz & Company | ID 4173, Prep ... | Outside Accou... | | 2,207.00 | -6,083.73 |
| Bill | 02/01/2022 | Feb 2... | | AIC Owner, LLC | 17779 Main St... | Rent & Storage... | | 2,261.25 | -8,344.98 |
| Bill Pmt -Check | 02/03/2022 | 2666 | | AIC Owner, LLC | 17779 Main St... | USFIA Operati... | 2,261.25 | | -6,083.73 |
| Bill Pmt -Check | 02/09/2022 | 2667 | | Cox Business | #001 7601 06... | USFIA Operati... | 11.38 | | -6,072.35 |
| Bill Pmt -Check | 02/09/2022 | 2668 | | Orange County Netw... | #9922. 10/7/2... | USFIA Operati... | 1,570.00 | | -4,502.35 |
| Bill Pmt -Check | 02/09/2022 | 2669 | | Southern California ... | | USFIA Operati... | 329.85 | | -4,172.50 |
| Bill Pmt -Check | 02/09/2022 | 2670 | | Wertz & Company | | USFIA Operati... | 3,270.00 | | -902.50 |
| Bill | 02/09/2022 | 70017... | | Southern California ... | #7001725716... | Rent & Storage... | | 154.64 | -1,057.14 |
| Bill | 02/11/2022 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 93.20 | -1,150.34 |
| Bill | 02/22/2022 | 85880 | | Wertz & Company | ID 4173, Refu... | Outside Accou... | | 1,513.00 | -2,663.34 |
| Bill | 02/24/2022 | March ... | | AIC Owner, LLC | 17779 Main St... | Rent & Storage... | | 2,261.25 | -4,924.59 |
| Bill | 03/01/2022 | 9958 | | Orange County Netw... | #9958. 12/1/2... | Computer & Int... | | 1,947.50 | -6,872.09 |
| Bill Pmt -Check | 03/11/2022 | 2676 | | AIC Owner, LLC | 17779 Main St... | USFIA Operati... | 2,261.25 | | -4,610.84 |
| Bill Pmt -Check | 03/11/2022 | 2672 | | Cox Business | #001 7601 06... | USFIA Operati... | 93.20 | | -4,517.64 |
| Bill Pmt -Check | 03/11/2022 | 2673 | | Orange County Netw... | #9947. 11/8/2... | USFIA Operati... | 902.50 | | -3,615.14 |
| Bill Pmt -Check | 03/11/2022 | 2674 | | Southern California ... | #7001725716... | USFIA Operati... | 154.64 | | -3,460.50 |
| Bill Pmt -Check | 03/11/2022 | 2675 | | Wertz & Company | ID 4173, Refu... | USFIA Operati... | 1,513.00 | | -1,947.50 |
| Bill | 03/11/2022 | 70017... | | Southern California ... | #7001725716... | Rent & Storage... | | 170.34 | -2,117.84 |
| Bill | 03/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 93.20 | -2,211.04 |
| Bill | 04/01/2022 | April 2... | | AIC Owner, LLC | 17779 Main St... | Rent & Storage... | | 2,261.25 | -4,472.29 |
| Bill | 04/03/2022 | 9977 | | Orange County Netw... | #9977. 1/3/22-... | Computer & Int... | | 1,662.50 | -6,134.79 |
| Bill Pmt -Check | 04/11/2022 | 2681 | | AIC Owner, LLC | 17779 Main St... | USFIA Operati... | 2,261.25 | | -3,873.54 |
| Bill Pmt -Check | 04/11/2022 | 2682 | | Orange County Netw... | #9977. 1/3/22-... | USFIA Operati... | 1,662.50 | | -2,211.04 |
| Bill | 04/12/2020 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 127.59 | -2,338.63 |
| Bill Pmt -Check | 04/13/2022 | 2677 | | AIC Owner, LLC | 17779 Main St... | USFIA Operati... | 2,261.25 | | -77.38 |
| Bill Pmt -Check | 04/13/2022 | 2678 | | Cox Business | #001 7601 06... | USFIA Operati... | 93.20 | | 15.82 |
| Bill Pmt -Check | 04/13/2022 | 2679 | | Orange County Netw... | #9958. 12/1/2... | USFIA Operati... | 1,947.50 | | 1,963.32 |
| Bill Pmt -Check | 04/13/2022 | 2680 | | Southern California ... | #7001725716... | USFIA Operati... | 170.34 | | 2,133.66 |
| Bill | 04/15/2022 | 278 | | Pacific Mail | #278. 6 month... | Postage and D... | | 245.00 | 1,888.66 |
| Bill | 04/21/2022 | 9991 | | Orange County Netw... | #9991. 2/1/22-... | Computer & Int... | | 902.50 | 986.16 |
| Bill | 05/01/2022 | May 2... | | AIC Owner, LLC | 17779 Main St... | Rent & Storage... | | 2,261.25 | -1,275.09 |
| Bill | 05/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 127.59 | -1,402.68 |
| Bill | 05/13/2022 | 70017... | | Southern California ... | #7001725716... | Rent & Storage... | | 76.92 | -1,479.60 |
| Bill | 05/16/2022 | 10024 | | Orange County Netw... | #10024. 3/3/2... | Computer & Int... | | 1,520.00 | -2,999.60 |
| Bill | 05/18/2022 | 87586 | | Wertz & Company | ID 4173, Prep... | Outside Accou... | | 3,949.00 | -6,948.60 |
| Bill Pmt -Check | 05/20/2022 | 2683 | | Cox Business | | USFIA Operati... | 255.18 | | -6,693.42 |
| Bill Pmt -Check | 05/20/2022 | 2684 | | Pacific Mail | #278. 6 month... | USFIA Operati... | 245.00 | | -6,448.42 |
| Bill Pmt -Check | 05/20/2022 | 2685 | | Southern California ... | #7001725716... | USFIA Operati... | 76.92 | | -6,371.50 |
| Bill Pmt -Check | 05/20/2022 | 2686 | | Wertz & Company | ID 4173, Prep... | USFIA Operati... | 3,949.00 | | -2,422.50 |
| Bill | 05/31/2022 | 10038 | | Orange County Netw... | #10038. 4/1/2... | Computer & Int... | | 1,567.50 | -3,990.00 |
| Bill | 06/01/2022 | June 2... | | AIC Owner, LLC | 17779 Main St... | Rent & Storage... | | 2,261.25 | -6,251.25 |
| Bill | 06/11/2020 | 001 7... | | Cox Business | #001 7601 06... | Rent & Storage... | | 127.59 | -6,378.84 |
| Bill Pmt -Check | 06/16/2022 | 2687 | | AIC Owner, LLC | 17779 Main St... | USFIA Operati... | 2,261.25 | | -4,117.59 |
| Bill Pmt -Check | 06/16/2022 | 2688 | | Orange County Netw... | | USFIA Operati... | 2,422.50 | | -1,695.09 |
| Bill | 06/25/2022 | 87931 | | Wertz & Company | ID 4173, Prep... | Outside Accou... | | 563.00 | -2,258.09 |
| Total Accounts Payable | | | | | | | 29,972.96 | 32,107.58 | -2,258.09 |
| **Funds Turnover to be Returned** | | | | | | | | | 0.00 |
| Total Funds Turnover to be Returned | | | | | | | | | 0.00 |
| **Other Current Liability** | | | | | | | | | 0.00 |
| Total Other Current Liability | | | | | | | | | 0.00 |
| **Payable to USFIA** | | | | | | | | | 0.00 |
| Total Payable to USFIA | | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| **Potential 11th Hour Investor** | | | | | | | | | -76,000.00 |
| Total Potential 11th Hour Investor | | | | | | | | | -76,000.00 |
| **RE Sales Earnest Money Deposits** | | | | | | | | | 0.00 |
| Total RE Sales Earnest Money Deposits | | | | | | | | | 0.00 |
| **Rental Security Deposits** | | | | | | | | | 0.00 |
| Total Rental Security Deposits | | | | | | | | | 0.00 |
| **Mortgage Loan-Alhambra Gardens** | | | | | | | | | 0.00 |
| Total Mortgage Loan-Alhambra Gardens | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | | -63,653,113.49 |
| Total Retained Earnings | | | | | | | | | -63,653,113.49 |
| **Accounting Services Income** | | | | | | | | | 0.00 |
| Total Accounting Services Income | | | | | | | | | 0.00 |

**Exhibit A**
**Page 12**

4:28 PM

USFIA, Inc in Receivership

08/04/22

**General Ledger**

Accrual Basis

As of June 30, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Arcadia Office Rental Revenue** | | | | | | | | | 0.00 |
| Total Arcadia Office Rental Revenue | | | | | | | | | 0.00 |
| **Consulting Income** | | | | | | | | | 0.00 |
| Total Consulting Income | | | | | | | | | 0.00 |
| **Hotel Revenue** | | | | | | | | | 0.00 |
| Total Hotel Revenue | | | | | | | | | 0.00 |
| **Rental Income** | | | | | | | | | 0.00 |
| Total Rental Income | | | | | | | | | 0.00 |
| **Sale of Assets** | | | | | | | | | 0.00 |
| Total Sale of Assets | | | | | | | | | 0.00 |
| **Sale of Personal Property** | | | | | | | | | 0.00 |
| Total Sale of Personal Property | | | | | | | | | 0.00 |
| **Sale of Real Property** | | | | | | | | | 0.00 |
| Total Sale of Real Property | | | | | | | | | 0.00 |
| **Tax Preparation Services Income** | | | | | | | | | 0.00 |
| Total Tax Preparation Services Income | | | | | | | | | 0.00 |
| **Tax Refunds** | | | | | | | | | 0.00 |
| Total Tax Refunds | | | | | | | | | 0.00 |
| **Turnover/ Seizure** | | | | | | | | | 0.00 |
| Deposit | 06/10/2022 | 61-63... | | State of CA | Funds from un... | USFIA Operati... | | 1,935,912.92 | -1,935,912.92 |
| Total Turnover/ Seizure | | | | | | | 0.00 | 1,935,912.92 | -1,935,912.92 |
| **Unearned law firm retainers** | | | | | | | | | 0.00 |
| Total Unearned law firm retainers | | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | | 0.00 |
| **Automobile Expenses** | | | | | | | | | 0.00 |
| Total Automobile Expenses | | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | | 0.00 |
| Check | 01/01/2022 | | | Wells Fargo Bank | | WF Treasury A... | 1.23 | | 1.23 |
| Check | 01/11/2022 | | | | Service Charge | USFIA Operati... | 36.93 | | 38.16 |
| Check | 02/11/2022 | | | | Service Charge | USFIA Operati... | 31.72 | | 69.88 |
| Check | 03/11/2022 | | | | Service Charge | USFIA Operati... | 47.15 | | 117.03 |
| Check | 04/11/2022 | | | | Service Charge | USFIA Operati... | 31.60 | | 148.63 |
| Check | 05/11/2022 | | | | Service Charge | USFIA Operati... | 60.92 | | 209.55 |
| Check | 06/13/2022 | ACH | | Wells Fargo Bank | Service Charge | USFIA Operati... | 32.04 | | 241.59 |
| Total Bank Service Charges | | | | | | | 241.59 | 0.00 | 241.59 |
| **Computer and Internet Expenses** | | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| **Distributions to Claimants** | | | | | | | | | 0.00 |
| Total Distributions to Claimants | | | | | | | | | 0.00 |
| **Hotel Operating Expenses** | | | | | | | | | 0.00 |
| **Advertising and Promotion** | | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | | 0.00 |
| **Cable** | | | | | | | | | 0.00 |
| Total Cable | | | | | | | | | 0.00 |
| **Computer & Internet Expenses** | | | | | | | | | 0.00 |
| Total Computer & Internet Expenses | | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | | 0.00 |
| **Food & Beverage** | | | | | | | | | 0.00 |
| Total Food & Beverage | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| **Earthquake Insurance** | | | | | | | | | 0.00 |
| Total Earthquake Insurance | | | | | | | | | 0.00 |
| **General Liability Insurance** | | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | | 0.00 |
| **Worker's Compensation** | | | | | | | | | 0.00 |
| Total Worker's Compensation | | | | | | | | | 0.00 |
| **Insurance Expense - Other** | | | | | | | | | 0.00 |
| Total Insurance Expense - Other | | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | | 0.00 |
| **Landscape & Maintenance** | | | | | | | | | 0.00 |
| Total Landscape & Maintenance | | | | | | | | | 0.00 |
| **Licenses, Permits, & Dues** | | | | | | | | | 0.00 |
| Total Licenses, Permits, & Dues | | | | | | | | | 0.00 |

**Exhibit A**
**Page 13**

Page 3

**USFIA, Inc in Receivership**
**General Ledger**
As of June 30, 2022

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Lodging Tax-San Bernardino** | | | | | | | | | 0.00 |
| Total Lodging Tax-San Bernardino | | | | | | | | | 0.00 |
| **Merchant Account Fees** | | | | | | | | | 0.00 |
| Total Merchant Account Fees | | | | | | | | | 0.00 |
| **Misc Hotel Expenses** | | | | | | | | | 0.00 |
| Total Misc Hotel Expenses | | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Payroll Fees** | | | | | | | | | 0.00 |
| Total Payroll Fees | | | | | | | | | 0.00 |
| **Property Taxes** | | | | | | | | | 0.00 |
| Total Property Taxes | | | | | | | | | 0.00 |
| **Recurring Hotel Fees** | | | | | | | | | 0.00 |
| Total Recurring Hotel Fees | | | | | | | | | 0.00 |
| **Repairs & Maintenance** | | | | | | | | | 0.00 |
| Total Repairs & Maintenance | | | | | | | | | 0.00 |
| **Reservations** | | | | | | | | | 0.00 |
| Total Reservations | | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Hotel Operating Expenses - Other** | | | | | | | | | 0.00 |
| Total Hotel Operating Expenses - Other | | | | | | | | | 0.00 |
| Total Hotel Operating Expenses | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| **Life and Disability Insurance** | | | | | | | | | 0.00 |
| Total Life and Disability Insurance | | | | | | | | | 0.00 |
| **Professional Liability** | | | | | | | | | 0.00 |
| Total Professional Liability | | | | | | | | | 0.00 |
| **Insurance Expense - Other** | | | | | | | | | 0.00 |
| Total Insurance Expense - Other | | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | | 0.00 |
| **Landscape & Maintenance** | | | | | | | | | 0.00 |
| Total Landscape & Maintenance | | | | | | | | | 0.00 |
| **Mileage Reimbursement** | | | | | | | | | 0.00 |
| Total Mileage Reimbursement | | | | | | | | | 0.00 |
| **Outside Services** | | | | | | | | | 0.00 |
| **Computer & Internet Expenses** | | | | | | | | | 0.00 |
| Bill | 01/05/2022 | 9922 | | Orange County Netw... | #9922. 10/7/2... | Accounts Paya... | 1,570.00 | | 1,570.00 |
| Bill | 01/18/2022 | 9947 | | Orange County Netw... | #9947. 11/8/2... | Accounts Paya... | 902.50 | | 2,472.50 |
| Bill | 03/01/2022 | 9958 | | Orange County Netw... | #9958. 12/1/2... | Accounts Paya... | 1,947.50 | | 4,420.00 |
| Bill | 04/03/2022 | 9977 | | Orange County Netw... | #9977. 1/3/22-... | Accounts Paya... | 1,662.50 | | 6,082.50 |
| Bill | 04/21/2022 | 9991 | | Orange County Netw... | #9991. 2/1/22-... | Accounts Paya... | 902.50 | | 6,985.00 |
| Bill | 05/16/2022 | 10024 | | Orange County Netw... | #10024. 3/3/2... | Accounts Paya... | 1,520.00 | | 8,505.00 |
| Bill | 05/31/2022 | 10038 | | Orange County Netw... | #10038. 4/1/2... | Accounts Paya... | 1,567.50 | | 10,072.50 |
| Total Computer & Internet Expenses | | | | | | | 10,072.50 | 0.00 | 10,072.50 |
| **Misc Costs & Services** | | | | | | | | | 0.00 |
| Total Misc Costs & Services | | | | | | | | | 0.00 |
| **Postage and Delivery** | | | | | | | | | 0.00 |
| Bill | 04/15/2022 | 278 | | Pacific Mail | #278. 6 month... | Accounts Paya... | 245.00 | | 245.00 |
| Total Postage and Delivery | | | | | | | 245.00 | 0.00 | 245.00 |
| **Printing & Reproduction** | | | | | | | | | 0.00 |
| Total Printing & Reproduction | | | | | | | | | 0.00 |
| **Outside Services - Other** | | | | | | | | | 0.00 |
| Total Outside Services - Other | | | | | | | | | 0.00 |
| Total Outside Services | | | | | | | 10,317.50 | 0.00 | 10,317.50 |
| **Professional Fees** | | | | | | | | | 0.00 |
| **Appraiser Fees** | | | | | | | | | 0.00 |
| Total Appraiser Fees | | | | | | | | | 0.00 |
| **Legal Fees** | | | | | | | | | 0.00 |
| Total Legal Fees | | | | | | | | | 0.00 |
| **Notary** | | | | | | | | | 0.00 |
| Total Notary | | | | | | | | | 0.00 |

**Exhibit A**
**Page 14**

USFIA, Inc in Receivership
## General Ledger
### As of June 30, 2022

4:28 PM
08/04/22
Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **Outside Accounting Fees** | | | | | | | | | 0.00 |
| Bill | 01/23/2022 | 85611 | | Wertz & Company | ID 4173, Form... | Accounts Paya... | 1,063.00 | | 1,063.00 |
| Bill | 01/27/2022 | 84625 | | Wertz & Company | ID 4173, Prep ... | Accounts Paya... | 2,207.00 | | 3,270.00 |
| Bill | 02/22/2022 | 85880 | | Wertz & Company | ID 4173, Refu... | Accounts Paya... | 1,513.00 | | 4,783.00 |
| Bill | 05/18/2022 | 87586 | | Wertz & Company | ID 4173, Prep... | Accounts Paya... | 3,949.00 | | 8,732.00 |
| Bill | 06/25/2022 | 87931 | | Wertz & Company | ID 4173, Prep... | Accounts Paya... | 563.00 | | 9,295.00 |
| Total Outside Accounting Fees | | | | | | | 9,295.00 | 0.00 | 9,295.00 |
| **Receiver's Counsel Expenses** | | | | | | | | | 0.00 |
| **Allen Matkins** | | | | | | | | | 0.00 |
| Check | 04/19/2022 | Wire | | Allen Matkins | | USFIA Operati... | 0.00 | | 0.00 |
| Total Allen Matkins | | | | | | | 0.00 | 0.00 | 0.00 |
| **Squire Patton Boggs, LLP** | | | | | | | | | 0.00 |
| Total Squire Patton Boggs, LLP | | | | | | | | | 0.00 |
| **Receiver's Counsel Expenses - Other** | | | | | | | | | 0.00 |
| Total Receiver's Counsel Expenses - Other | | | | | | | | | 0.00 |
| Total Receiver's Counsel Expenses | | | | | | | 0.00 | 0.00 | 0.00 |
| **Receiver's Counsel Fees** | | | | | | | | | 0.00 |
| **Allen Matkins** | | | | | | | | | 0.00 |
| Check | 04/19/2022 | Wire | | Allen Matkins | | USFIA Operati... | 39,263.93 | | 39,263.93 |
| Total Allen Matkins | | | | | | | 39,263.93 | 0.00 | 39,263.93 |
| **Squire Patton Boggs, LLP** | | | | | | | | | 0.00 |
| Total Squire Patton Boggs, LLP | | | | | | | | | 0.00 |
| **Receiver's Counsel Fees - Other** | | | | | | | | | 0.00 |
| Total Receiver's Counsel Fees - Other | | | | | | | | | 0.00 |
| Total Receiver's Counsel Fees | | | | | | | 39,263.93 | 0.00 | 39,263.93 |
| **Receiver's Fees** | | | | | | | | | 0.00 |
| Check | 04/14/2022 | Wire | | Thomas Seaman Co... | Receiver Fees | USFIA Axos Ba... | 119,584.35 | | 119,584.35 |
| Total Receiver's Fees | | | | | | | 119,584.35 | 0.00 | 119,584.35 |
| **Receiver's IT Expenses** | | | | | | | | | 0.00 |
| Total Receiver's IT Expenses | | | | | | | | | 0.00 |
| **Receiver IT Fees** | | | | | | | | | 0.00 |
| Total Receiver IT Fees | | | | | | | | | 0.00 |
| **Tax Accounting Fees** | | | | | | | | | 0.00 |
| Total Tax Accounting Fees | | | | | | | | | 0.00 |
| **Translation Services** | | | | | | | | | 0.00 |
| Total Translation Services | | | | | | | | | 0.00 |
| **Professional Fees - Other** | | | | | | | | | 0.00 |
| Total Professional Fees - Other | | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | 168,143.28 | 0.00 | 168,143.28 |
| **Real Property Expenses** | | | | | | | | | 0.00 |
| **Alhambra Gardens Apartments** | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | | 0.00 |
| **Landscape & Maintenance** | | | | | | | | | 0.00 |
| Total Landscape & Maintenance | | | | | | | | | 0.00 |
| **Mortgage Interest Expense** | | | | | | | | | 0.00 |
| Total Mortgage Interest Expense | | | | | | | | | 0.00 |
| **Property Taxes** | | | | | | | | | 0.00 |
| Total Property Taxes | | | | | | | | | 0.00 |
| **Real Estate Sales Expenses** | | | | | | | | | 0.00 |
| Total Real Estate Sales Expenses | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **Security Deposit Return** | | | | | | | | | 0.00 |
| Total Security Deposit Return | | | | | | | | | 0.00 |
| **Taxes & Licenses** | | | | | | | | | 0.00 |
| Total Taxes & Licenses | | | | | | | | | 0.00 |
| **Tenant Credit Checks** | | | | | | | | | 0.00 |
| Total Tenant Credit Checks | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Alhambra Gardens Apartments - Other** | | | | | | | | | 0.00 |
| Total Alhambra Gardens Apartments - Other | | | | | | | | | 0.00 |
| Total Alhambra Gardens Apartments | | | | | | | | | 0.00 |

**Exhibit A**
**Page 15**

**USFIA, Inc in Receivership**
**General Ledger**
As of June 30, 2022

4:28 PM
08/04/22
Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| **All Other Real Estate** | | | | | | | | | |
| **General Liability Insurance** | | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **HOA Dues** | | | | | | | | | 0.00 |
| Total HOA Dues | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Landscape & Maintenance** | | | | | | | | | 0.00 |
| Total Landscape & Maintenance | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Locksmith** | | | | | | | | | 0.00 |
| Total Locksmith | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Property Tax** | | | | | | | | | 0.00 |
| Total Property Tax | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Real Estate Sales Expenses** | | | | | | | | | 0.00 |
| Total Real Estate Sales Expenses | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Repairs & Maintenance** | | | | | | | | | 0.00 |
| Total Repairs & Maintenance | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Security** | | | | | | | | | 0.00 |
| Total Security | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Tenant Refunds** | | | | | | | | | 0.00 |
| Total Tenant Refunds | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **All Other Real Estate - Other** | | | | | | | | | 0.00 |
| Total All Other Real Estate - Other | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| Total All Other Real Estate | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Real Property Expenses - Other** | | | | | | | | | 0.00 |
| Total Real Property Expenses - Other | | | | | | | | | 0.00 |
| | | | | | | | | | |
| Total Real Property Expenses | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Rent & Storage Expenses** | | | | | | | | | |
| Bill | 01/11/2022 | 70017... | | Southern California ... | #7001725716... | Accounts Paya... | 206.38 | | 206.38 |
| Bill | 01/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 11.38 | | 217.76 |
| Bill | 02/01/2022 | Feb 2... | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | 2,261.25 | | 2,479.01 |
| Bill | 02/09/2022 | 70017... | | Southern California ... | #7001725716... | Accounts Paya... | 154.64 | | 2,633.65 |
| Bill | 02/11/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 93.20 | | 2,726.85 |
| Bill | 02/24/2022 | March ... | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | 2,261.25 | | 4,988.10 |
| Bill | 03/11/2022 | 70017... | | Southern California ... | #7001725716... | Accounts Paya... | 170.34 | | 5,158.44 |
| Bill | 03/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 93.20 | | 5,251.64 |
| Bill | 04/01/2022 | April 2... | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | 2,261.25 | | 7,512.89 |
| Bill | 04/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 127.59 | | 7,640.48 |
| Bill | 05/01/2022 | May 2... | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | 2,261.25 | | 9,901.73 |
| Bill | 05/12/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 127.59 | | 10,029.32 |
| Bill | 05/13/2022 | 70017... | | Southern California ... | #7001725716... | Accounts Paya... | 76.92 | | 10,106.24 |
| Bill | 06/01/2022 | June 2... | | AIC Owner, LLC | 17779 Main St... | Accounts Paya... | 2,261.25 | | 12,367.49 |
| Bill | 06/11/2022 | 001 7... | | Cox Business | #001 7601 06... | Accounts Paya... | 127.59 | | 12,495.08 |
| Total Rent & Storage Expenses | | | | | | | 12,495.08 | 0.00 | 12,495.08 |
| | | | | | | | | | |
| **Settlement Payments** | | | | | | | | | 0.00 |
| Total Settlement Payments | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Taxes** | | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Travel Expense** | | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Finance Charge Income** | | | | | | | | | 0.00 |
| Total Finance Charge Income | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **Interest Income** | | | | | | | | | 0.00 |
| Deposit | 01/31/2022 | | | | Jan 2022 Inter... | USFIA Axos Ba... | | 21,653.16 | -21,653.16 |
| Deposit | 02/28/2022 | | | | Feb Interest A... | USFIA Axos Ba... | | 19,557.16 | -41,210.32 |
| Deposit | 03/31/2022 | | | | March Interest... | USFIA Axos Ba... | | 21,658.67 | -62,868.99 |
| Deposit | 04/30/2022 | | | | Interest Incom... | USFIA Axos Ba... | | 21,634.54 | -84,503.53 |
| Deposit | 05/31/2022 | | | | Interest Incom... | USFIA Axos Ba... | | 20,921.65 | -105,425.18 |
| Total Interest Income | | | | | | | 0.00 | 105,425.18 | -105,425.18 |
| | | | | | | | | | |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| | | | | | | | | | |
| **TOTAL** | | | | | | | 2,327,508.51 | 2,327,508.51 | 0.00 |

Exhibit A
Page 16

**STANDARDIZED FUND ACCOUNTING REPORT for Steve Chen, USFIA - Cash Basis**
Receivership; Case No. 15-07425-RGK-GKSX
Reporting Period 01/01/2022 to 06/30/2022

| FUND ACCOUNTING (See instructions): | | **Detail** | **Subtotal** | **Grand Total** |
|---|---|---|---|---|
| Line 1 | Beginning Balance (12/31/2021): | 63,729,113.49 | | 63,729,113 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | - |
| Line 3 | Cash and Securities | 1,935,913 | | 1,935,913 |
| Line 4 | Interest/Dividend Income | 105,425 | | 105,425 |
| Line 5 | Business Asset Liquidation | | | - |
| Line 6 | Personal Asset Liquidation | | | - |
| Line 7 | Third-Party Litigation Income | | | - |
| Line 8 | Miscellaneous - Other | | | - |
| | Total Funds Available (Lines 1 - 8): | 65,770,452 | | 65,770,452 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | - | | - |
| Line 10 | Disbursements to Receivership Operations | | | |
| Line 10a | *Disbursement to Receiver or Other Professionals* | (168,143) | | (168,143) |
| Line 10b | *Business Asset Expenses* | | | - |
| Line 10c | *Personal Asset Expenses* | | | - |
| Line 10d | *Investment Expenses* | - | | - |
| Line 10e | *Third-Party Litigation Expenses* | | | - |
| | 1. Attorney Fees | | | - |
| | 2. Litigation Expenses | - | | - |
| | *Total Third-Party Litigation Expenses* | **-** | | **-** |
| Line 10f | *Tax Administrator Fees and Bonds* | - | | - |
| Line 10g | *Federal and State Tax Payments* | | | - |
| | Total Disbursements for Receivership Operations | | | (168,143.28) |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................... | - | | - |
| | Independent Distribution Consultant (IDC).. | - | | - |
| | Distribution Agent................................................ | - | | - |
| | Consultants............................................................ | - | | - |
| | Legal Advisors...................................................... | - | | - |
| | Tax Advisors.......................................................... | - | | - |
| | 2. Administrative Expenses | (20,796.08) | | (20,796.08) |
| | 3. Miscellaneous | | | - |
| | *Total Plan Developmental Expenses* | | | (20,796.08) |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................... | - | | - |
| | IDC............................................................................ | - | | - |
| | Distribution Agent................................................ | - | | - |
| | Consultants............................................................ | - | | - |
| | Legal Advisors...................................................... | - | | - |
| | Tax Advisors.......................................................... | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.............. | | | - |
| | Claimant Identification................................. | - | | - |
| | Claims Processing............................................ | - | | - |
| | Web Site Maintenance/Call Center............. | - | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reports Expenses | - | | - |
| | *Total Plan Implementation Expenses* | **-** | | **-** |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | (20,796) |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | - |
| Line 12b | *Federal Tax Payments* | | | - |
| | Total Disbursement to Court/Other: | | | - |
| | Total Funds Disbursed: | | | (191,070.78) |
| Line 13 | Ending Balance (As of 06/30/2022): | | | 65,581,512 |

**Exhibit A**
**Page 17**

**STANDARDIZED FUND ACCOUNTING REPORT for USFIA - Cash Basis**
Receivership; Case No. 15-07425-RGK-GKSX
Reporting Period 01/01/2022 to 06/30/2022

| Line 14 | Ending Balance of Fund - Net Assets | | | |
|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | | | 65,581,512 |
| Line 14b | Investments | | | - |
| Line 14c | Other Assets or Uncleared Funds | | | - |
| | Total Ending Balance of Fund - Net Assets | | | 65,581,512 |

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | | |
| Line 15 | Disbursement for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | IDC………………………………………………… | - | | - |
| | Distribution Agent………………………………… | - | | - |
| | Consultants………………………………………… | - | | - |
| | Legal Advisors…………………………………… | - | | - |
| | Tax Advisors……………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | **Total Plan Developmental Expenses Not Paid by the Fund** | | | - |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | IDC………………………………………………… | | | - |
| | Distribution Agent………………………………… | - | | - |
| | Consultants………………………………………… | - | | - |
| | Legal Advisors…………………………………… | - | | - |
| | Tax Advisors……………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification | | | |
| | Notice/Publishing Approved Plan…………… | - | | - |
| | Claimant Identification………………………… | - | | - |
| | Claims Processing……………………………… | | | - |
| | Web Site Maintenance/Call Center………… | | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. FAIR Reporting Expenses | - | | - |
| | **Total Plan Implementation Expenses Not Paid by the Fund** | | | - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | - | | - |
| Line 16b | Federal Tax Payments | - | | - |
| | Total Disbursement to Court/Other Not Paid by the Fund: | | | - |
| Line 17 | DC & State Tax Payments | - | | - |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period………………………………………………… | | | |
| Line 18b | # of Claims Received Since Inception of Fund……………………………………………… | | | 8,809 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid this Reporting Period……………………………………… | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund…………………………………… | | | |

By: *Thomas L. Seaman*

Thomas Seaman
Receiver for USFIA

Date: 8/8/2022

**Exhibit A**
**Page 18**