ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>STEVE CHEN, USFIA, INC., ALLIANCE FINANCIAL GROUP, INC., AMAUCTION, INC., ABORELL MGMT I, LLC, ABORELL ADVISORS I, LLC, ABORELL REIT II, LLC, AHOME REAL ESTATE, LLC, ALLIANCE NGN, INC., APOLLO REIT I, INC., APOLLO REIT II, LLC, AMKEY, INC., US CHINA CONSULTATION ASSOCIATION, and QUAIL RANCH GOLF COURSE, LLC,<br><br>              Defendants. | Case No. 2:15-cv-07425 RGK PLA<br><br>**NOTICE OF HEARING ON TWENTY-FOURTH INTERIM FEE APPLICATIONS OF THE RECEIVER AND HIS PROFESSIONALS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:        September 26, 2022<br>Time:        9:00 a.m.<br>Ctrm.:       850<br>Judge:       Hon. R. Gary Klausner |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on September 26, 2022, at 9:00 a.m. in Courtroom 850 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012-3332, the Court will consider the interim applications of Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Defendants USFIA, Inc., Alliance Financial Group, Inc., Amauction, Inc., Aborell Mgmt I, LLC, Aborell Advisors I, LLC, Aborell REIT II, LLC, Ahome Real Estate, LLC, Alliance NGN, Inc., Apollo REIT I, Inc., Apollo REIT II, LLC, Amkey, Inc., US China Consultation Association, Quail Ranch Golf Course, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities") and his general counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), for approval and payment of fees and expenses ("Applications").

The following table summarizes the fees incurred, interim payment requested, and costs requested by the Receiver and Allen Matkins for the period January 1, 2022, through June 30, 2022:

| Applicant | Fees Incurred | Interim Payment Requested | Costs | Total Payment Requested |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $205,579.00 | $185,021.10 (90%) | $0.00 (100%) | $185,021.10 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $89,962.20 | $71,969.76 (80%) | $609.68 (100%) | $72,579.44 |

**Procedural Requirements:**  If you oppose the Applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 255 East Temple Street, Los Angeles, California 90012-3332 and serve the same on the undersigned not later than 21 calendar days prior to the hearing.

1    IF YOU FAIL TO FILE AND SERVE A WRITTEN OPPOSITION by the

2  above date, the Court may grant the requested relief without further notice.

3

4  Dated:  August 26, 2022                    ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP
5

6                                        By:      */s/  David R. Zaro*

7                                             DAVID R. ZARO
                                              Attorneys for Receiver
8                                             Thomas A. Seaman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28